1 | JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
2 | ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
JEREMY A. AVILA, Deputy County Counsel (S.B. #282644)
3 | MEREDITH A. JOHNSON, Deputy County Counsel (S.B. #291018)
OFFICE OF THE COUNTY COUNSEL
4 | 70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
5 | Telephone: (408) 299-5900
Facsimile: (408) 292-7240
6 |
Attorneys for Defendants
7 | COUNTY OF SANTA CLARA, SARA H. CODY,
M.D., MIKE WASSERMAN, CINDY CHAVEZ,
8 | DAVE CORTESE, SUSAN ELLENBERG, and
JOE SIMITIAN
9 |

10 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11 | (San José Division)

12 |

13 | CALVARY CHAPEL SAN JOSE, a California
Non-Profit Corporation; PASTOR MIKE
14 | MCCLURE, an individual; SOUTHRIDGE
BAPTIST CHURCH OF SAN JOSE
15 | CALIFORNIA dba SOUTHRIDGE CHURCH, a
California Non-Profit Corporation; PASTOR
16 | MICAIAH IRMLER, an individual,

17 | Plaintiffs,

18 | v.

19 | GAVIN NEWSOM, in his official capacity as the
Governor of California, ERICA PAN, M.D., in
20 | her official capacity as the Acting California
Public Health Officer; SANTA CLARA
21 | COUNTY, SARA H. CODY, M.D., in her
official capacity as Santa Clara County Public
22 | Health Officer; MIKE WASSERMAN, in his
official capacity as a Santa Clara County
23 | Supervisor; CINDY CHAVEZ, in her official
capacity as a Santa Clara County Supervisor;
24 | DAVE CORTESE, in his official capacity as a
Santa Clara County Supervisor; SUSAN
25 | ELLENBERG, in her official capacity as a Santa
Clara County Supervisor; and JOE SIMITIAN, in
26 | his official capacity as a Santa Clara County
Supervisor,

27 | Defendants.

28 |

No. 20-CV-03794 BLF

**DECLARATION OF DR. MARC LIPSITCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Date:       December 17, 2020
Time:       2:30 p.m.
Crtrm:      3
Judge:      Beth Labson Freeman

1

I, DR. MARC LIPSITCH, declare as follows:

1.     I am a resident of Jamaica Plain, Massachusetts.  I have personal knowledge of the matters set forth below and could testify competently to them if called to do so.

**Professional Background**

2.     I am the founding Director of the Center for Communicable Disease Dynamics (CCDD) at the Harvard School of Public Health, where I am also a Professor in the Department of Epidemiology and the Department of Immunology and Infectious Diseases.  I have a B.A. in Philosophy from Yale University and a DPhil (the Oxford equivalent of a PhD) in Zoology from the University of Oxford, which I attended as a Rhodes Scholar.  After receiving my DPhil, I completed a postdoctoral research fellowship in Biology at Emory University working on the population biology of infectious diseases.  A copy of my C.V. is attached to this declaration as Exhibit A.  I have been elected as a Fellow of the American Academy of Microbiology and a member of the National Institute of Medicine for the United States.

3.     CCDD is a research center committed to advancing our understanding of infectious disease and training the next generation of scientists.  It was founded as a Center of Excellence in the Models of Infectious Disease Agent Study funded by the National Institute of General Medical Sciences of the U.S. National Institutes of Health (NIH).  CCDD has been at the leading edge of epidemiology, pioneering new approaches and methodologies for investigating both recurring and emerging problems.  The goal of our work at CCDD is to understand why and how infectious disease persists and changes and use that knowledge to lessen its burden on people.

4.     CCDD is closely monitoring the progress of COVID-19.  CCDD faculty—including me—are conducting research on the novel coronavirus SARS-CoV-2 and COVID-19, the disease it causes.  CCDD faculty have published over 50 peer-reviewed articles about SARS-CoV-2 and COVID-19.  I am the lead or a contributing author on more than 20 of those articles.  CCDD faculty regularly host and contribute to online events about COVID-19, appear in national and international media, including print and broadcast news, and participate in scientific conferences, consortia, discussions, debates, and podcasts, as well as advising local, state, and federal officials and leaders of countries around the world.

2

5.      My own work on COVID-19 has included epidemiology, mathematical modeling, and exploration of ethical issues related to vaccine trials and school reopenings.  My research has helped identify countries with undetected cases before they were reported; modeled the effects of various social distancing and quarantine strategies; and contributed to some of the earliest estimates of case-fatality rates.  My research has also addressed new methodologies on how to study immunity to COVID-19; and I am a co-lead on a large collaborative effort, led by experts at the University of Chicago and involving multiple European universities, to establish best practices for estimating the contagiousness of the virus.  My work has also addressed the ethical aspects of COVID-19 vaccine trial design, including the first published proposal for human challenge studies, which received support from the World Health Organization (WHO) and the NIH, and which was implemented in the U.K.

6.      I have advised the WHO, the International Monetary Fund, the Prime Minister of Israel, and senior government officials in the U.S., Canada, India, Germany, Austria, and Luxembourg on COVID-19, as well as the U.S. National Governors' Association and numerous state and local health officials.  I am a member of the Massachusetts Governor's Medical Advisory Committee and the Massachusetts COVID-19 Vaccine Working Group.  I am also an ad hoc expert to the COVID-19 Vaccine Working Group, which is part of the WHO Strategic Advisory Group of Experts.  Health departments on several continents use software that I helped develop to update their estimates of trends in COVID-19 cases.

7.      Over the course of the COVID-19 pandemic, I have been asked to provide and have provided interviews and analysis to national and international media outlets, including CNN, BBC, the *Guardian* and the *Wall Street Journal*; and I have published articles explaining aspects of the COVID-19 pandemic in national and international media outlets, including the *New York Times* and *Washington Post*.  My public science communication efforts also include a Twitter account with an active following.  Earlier this year, physicist Jonathan Oppenheim reported that I was the second-most-followed expert by other experts on the COVID-19 pandemic; and I was named by Forbes as one of the "most essential people on Twitter to follow during the COVID-19 outbreak."

8.      More generally, my research has focused on biological and mathematical approaches

1  to infectious disease questions—mainly understanding how our immune systems and medical

2  interventions such as antibiotics and vaccines exert natural selection on pathogens, and how the

3  resulting changes in pathogen populations affect human disease.  My more recent work has focused

4  on antimicrobial resistance, epidemiological methods, mathematical modeling of infectious disease

5  transmission, pathogen population genomics, immunoepidemiology of *Streptococcus pneumonia*,

6  transmission-dynamic simulations, and ethical questions surrounding vaccine trials for infectious

7  disease.

8       9.      My work has addressed a number of issues relevant to modern pandemic responses.

9  My research provided modern evidence of the moderate contagiousness of the 1918 "Spanish flu."

10  During the first SARS outbreak in 2003, I led a team that provided one of the first estimates of the

11  virus' reproduction number.  During the 2009 H1N1 pandemic, my research produced the first

12  reliable estimate of H1N1 flu severity.  During the yellow fever outbreak in Angola and Democratic

13  Republic of Congo in 2016, my modeling work helped support fractional dosing vaccination

14  strategies, which helped extend vaccine availability in a shortage situation.  I have written

15  extensively on data-driven decision making in public health.

16       10.     I have worked extensively with governments and intergovernmental bodies like WHO

17  to address public health issues including pandemic response and preparedness.  For example, in 2003

18  and 2004, I served on the Defense Science Board Task Force on the SARS Quarantine for the U.S.

19  Department of Defense.  In 2009, I was a member of the H1N1 Working Group of the U.S.

20  President's Council of Advisors on Science and Technology; and in 2009 and 2010, I was a member

21  of the Team B Advisory Body to the CDC on the Novel H1N1 Influenza.  From 2017 through today,

22  I have been a member of the Biological Agents Containment Working Group of the Board of

23  Scientific Counselors to the Office of Public Health Preparedness and Response at the CDC.

24       11.     I have also worked extensively on the design and analysis of vaccine trials during

25  public health emergencies.  In 2015, I served on a scientific advisory board for a major Ebola

26  vaccine trial, and as I mentioned above, I am currently advising Massachusetts and WHO on

27  COVID-19 vaccine issues.

28       12.     I have published more than 330 peer-reviewed articles and a large number of other

publications, including book chapters, non peer-reviewed journal articles, and popular articles in the national press.  I have also contributed to a number of reports, including the President's Council of Advisors on Science and Technology (PCAST) H1N1 Working Group's 2010 Report to the President on US Preparations for 2009-H1N1 Influenza; three reports from the Center for Infectious Disease Research and Policy (CIDRAP) regarding the development of a vaccine for the Ebola virus; and most recently an April 2020 CIDRAP report on COVID-19.[1]  CIDRAP is based out of the University of Minnesota and is a global leader in addressing public health preparedness and emerging infectious disease response.

13.    I continue to teach and mentor undergraduate and graduate students at Harvard, as well as supervising graduate work for doctoral candidates.

**Opinions Regarding Dr. Bhattacharya's Declaration**

14.    The defendants in this case contacted me about responding to the opinions expressed by Dr. Jayanta Bhattacharya in his declaration submitted by the plaintiffs.  I agreed to provide a declaration setting forth some of my professional opinions on the issues raised in that declaration.  In reaching those opinions, I have relied on my knowledge, training, experience, and the kinds of data regularly relied on by experts in my field.  I am working pro bono and not being compensated for my time.

15.    I have read the declaration of Dr. Jayanta Bhattacharya submitted by the defendants in this lawsuit.  My opinions regarding that declaration are based on the available science regarding the novel coronavirus SARS-CoV-2 and the disease it causes, COVID-19, as well as my training and experience in infectious disease response.

16.    As Dr. Bhattacharya discusses in his declaration, he has recommended an approach to COVID-19 that is commonly referred to as "herd immunity with focused protection."  This approach was laid out in the so-called "Great Barrington Declaration," a document published in October at a ceremony at a libertarian think tank by three scientists, including Dr. Bhattacharya.  In this approach,

---

[1] Moore, K., et al., *COVID-19: The CIDRAP Viewpoint*, April 30, 2020, available at https://www.cidrap.umn.edu/sites/default/files/public/downloads/cidrap-covid19-viewpoint-part1_0.pdf.

1   the virus would be allowed to spread among young, healthy people with little attempt to slow it

2   down, while officials would try to keep older, more vulnerable Americans from contracting it.  This

3   strategy diverges sharply from the views of most infectious-disease epidemiologists and has been

4   rejected by the National Institute of Allergy and Infectious Diseases Director Dr. Anthony Fauci,[2]

5   WHO Director-General Tedros Adhanom Ghebreyesus,[3] and the more than 6,900 scientists,

6   researchers, and healthcare professionals who have signed a formal response called the John Snow

7   Memorandum.[4]  Without a vaccine, this strategy also risks the deaths of a million or more

8   Americans.  With the FDA's recent approval of Pfizer's vaccine, and given the likelihood of FDA

9   approval of additional effective vaccines, the strategy risks significant avoidable illness and death.

10                          **COVID-19 Is Not Harmless For Younger Populations**

11          17.     The assumption underlying the herd immunity approach—that COVID-19 is harmless

12   to most people and risky only for defined groups—is false.

13          18.     The impact of a pandemic on health depends not only on the infection-fatality rate,

14   but also on other measures of severity such as the risk of hospitalization or ICU admission among

15   those infected.  Crucially, it also depends on the number of people who become infected, because a

16   small risk of death, ICU or hospitalization multiplied by a large number of people infected can result

17   in large numbers of deaths and high burdens on health care resources.  Indeed, the extraordinarily

18   high peak demand for intensive care in Wuhan, China[5] and in Northern Italy[6] were two of the

19

20

21   [2] Mandavilli A., et al., *A Viral Theory Cited by Health Officials Draws Fire From Scientists*, New York Times, Oct. 19, 2020, available at https://www.nytimes.com/2020/10/19/health/coronavirus-great-barrington.html (accessed Nov. 16, 2020).

22

23   [3] *WHO chief says herd immunity approach to pandemic 'unethical'*, The Guardian, Oct. 12, 2020, available at https://www.theguardian.com/world/2020/oct/12/who-chief-says-herd-immunity-approach-to-pandemic-unethical (accessed Nov. 16, 2020).

24   [4] Available at https://www.johnsnowmemo.com/.

25   [5] Li, R., et al., *Beds for Patients With COVID-19 Based on Comparisons With Wuhan and Guangzhou, China*, May 6, 2020, JAMA Netw. Open. 2020;3(5): e208297, available at

26   https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2765575.

27   [6] Grasselli, G., et al., *Critical Care Utilization for the COVID-19 Outbreak in Lombardy, Italy: Early Experience and Forecast During an Emergency Response*, March 13, 2020, JAMA. 2020;323(16):1545-1546, available at https://jamanetwork.com/journals/jama/fullarticle/2763188.

28

Declaration of Marc Lipsitch ISO Defendants'                                              20-CV-03794 BLF
Opposition to Ex Parte Application for TRO And OSC

earliest warnings that uncontrolled SARS-CoV-2 spread could result in horrific burdens on the health care system.  The intense stress on even very high-quality health systems is being felt across Europe and in many parts of the U.S. as of December 2020, with overloaded intensive care units in multiple locations due to COVID-19 surges.  The U.S. has hit its highest number to date of hospitalizations, with more than 108,000 COVID-19 patients in hospital as of December 12, 2020:[7]

**US CURRENTLY HOSPITALIZED WITH COVID-19**





Note: Florida began reporting this figure on July 10.

19.     In this context, academic debates about the risk of severe outcomes per individual, while relevant, are better understood in the context of the total burden created: individual risk times number of individuals infected.

20.     COVID-19 is unquestionably worse for someone who is male, older, sicker, or lacks access to health care.  Younger, healthier demographics do better than older demographics.[8]  These facts do not mean, however, that COVID-19 is harmless for younger cohorts.  To date, more than

---

[7] The COVID Tracking Project, The Atlantic, available at https://covidtracking.com/data/charts/us-currently-hospitalized (accessed Nov. 23, 2020).

[8] CDC, *COVID-19 Hospitalization and Death by Age*, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-age.html (accessed Dec. 12, 2020).

1    52,000 Americans under 65 have died from the disease[9]—more than four times as many as typically

2    die in that age group from seasonal flu in an entire year[10]—and we have only had about eleven

3    months of intense COVID-19 activity, so that number will continue to grow.

4         21.    Dr. Bhattacharya's declaration, by focusing only on those at lowest risk, significantly

5    underestimates the SARS-CoV-2 infection-fatality rate.  The best estimate to date of the overall

6    infection-fatality rate for SARS-CoV-2 infection is by Dr. Gideon Meyerowitz-Katz and colleagues,

7    and is approximately 0.7%.[11]  Importantly, while the risk is age specific, and the infection-fatality

8    rate increases sharply with age, there is no cutoff at age 70; rather, the risk of dying if infected with

9    this virus "increases progressively to 0.4% at age 55, 1.4% at age 65, 4.6% at age 75, and 15% at age

10   85."[12]  It is misleading to call the infection-fatality rate below age 70 "vanishingly small" given

11   these risk estimates and given that over 83% of the U.S. population or nearly 274 million people are

12   under 65 (2019 census estimate).  Dr. Bhattacharya relies on a meta-analysis by Dr. John P.A.

13   Ioannidis that estimates a lower infection-fatality rate (Para. 36), but Dr. Meyerowitz-Katz's meta-

14   analysis is distinguished by more rigorous criteria for including studies than that by Dr. Ioannidis.

15   While the former excludes studies expected to be heavily biased by a nonrepresentative sample, the

16   latter does no such quality checks.  On this basis, I judge the conclusions of Dr. Meyerowitz-Katz's

17   meta-analysis more reliable.

18        22.    If COVID-19 were judged on the criteria established for evaluating the severity of an

19

20

---

21   [9] CDC, *Weekly Updates by Select Demographic and Geographic Characteristics*, available at
https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm (accessed Dec. 12, 2020)

22   [10] Quandelacy, T., et al., *Age- and Sex-related Risk Factors for Influenza-associated Mortality in the
United States Between 1997–2007*, Am. J. Epidemiol. 2014 Jan. 15; 179(2): 156–167, doi:

23   10.1093/aje/kwt235, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3873104/.

24   [11] Meyerowitz-Katz, G., *A systematic review and meta-analysis of published research data on
COVID-19 infection fatality rates*, International Journal of Infectious Diseases, Vol. 101, P138-148,

25   December 01, 2020, available at https://www.ijidonline.com/article/S1201-9712(20)32180-
9/fulltext.

26   [12] Levin, A., *Assessing the Age Specificity of Infection Fatality Rates for COVID-19: Systematic
Review, Meta-Analysis, and Public Policy Implications* medRxiv 2020.07.23.20160895; doi:

27   https://doi.org/10.1101/2020.07.23.20160895, available at
https://www.medrxiv.org/content/10.1101/2020.07.23.20160895v7.

28

1  influenza pandemic, it would land at the top—the most severe end—of the scale.  The CDC in 2017

2  defined influenza pandemics along a scale of transmissibility (from 1-5) and clinical severity (from

3  1-7).  Based on the reproduction number and approximately half of infections being symptomatic,

4  COVID-19 would exceed the specifications for the highest transmissibility category (R0 > 1.8) (for

5  COVID-19 R0 is thought to be at least 2[13] and up to 6 in some places[14]).  It would also likely exceed

6  the specification for the highest clinical severity category, which is a case-fatality ratio of 1% or

7  more.[15]  (Given the underascertainment of infections relative to cases, this criterion would be

8  satisfied by an observed infection-fatality ratio of well under 1%, consistent with even the

9  downwardly biased estimates of Dr. Ioannidis.)  In short, the COVID-19 pandemic is at the upper

10  end, and arguably at the very top, of the severity scale for influenza pandemics.  It was for those

11  pandemics that community mitigation strategies based on nonpharmaceutical interventions have

12  been planned at the federal[16] and state[17] levels.  A decade or more of pandemic planning envisioned

13  exactly the kinds of measures being challenged by the defendants in response to a pandemic of a

14  similar viral infection, even with lower severity than COVID-19.

15        23.      In every pandemic, decisions about control must be made before comprehensive

16  evidence is available on the characteristics of the infection in affected populations.[18]  Evidence-

17

18

19  [13] CDC, *COVID-19 Pandemic Planning Scenarios*, available at
https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html.

20  [14] Sanche, S., et al., *High Contagiousness and Rapid Spread of Severe Acute Respiratory Syndrome
21  Coronavirus 2*, Emerg Infect Dis. 2020;26(7):1470-1477, available at
https://wwwnc.cdc.gov/eid/article/26/7/20-0282_article.

22  [15] Qualls, N., et al., *Community Mitigation Guidelines to Prevent Pandemic Influenza — United
States, 2017*, Recommendations and Reports / April 21, 2017 / 66(1);1–34 (Table 6), available at
23  https://www.cdc.gov/mmwr/volumes/66/rr/rr6601a1.htm.

24  [16] Qualls (2017), *supra*.

[17] California Governor's Office of Emergency Services, *Statewide Concept of Operations for
25  Pandemic Influenza*, available at
https://www.caloes.ca.gov/PlanningPreparednessSite/Documents/StatewideConOpsforPandemicInflu
26  enza%202009.pdf.

[18] Lipsitch, M., et al., *Managing and Reducing Uncertainty in an Emerging Influenza Pandemic*, N.
27  Engl. J. Med. 2009; 361:112-115, doi: 10.1056/NEJMp0904380, available at
https://www.nejm.org/doi/full/10.1056/nejmp0904380.

28

gathering and mitigation efforts must proceed in parallel.[19]  Waiting for definitive evidence on

severity, transmissibility, and other characteristics of the pathogen and the population before

adopting control measures is not a viable option, because exponential or near-exponential spread of

infection in new pandemics in highly susceptible populations can rapidly transform a small public

threat into a large one, and the impact of control measures is often delayed.  Thus, it is rational to

take action to avert possible negative outcomes before there is certainty about the likelihood and

timing of these outcomes.  There is room for legitimate disagreement about the strength of evidence

and the justification for particular control measures.  Yet in the face of a growing pandemic with

clear ability to cause severe illnesses, to kill, and to cause health care disruption, it would be

irresponsible public health policy to await definitive evidence before taking control measures that

are expected to blunt the impact of the pandemic.  This was the very clear situation in March 2020 in

the United States, as we watched the impact of the pandemic in other countries that had been struck

earlier.[20]  Indeed, there is a compelling argument in my view that many state authorities were too

slow, not too fast, to impose restrictions to slow the spread of SARS-CoV-2 during the early months

of 2020.  On this view, California is a model, while other states deserve criticism for slower

reactions.[21]

24.     The actions taken by California's public health authorities appear to have reduced

transmission.  Not only do seroprevalence estimates indicate that the virus has been less widespread

in California than other regions of the U.S.; but a recent analysis showed that states with stricter

containment measures to reduce the spread of the virus—like California—had fewer new cases and

---

[19] Lipsitch, M., et al., for the 2009 H1N1 Surveillance Group. *Improving the Evidence Base for Decision Making During a Pandemic: The Example of 2009 Influenza A/H1N1*, 2011, Biosecurity and Bioterrorism: Biodefense Strategy, Practice, and ScienceVol. 9, No. 2, available at https://www.liebertpub.com/doi/full/10.1089/bsp.2011.0007.

[20] Lipsitch, M., *We know enough now to act decisively against Covid-19. Social distancing is a good place to start*, March 18, 2020, STAT, available at https://www.statnews.com/2020/03/18/we-know-enough-now-to-act-decisively-against-covid-19/.

[21] Sexton, J., et al., *Two Coasts. One Virus. How New York Suffered Nearly 10 Times the Number of Deaths as California*, May 16, 2020, ProPublica, available at https://www.propublica.org/article/two-coasts-one-virus-how-new-york-suffered-nearly-10-times-the-number-of-deaths-as-california.

hospitalizations per capita than states that imposed few restrictions, which developed some of the

worst outbreaks:[22]



Note: Cases and hospitalizations are data from Nov. 16. Containment measures are as of Nov. 1. Sources: Oxford Covid-19 Government Response Tracker, New York Times database of reports from state and local health agencies and hospitals

25.    The size of the vulnerable population in the United States is large.  Not only are there

significant numbers of American over 65—according to the U.S. Census Bureau, about 16.5% of the

population was 65 or over in 2019[23]—but the CDC estimates that nearly 50 percent of Americans

live with underlying conditions that predispose them to serious outcomes from COVID-19.

26.    Letting the virus spread unchecked in younger populations—which include

Americans with underlying conditions—will result in more serious illness and deaths, in addition to

increasing the risk of transmission to older populations.

**There Is No Proven Means To Protect The Vulnerable**

**Without Restraining Transmission In The General Population**

27.    No one has yet devised an effective approach to protecting vulnerable populations

---

[22] Leatherby L., et al., *States That Imposed Few restrictions Now Have the Worst Outbreaks*, New York Times, Nov. 18, 2020, available at https://www.nytimes.com/interactive/2020/11/18/us/covid-state-restrictions.html?action=click&module=RelatedLinks&pgtype=Article.

[23] U.S. Census Bureau, https://www.census.gov/data/tables/time-series/demo/popest/2010s-national-detail.html (accessed Nov. 9, 2020).

11

1  when there is widespread community transmission.  Vulnerable individuals—including older

2  Americans and those with pre-existing conditions—live and work with, and receive care from,

3  members of the larger community.  Many of the vulnerable live in a multigenerational home, are

4  cared for by others in nursing and long-term care facilities, and/or are essential workers with

5  comorbidities; and these individuals cannot be completely isolated from the larger community.

6  Nonetheless, scientists, clinicians, and policy makers have been working hard to protect these

7  groups, with little or modest success, for most of the year, while also attempting to minimize the

8  threat that community transmission poses to them and to all of us.  This "belt-and-suspenders"

9  approach is the current consensus approach among infectious-disease epidemiologists.

10       28.     Reducing or eliminating community transmission is critical to protecting vulnerable

11  populations, including those in long-term care facilities.  The American Health Care Association

12  (AHCA) and the National Center for Assisted Living (NCAL) recently released a report stating that

13  COVID-19 cases in U.S. nursing homes have risen with the community spread of COVID-19 since

14  mid-September.[24]  That report explicitly links cases in nursing homes to community spread of the

15  virus:



16
17
18
19
20
21
22
23
24
25

26

27  [24] AHCA and NCAL, *Report: COVID-19 Cases In U.S. Nursing Homes*, updated Nov. 2, 2020,
    available at https://www.ahcancal.org/News-and-Communications/Fact-Sheets/FactSheets/Report-
28  Nursing-Homes-Cases-Nov2-2020.pdf (accessed Nov. 10, 2020).

Declaration of Marc Lipsitch ISO Defendants'                                      20-CV-03794 BLF
Opposition to Ex Parte Application for TRO And OSC

29.     Without reducing community transmission, strategies focused on protecting vulnerable populations are unlikely to succeed.  Sweden, the best-known exemplar of the "age-targeted" approach, was unable to protect people in nursing homes.  Ostensibly the goal in Sweden was to protect the elderly and other high-risk groups while slowing viral spread enough to avoid hospitals being overwhelmed; although it has been widely reported that the goal was in fact to develop herd immunity.[25]  The strategy failed to meet its goal of protecting the elderly:  the virus ran rampant in nursing homes, and Stockholm's nursing homes lost 7% of their residents.  Sweden's polices are now falling back in line with its European neighbors.[26]  Vulnerable individuals living in multigenerational households present a distinct challenge to "focused protection" in the absence of community control, particularly given that transmission of SARS-CoV-2 in households is common,[27] and households are the single greatest known source of transmission in many locales.[28]

30.     The elderly, and nursing home residents in particular, are only a fraction of the truly vulnerable population.  As noted above, over 52,000 deaths have occurred in those under 65 in the US, about 18% of the total death toll.  Some comorbidities that predispose to severe outcomes, such as diabetes and certain cancers, may be invisible to those who are charged with protecting the vulnerable.  Nonwhite race/ethnicity,[29] low socioeconomic status,[30] and other variables are also

---

[25] Vogel, G., *'It's been so, so surreal.' Critics of Sweden's lax pandemic policies face fierce backlash*, Science, Oct. 6, 2020, available at https://www.sciencemag.org/news/2020/10/it-s-been-so-so-surreal-critics-sweden-s-lax-pandemic-policies-face-fierce-backlash; Bjorklund, K., *The Swedish COVID-19 Response Is a Disaster. It Shouldn't Be a Model for the Rest of the World*, Time, Oct. 14, 2020.

[26] Vogel 2020, *supra*.

[27] Grijalva, C., *Transmission of SARS-COV-2 Infections in Households — Tennessee and Wisconsin, April–September 2020*, Nov. 6, 2020, MMWR, 69(44);1631–1634.

[28] Bebinger, M., *Mass. Takes Close Look At Cluster Origins To Stop Coronavirus Spread*, WBUR, Oct. 20, 2020, https://www.wbur.org/commonhealth/2020/10/30/massachusetts-covid-cluster-data; *Infektionsumfeld von COVID-19-Ausbrüchen in Deutschland*, Epidemiologisches Bulletin, 38 2020, Sept. 17, 2020, https://www.rki.de/DE/Content/Infekt/EpidBull/Archiv/2020/Ausgaben/38_20.pdf;jsessionid=B8D1D66F6ECEC4B21EFDF40B78C8FB74.internet071?__blob=publicationFile.

[29] APM Research Lab, *The color of coronavirus: COVID-19 deaths by race and ethnicity in the U.S.*, Oct. 15, 2020, available at https://www.apmresearchlab.org/covid/deaths-by-race.

[30] Finch, W., et al., *Poverty and Covid-19: Rates of Incidence and Deaths in the United States During the First 10 Weeks of the Pandemic*, Front. Sociol., June 15, 2020, available at https://www.frontiersin.org/articles/10.3389/fsoc.2020.00047/full.

1    associated with high vulnerability to severe outcomes, making the logistics of "shielding the

2    vulnerable" even more challenging.

3         31.    Until we have a proven means to protect those most at risk and put those safeguards

4    in place, it would be reckless to remove the protections against unmitigated community transmission

5    and plunge ahead in pursuit of herd immunity via massive infection rates.  Reducing community

6    transmission remains one of the best ways to protect vulnerable populations.

7                    **Any Herd Immunity May Be Short-Lived And Partial**

8         32.    In the modern era, herd immunity is best achieved by vaccination—that is, when

9    enough people acquire immunity to an infection through a shot in the arm to protect the whole

10   community.  That is our public health goal every flu season; and it is the reason we vaccinate infants

11   against many childhood diseases.

12        33.    The "herd immunity with focused protection" approach that Dr. Bhattacharya

13   champions is to allow the spread of COVID-19 in younger populations in order to create immunity

14   against later infection—the theory being that previously infected individuals will carry COVID-19

15   antibodies that will prevent reinfection.  If carrying COVID-19 antibodies confers immunity, then

16   half[31] or more[32] of the population must be seropositive—*i.e.*, COVID-19 antibody carriers—before

17   we can control the virus without special measures, such as face coverings, social distancing,

18   surveillance, and contact tracing.

19        34.    It is possible that letting the virus spread uncontrolled in the younger population will

20   build up some level of herd immunity and reduce further spread—for some period of time and with

21   the significant cost of serious illness and death discussed above.  However, the process of building

22   up heard immunity could take a significant amount of time.  The length of the pandemic could be 18

---

[31] Britton, T., et al., *A mathematical model reveals the influence of population heterogeneity on herd immunity to SARS-CoV-2*, Science 14 Aug 2020; 846-849.

[32] Sanche S, et al.. *High Contagiousness and Rapid Spread of Severe Acute Respiratory Syndrome Coronavirus 2*. Emerg Infect Dis. 2020;26(7):1470-1477. https://dx.doi.org/10.3201/eid2607.200282.

1  to 24 months or more, as herd immunity gradually develops in the human population.[33]  The

2  serosurveillance data available to date suggests that a relatively small fraction of the population has

3  been infected and infection rates likely vary substantially by geographic area.  In late September

4  2020, CDC Director Robert Redfield told Congress that over 90 percent of the U.S. population

5  remains susceptible to this coronavirus,[34] citing published data.[35]  Another recent seroprevalence

6  study estimated that that the percentage of people exposed to the virus ranged from 1% to 23%

7  depending on jurisdiction, and that overall less than 10% of people had detectable SARS-CoV-2

8  antibodies.[36]  Given the transmissibility of SARS-CoV-2, half to two-thirds of the population may

9  need to be immune to reach a critical threshold of herd immunity to halt the pandemic.[37]

10      35.    Unfortunately, however, coronavirus immunity is notoriously short-lived and partial.

11  Other coronaviruses are called "seasonal" because, like the flu, they circulate every year.  Based on

12  seasonal coronaviruses, we can anticipate that even if immunity declines after exposure, there may

13  still be some protection against disease severity and reduced contagiousness, but this remains to be

14  assessed for SARS-CoV-2.[38]  As a result, widespread infection in the general population is unlikely

15  to eliminate the disease, but will more likely result in a persistent problem until an effective vaccine

16  is available and widely adopted.

17      36.    The quality of the seroprevalence studies conducted to date has varied widely, as have

18  their results.  The widely varying results of early seroprevalence studies emphasized the very local

19  nature of the pandemic.  For example, in a study that received extensive criticism for its sampling

---

[33] Moore 2020, *supra*.

[34] C-SPAN, *CDC Director Redfield Says 90% U.S. Population Susceptible to Coronavirus Infection, Sept. 23, 2020*, https://www.c-span.org/video/?c4909117/cdc-director-redfield-90-us-population-susceptible-coronavirus-infection.

[35] Anand, S., et al., *Prevalence of SARS-CoV-2 antibodies in a large nationwide sample of patients on dialysis in the USA: a cross-sectional study*, The Lancet, Vol. 396, Issue 10259, pp. 1335-1344, October 24, 2020, DOI: https://doi.org/10.1016/S0140-6736(20)32009-2.

[36] Bajema K. et al., *Estimated SARS-CoV-2 Seroprevalence in the US as of September 2020*, JAMA Intern Med. (published online Nov. 24, 2020), doi:10.1001/jamainternmed.2020.7976.

[37] Britton 2020, *supra*; Sanche 2020; *supra*.

[38] Moore 2020, *supra*.

methods, statistics, and biased interpretation of the data obtained,[39] Dr. Bhattacharya and his co-authors found that 1.5 percent of Santa Clara County's population sampled tested positive for antibodies in the spring of 2020.[40]  Other locales—in studies reflecting different kinds of imperfections in sampling—have shown much more widespread evidence of past infection, including 21 percent of those tested in New York City[41] and nearly a third in Chelsea, Massachusetts in April 2020.[42]

37.    More recent national studies have continued to show regional variation in seroprevalence.  The CDC conducted a commercial laboratory seroprevalence survey using blood samples collected from 10 U.S. sites from March to July 2020.  The surveys estimated seroprevalence of 0.7% (San Francisco Bay Area) to as high as 23.2% (New York City Metro Area).[43]  Another seroprevalence study of dialysis patients estimated that during the first wave of the COVID-19 pandemic, fewer than 10% of the U.S. adult population formed antibodies against SARS-CoV-2, with large regional variances.[44]  In California, the study estimated seroprevalence of 3.8%.[45] The low seroprevalence estimates in California and the Bay Area suggest both that those regions have been more successful in limiting community transmission and that any measure of herd immunity is a distant prospect.

**Risks of Indoor Gatherings**

38.    SARS-CoV-2 spreads through contact (via larger droplets and aerosols), and longer-

[39] Vogel, G., *Antibody surveys suggesting vast undercount of coronavirus infections may be unreliable*. Science, Apr. 21, 2020, https://www.sciencemag.org/news/2020/04/antibody-surveys-suggesting-vast-undercount-coronavirus-infections-may-be-unreliable.

[40] Bendavid, E., et al., *COVID-19 Antibody Seroprevalence in Santa Clara County, California*, medRXiv, doi: https://doi.org/10.1101/2020.04.14.20062463.

[41] Goodman, J., et al., *1 in 5 New Yorkers May Have Had Covid-19, Antibody Tests Suggest*, https://www.nytimes.com/2020/04/23/nyregion/coronavirus-antibodies-test-ny.html.

[42] Saltzman, J., *Nearly a third of 200 blood samples taken in Chelsea show exposure*, Boston Globe, Apr. 17, 2020, https://www.bostonglobe.com/2020/04/17/business/nearly-third-200-blood-samples-taken-chelsea-show-exposure-coronavirus/.

[43] CDC, *Commercial Laboratory Seroprevalence Surveys,* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/commercial-lab-surveys.html#surveymap

[44] Anand 2020, *supra*.

[45] *Id*.

1  range transmission via aerosols, especially in conditions where ventilation is poor.  This makes

2  large, indoor gatherings particularly high-risk activities for transmission of the virus, especially

3  where mitigation measures like the use of face coverings and social distancing are not being

4  observed.  I understand that the plaintiffs in this lawsuit have stated that they are holding church

5  services of more than 800 people indoors, without requiring face coverings and social distancing,

6  and while permitting singing.  These circumstances present a relatively high risk of transmission.

7       39.    A number of factors make plaintiffs' conduct particularly high risk.  First, longer

8  duration contacts increase the risk of transmission.  For direct interpersonal interactions—that is,

9  close contact without social distancing—the risk of transmission is proportional to the duration of

10  the interaction.  Longer duration contacts create a higher risk of transmission.  Epidemiologists often

11  distinguish between contacts below fifteen minutes (lower risk) and at or beyond fifteen minutes

12  (higher risk)—hence the "fifteen-minute rule."  For viruses like SARS-CoV-2 that are spread though

13  respiratory droplets and aerosols, microbial risk assessment experts use estimates of breathing rates

14  and duration of exposure to develop control strategies to reduce transmission.[46]  Models of COVID-

15  19 transmission using cell phone mobility data identify locations associated with longer duration

16  indoor contacts—including full-service restaurants and religious organizations—as producing the

17  largest predicted increases in infections when reopened.[47]

18       40.    The aerosol component of COVID-19 transmission would also be expected to

19  increase this risk of transmission over time.  Simply stated, the longer people are in an enclosed

20  space, the more viral particles will build up and be available to infect others.  The amount of virus

21  per liter of air will depend on a number of factors, including the size of the space, the number of

22  people in that space, and the frequency of air changes.  For these reasons, more crowded gatherings

23  and poor ventilation would both be expected to increase the risk of transmission in an indoor space.

24

25

26

---

27  [46] Hass C, *Action Levels for SARS-CoV-2 in Air: Preliminary* Approach, Preprint (Aug. 14, 2020).

28  [47] Chang S, et al., *Mobility network models of COVID-19 explain inequities and inform reopening*. Nature (2020), doi: https://doi.org/10.1038/s41586-020-2923-3.

Declaration of Marc Lipsitch ISO Defendants'                                                      20-CV-03794 BLF
Opposition to Ex Parte Application for TRO And OSC

41.     Second, larger gatherings in indoor spaces increase the risk of transmission both for the reasons explained above, and because the larger the gathering, the more likely that infectious individuals will in fact be present, depending on the prevalence of the disease in the community.

42.     Third, singing is a well-described risk factor for transmitting respiratory disease.[48] Dr. Bhattacharya's opinion that the defendants can "safely" hold indoor services that include "singing and chanting" (Para. 21) does not appear to consider the research on singing.  It is understood that singing, chanting, shouting, and similar vocalizations can cause the release of a larger number of virus-bearing respiratory droplets and aerosols and may also increase the distance that droplets or aerosolized particles can travel compared to speaking at a normal volume.  There are documented COVID-19 outbreaks where singing is presumed to have been a factor, including one involving a choir practice in Skagit County, Washington.[49]  I understand that the plaintiffs have been permitting singing at their services.  This would increase the risk of transmission, especially where mitigation measures including face coverings and social distancing are not being enforced.  Public health measures to limit or prohibit indoor singing, chanting, shouting, and similar vocalizations, would decrease the risk of transmission of COVID-19, which is principally spread by respiratory droplets and aerosols.

43.     While face coverings and social distancing would mitigate the risk of COVID-19 transmission from singing indoors, it would not eliminate that risk.  Accordingly, it is not accurate to call singing a "safe" indoor activity at a multi-household gathering, especially where the use of face coverings and social distancing are not required.

44.     Dr. Bhattacharya states in his declaration that he has reviewed the CDC's May 23, 2020 guidance titled "Considerations for Communities of Faith."  The current version of that

---

[48] Buonanno G., et al., *Quantitative assessment of the risk of airborne transmission of SARS-CoV-2 infection: Prospective and retrospective applications*, Environ Int. (2020) Sep. 6;145:106112, doi: 10.1016/j.envint.2020.106112.

[49] Hamner, L., *High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice - Skagit County, Washington*, March 2020. Morbidity and Mortality Weekly Report 69.

guidance was updated on October 29, 2020.[50]  The CDC offers this guidance to faith communities "in the course of preparing to reconvene for in-person gatherings while still working to prevent the spread of COVID-19."  As this prefatory statement indicates, the CDC guidance begins with the understanding that many faith communities have not been gathering during the pandemic and provides instructions on how to begin to gather again safely.  The first point in the guidance under the heading "Scaling Up Operations," advises faith communities to "[e]stablish and maintain communication with local and State authorities to determine current mitigation levels in your community."  In response to the current surge in COVID-19 cases and the pressure on hospital resources and ICU capacity in California and Santa Clara County in particular, it is my understanding that the current mitigation measures prohibit indoor gatherings, including church services.  I do not understand the CDC's guidance to instruct faith communities to ignore or act contrary to the current local mitigation strategy.

45.   The CDC recently published a *Summary of Guidance for Public Health Strategies to Address High Levels of Community Transmission of SARS-CoV-2 and Related Deaths*.[51]  That guidance lists recommended public health strategies as well as recommendations for community-level implementation.  The guidance recommends the "universal use of face masks" as a public health strategy, and for that strategy recommends the following community-level implementation: "Issue policies or directives mandating universal use of face masks in indoor (nonhousehold) settings."  The CDC guidance also recommends "[a]void[ing] nonessential indoor spaces and crowded outdoor settings" as a public health strategy, and for that strategy recommends the following community-level implementation:  "Promoting flexible worksites (e.g., telework); apply limits to occupancy of indoor spaces and to the size of social gatherings."  In my view, these are critical national and local strategies to mitigate the risk of COVID-19 transmission.

46.   Any region experiencing moderate, high, or increasing levels of community

---

[50] CDC, *Considerations for Communities of Faith*, updated Oct. 29, 2020, available at https://www.cdc.gov/coronavirus/2019-ncov/community/faith-based.html (visited Dec. 12, 2020).

[51] Honein M., et al., *Summary of Guidance for Public Health Strategies to Address High Levels of Community Transmission of SARS-CoV-2 and Related Deaths*, December 2020. MMWR Morb Mortal Wkly Rep 2020;69:1860-1867, doi: http://dx.doi.org/10.15585/mmwr.mm6949e2.

transmission should do everything possible to lower transmission.  The path to low transmission in other countries has included adherence to stringent community control measures—including closure of nonessential indoor work and recreational spaces.[52]  Such measures along with universal mask wearing (with specific exceptions[53]) are essential to bring case numbers down to safe levels for communities to reopen.[54]

47.     The United States is in the midst of a large surge in cases, recording over 200,000 new cases and more than 3,000 deaths per day.  These levels of transmission threaten to overwhelm hospitals and ICU capacity in many areas.  As the CDC reported last week, all age groups have reached their highest weekly hospitalization rate since the start of the pandemic, with those rates expected to increase as additional data are reported.[55]  And ICU capacity is dwindling in many areas, including Santa Clara County, where ICU beds have been filling up and available capacity has dropped from around 25% to under 15% in the past month.[56]  Given these circumstances, it would be reckless to lift restrictions on community transmission, for example, by permitting the large, mask-optional, indoor gatherings that plaintiffs want to hold.

48.     "Flatten the curve" was a good idea when the world first heard the concept in March, and it is a particularly good one right now.  A flatter curve, with more infections delayed, will help the health-care system better cope with the cases it does have.  Whereas an overwhelmed health-care system will mean there is little reserve to care for the seriously ill, including all the other diseases

---

[52] Couzin-Frankel J, Vogel G, Weiland M., *School openings across globe suggest ways to keep coronavirus at bay, despite outbreaks*, American Association for the Advancement of Science. July 7, 2020, available at https://www.sciencemag.org/news/2020/07/school-openings-across-globe-suggest-ways-keep-coronavirus-bay-despite-outbreaks.

[53] CDC, *Coronavirus Disease 2019 (COVID-19), Frequently Asked Questions*, available at https://www.cdc.gov/coronavirus/2019-ncov/faq.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fneed-extra-precautions%2Fpeople-with-seasonal-allergies-faqs.html#People-with-Seasonal-Allergies.

[54] Levinson, M., *Reopening Primary Schools during the Pandemic* (2020) N. Engl. J. Med. 2020; 383:981-985, DOI: 10.1056/NEJMms2024920.

[55] CDC, COVIDView, *Key Updates for Week 49, ending December 5, 2020*, available at https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html.

[56] Santa Clara County Public Health Department, COVID-19 Hospitalizations Dashboard, available at https://www.sccgov.org/sites/covid19/Pages/dashboard-hospitals.aspx.

Declaration of Marc Lipsitch ISO Defendants'                                          20-CV-03794 BLF
Opposition to Ex Parte Application for TRO And OSC

1    hospitals were created to treat.  Finally, the first vaccine is here, and more vaccines appear to be on

2    their way.  These vaccines appear to be effective enough to protect us, if we can stay uninfected long

3    enough to get our shots.

4            I declare under penalty of perjury under the laws of the United States that the foregoing is

5    true and correct.  Executed at Jamaica Plain, Massachusetts on December 13, 2020.

6

7                                                    */s/ Marc Lipsitch*
                                                      MARC LIPSITCH

8

9    2322567

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21

Exhibit A

**CURRICULUM VITAE**

DATE:                    October 9, 2020

NAME:                    Marc Lipsitch

ADDRESS:                 Department of Epidemiology
                         Harvard T.H. Chan School of Public Health
                         677 Huntington Avenue
                         Boston, MA 02115

DATE & PLACE OF BIRTH:   November 15, 1969, New Haven, CT, USA

EDUCATION:

| Date | Discipline | Degree | Institution |
|------|-----------|--------|-------------|
| 1991 | Philosophy | B.A. *summa cum laude* | Yale University |
| 1995 | Zoology | D.Phil. | University of Oxford |

POSTDOCTORAL TRAINING:

| | | | |
|------|------|------|------|
| 1995-1999 | Biology | Postdoc with Dr. Bruce Levin | Emory University |

ACADEMIC APPOINTMENTS:

| | |
|------|------|
| 1997-1999 | Visiting Scientist, Respiratory Diseases Immunology Section, Centers for Disease Control and Prevention |
| 1999-2004 | Assistant Professor, Department of Epidemiology, Harvard School of Public Health |
| 2004-2006 | Associate Professor, Department of Epidemiology and Department of Immunology and Infectious Diseases, Harvard School of Public Health |
| 2006-present | Professor, Department of Epidemiology and Department of Immunology and Infectious Diseases, Harvard School of Public Health |
| 2009-present | Director, Center for Communicable Disease Dynamics, Harvard School of Public Health |
| 2009-present | Associate Member, Broad Institute, Cambridge, MA |
| 2012-2018 | External Faculty Member, Santa Fe Institute, Santa Fe, NM |

**Lipsitch, Marc**

HONORS AND DISTINCTIONS:

| | |
|---|---|
| 1991 | Phi Beta Kappa, Yale College |
| 1992-1995 | Rhodes Scholar, University of Oxford, England |
| 2002 | Ellison Medical Foundation New Scholar in Global Infectious Disease |
| 2002 | PhRMA Foundation Research Starter Award in Health Outcomes |
| 2002 | ICAAC Young Investigator Award, American Academy of Microbiology |
| 2006 | Mentoring Award, Harvard School of Public Health |
| 2009 | Thompson Science Hall of Fame, Westminster Schools, Atlanta, GA |
| 2011 | Kenneth Rothman Award, Best Paper in *Epidemiology* in 2010 |
| 2012 | Junior Faculty Mentoring Award, Harvard School of Public Health |
| 2013 | Reviewer of the Year in *Epidemiology* in 2012 |
| 2014 | Member, winning team (PI Shaman), <u>CDC Predict the Influenza Season Challenge</u> |
| 2015 | Elected Fellow, American Academy of Microbiology |
| 2016 | Robert Austrian Lecturer, International Symposium on Pneumococci and Pneumococcal Diseases |
| 2018 | 2017 Article of the Year, American Journal of Epidemiology |
| 2019 | 23rd Annual Robert M. Fekety, Jr., MD Lecturer, University of Michigan |
| 2020 | Elected Member, National Academy of Medicine |

PROFESSIONAL SERVICE:

| | |
|---|---|
| 1999 | Temporary Advisor, WHO.  Priorities for Pneumococcal and Hib Vaccine Development and Introduction.  Geneva, Switzerland |
| 2000, 2002 | National Institutes of Health, National Center for Research Resources, Special Emphasis Panel, Centers of Biomedical Research Excellence |
| 2001-2003 | Consultant and invited speaker for three public meetings, FDA Center for Veterinary Medicine.  Topic: regulation of antimicrobial drugs in veterinary medicine |
| 2002 | Member, WHO Pneumococcal Vaccine Trials Nasopharyngeal Carriage Study Group |
| 2003 | Member, WHO Working Group on SARS Epidemiology and Modeling |
| 2003-2004 | US Department of Defense, Defense Science Board Task Force on SARS Quarantine |
| 2005 | Consultant, Ministry of Foreign Affairs, Canada – Pandemic Influenza |
| 2005 | Consultant, Congressional Budget Office – Pandemic Influenza |
| 2006, 2007 | National Institutes of Health Study Section on Genetic Variation and Evolution |
| 2007, 2008, 2012 | National Institutes of Health Special Emphasis Panels, various |
| 2007-2011 | Report reviewer, National Research Council, NEIDL Risk Assessments |
| 2008 | Food and Drug Administration, Antiviral Advisory Committee, guest member |
| 2008-2009 | Member, World Economic Forum Global Agenda Council on Pandemics |
| 2009 | Consultant, Mexico Ministry of Health, Pneumococcal Conjugate Vaccine |
| 2009 | US President's Council of Advisors on Science and Technology (PCAST)--H1N1 Working Group |
| 2009 | Massachusetts Department of Public Health H1N1 Advisory Group |
| 2009-2010 | Team B Advisory Body to CDC on Novel H1N1 Influenza |

| | |
|---|---|
| 2010-2013 | Member, Informal Advisory Group on 2009 Pandemic Influenza Mortality, WHO |
| 2010- | Member, Pneumococcal Serotype Replacement Technical Advisory Group, WHO |
| 2011- | Member, Scientific Advisory Board, Pneumococcal Global Sequencing Project (Gates Foundation, Keith Klugman, PI) |
| 2014-2016 | Member, CIDRAP/Wellcome Trust Team B on Ebola Vaccines |
| 2015 | Member, Scientific Advisory Group, Norwegian Institute of Public Health/WHO/MSF Ebola Virus Vaccine Trial |
| 2015 | Member, Scientific Review Committee, Wellcome Trust Sanger Institute 5-Year Review (4-day evaluation visit) |
| 2017- | Member, Biological Agents Containment Working Group, Board of Scientific Counselors, Office of Public Health Preparedness and Response, CDC |
| 2018- | Member, Advisory Board, Vaccines and Immunotherapies, CARB-X |
| 2018- | Member, Technical Advisory Group, Pneumococcal Serotype Replacement and Distribution Project (PSERENADE), International Vaccine Action Center |
| 2019- | Co-chair, WHO Working Group on Vaccines and Antimicrobial Resistance (VAC-AMR) |
| 2019 | Member, Steering Committee, Scorecard on Progress on Recommendations of the Review of Antimicrobial Resistance, Chatham House |
| 2020 | Member, Massachusetts Governor's Medical Advisory Committee |
| 2020 | Member, Massachusetts COVID-19 Vaccine Working Group |
| 2020 | Ad hoc expert, WHO Strategic Advisory Group of Experts, COVID-19 Vaccine Working Group |

EDITORIAL BOARDS:

| | |
|---|---|
| 2002-2012 | Associate Editor, *American Journal of Epidemiology* |
| 2004-2008 | Associate Faculty Editor, *Emerging Themes in Epidemiology* |
| 2009-2010 | Member, Faculty of 1000 Biology |
| 2006-2016 | Editorial Board, *PLoS Medicine* |
| 2008-2011 | Associate Editor, *Epidemics* |
| 2008-2011 | Editorial Board, *Emerging Health Threats* |
| 2009-2010 | Board of Editorial Advisors, *Journal of Infectious Diseases* |
| 2009-present | Editorial Board, *Epidemiology* |
| 2015-present | Board of Reviewing Editors, *eLife* |

PROFESSIONAL SOCIETIES:

Society for Epidemiologic Research
American Society for Microbiology
National Center for Science Education
Union of Concerned Scientists

PUBLIC HEALTH ORGANIZATIONS:

Founder, Cambridge Working Group, 2014
Founder, Society for Safe Science, 2014


SCIENTIFIC COMMITTEES AND CONFERENCE ORGANIZING:

Scientific Committee: 4th International Symposium on Pneumococci and Pneumococcal
 Diseases, Helsinki, Finland, May 2004
Scientific Committee: 5th International Symposium on Pneumococci and Pneumococcal
 Diseases, Alice Springs, Australia, May 2006
Scientific Committee: 6th International Symposium on Pneumococci and Pneumococcal
 Diseases, Reykjavik, Iceland, June 2008
Scientific Committee: 7th International Symposium on Pneumococci and Pneumococcal
 Diseases, Tel Aviv, Israel, March 2010
Scientific Committee: 9th International Symposium on Pneumococci and Pneumococcal
 Diseases, Hyderabad, India, March 2014
Conference Chair: First Annual Center for Communicable Disease Dynamics
 Symposium: Surveillance for Decision Making in Emerging Diseases:
 Lessons from the 2009 H1N1 Pandemic Influenza.  Boston, June 2010
Organizing Committee: Epistemology of Modeling and Simulation.  University of
 Pittsburgh, April 2011.
Conference Chair: Second Annual Center for Communicable Disease Dynamics
 Symposium: Antimicrobial Resistance: Biology, Population Dynamics and
 Policy Options.  Boston, October 2011
Conference Chair: Epidemics[3], Boston, November 2011
Scientific Committee: Epidemics[4], Amsterdam, November 2013
Conference organizer: Workshop on Modeling and Simulation for Infectious Disease
 Trial Design, Seattle, August 2016 (with Betz Halloran)
Workshop organizer: Ethical Design of Vaccine Trials in Emerging Infections, ETHOX,
 Oxford, UK, July 2017 (with Rebecca Kahn, Nir Eyal, Annette Rid)
Scientific Committee: 12th International Symposium on Pneumococci and Pneumococcal
 Diseases, Toronto, 2020
Advisory group on COVID-19, Science Philanthropy Alliance, August 2020


GRANT REVIEWER SINCE 2003:

Research Fund for the Control of Infectious Disease (RFCID), Hong Kong Semi-
 Autonomous Region, China
UK Medical Research Council
Wellcome Trust (UK)
Department of Veterans Affairs, USA
Alliance for the Prudent Use of Antibiotics
Swiss National Science Foundation
RIVM (National Institute of Health and Environment), Netherlands
Innovational Research Incentives Scheme, Royal Netherlands Academy of Sciences
National Institutes of Health, ad hoc member, GVE study section (4x), IRAP study
 section (1x), several telephone special review groups
Health Research Council of New Zealand

AXA Foundation Fellowships
Canadian Institutes of Health Research
Royal Society of New Zealand
French National Research Agency (ANR)
Royal Society (UK)
NIH Special Emphasis Panels (2013/01 ZRG1 IDM-A (02) S; 2014/08 ZRG1 RPHB-W
    (53) R - RFA-RM-13-009: NIH Director's Early Independence Awards
    Review)
Dutch Research Council NOW (2011, 2017)
NIH Special Emphasis Panel (2014/10 ZRG1 IDM-S (02) M)
Chair of NIH Infectious Diseases and Microbiology Integrated Review Group, ZRG1 IDM
    S02 10/2014 council
NIH CRFS Study section, ad hoc member, 2015
UK Medical Research Council (2016)


INVITED TALKS (SINCE 2015):

| | |
|---|---|
| 01/2015 | Otto Wolff Lecture, Institute of Child Health, University College London |
| 01/2015 | London School of Hygiene and Tropical Medicine, invited lecture |
| 01/2015 | Centre for the Study of Existential Risk, Cambridge University, UK, invited lecture |
| 02/2015 | Public Health England, Colindale, London UK, invited lecture |
| 03/2015 | London School of Hygiene and Tropical Medicine, Health Protection Research Unit Annual Conference, Invited Lecture |
| 04/2015 | University of Bristol Department of Social Medicine |
| 04/2015 | University of Pittsburgh Marcella L. Finegold Memorial Public Debate Series |
| 05/2015 | Applied Bioinformatics and Public Health Conference, Wellcome Trust Sanger Institute, Keynote Lecture |
| 06/2015 | Médecins sans Frontières Science Day, Panel Discussion, Paris, France |
| 06/2015 | Eijkman Lecture, UMC Utrecht, Netherlands |
| 07/2015 | ETH Zurich Latsis Symposium, plenary talk |
| 07/2015 | Jenner Lecture, Jenner Vaccine Institute, Oxford University, UK |
| 09/2015 | [popular presentation] HubWeek *Four Global Health Threats, Four Global Health Opportunities,* Harvard University |
| 01/2016 | National Science Advisory Board on Biosecurity |
| 02/2016 | WHO Technical Expert Consultation: Alternate Dosing Schedules of Pneumococcal Conjugate Vaccines, Geneva (by videolink) |
| 02/2016 | PATH Scientific Advisory Board, PATHwSP Vaccine Trial, Geneva (by videolink) |
| 05/2016 | Department of Microbiology and Immunology, Emory University, Atlanta |
| 05/2016 | Causal Inference in the Presence of Interference, Department of Biostatistics, Harvard T.H. Chan School of Public Health, Boston, MA |
| 06/2016 | Robert Austrian Award Lecture, International Symposium on Pneumococci and Pneumococcal Diseases-10 |
| 07/2016 | Glaxo SmithKline Vaccines, Rockville, MD |
| 07/2016 | White House Pandemic Prediction and Forecasting Science and Technology Working Group (PPFST WG) |

| | |
|---|---|
| 09/2016 | Keynote Address, Project Prometheus Workshop on Multi-Strain Modeling, RIVM (National Institute of Public Health and the Environment), Bilthoven, Netherlands |
| 01/2017 | Postdocs in Complexity Conference, Santa Fe Institute, NM (not delivered due to travel delays) |
| 02/2017 | Department of Epidemiology of Microbial Diseases, Yale School of Public Health, New Haven, CT |
| 03/2017 | Department of Mathematics, University of Utah |
| 03/2017 | The Value of Vaccines in the Avoidance of Antimicrobial Resistance, Chatham House, London |
| 03/2017 | WHO Workshop on Vaccines and Antimicrobial Resistance, London, UK |
| 04/2017 | National Math Festival, Washington, DC (two talks) |
| 05/2017 | Memorial Symposium for Ellis McKenzie, Fogarty International Center, NIH, Bethesda, MD |
| 06/2017 | EA Global, Society for Effective Altruism, Cambridge, MA |
| 06/2017 | Panelist, Surveillance workshop, Simons Foundation, New York, NY |
| 09/2017 | Emerging Leaders in Biosecurity meeting, Johns Hopkins Center for Health Security (held Cambridge, MA) |
| 12/2017 | Risk in Complex Systems: Models, Applications, Perceptions, and Policy Implications, Centre de Recherches Mathematiques, University of Montreal |
| 3/2018 | Department of Ecology and Evolutionary Biology, Princeton University |
| 3/2018 | 17th Annual Symposium, Institute for Systems Biology, Seattle |
| 4/2018 | Gates Vaccine Impact Modeling Consortium, Keynote Address, annual meeting in Cambridge, MA |
| 5/2018 | "Antibiotic resistance: Evolutionary concepts versus clinical realities," Wenner-Gren Center, Stockholm |
| 6/2018 | London School of Hygiene and Tropical Medicine |
| 6/2018 | Institut Pasteur, Paris |
| 6/2018 | Big Data Institute, University of Oxford |
| 8/2018 | PRISM (Policy relevant infectious disease simulation and mathematical modelling) Annual Meeting, Palm Cove, Australia |
| 8/2018 | David Danks Seminar, Murdoch Children's Research Institute, Melbourne, Australia |
| 11/2018 | Berkman-Klein Center, Harvard Law School, Data and Health Seminar |
| 6/2019 | Chan-Zuckerberg Biohub, San Francisco |
| 6/2019 | Stanford Medical School, Stanford, CA |
| 6/2019 | Proctor Foundation, UC San Francisco, CA |
| 7/2019 | Wellcome Meeting on the Global Burden of Disease from Antimicrobial Resistance, London |
| 10/2019 | 23rd Annual Robert M. Fekety, MD Lecture, Department of Medicine, Division of Infectious Diseases, University of Michigan |
| 10/2019 | Microbiology and Infectious Diseases Seminar, University of Geneva, Switzerland |
| 3/2020 | National Academy of Medicine/American Public Health Association First Webinar on COVID-19, Washington DC (via Zoom) |
| 3/2020 | Harvard Kennedy School Growth Lab, Cambridge, MA (via Zoom) |
| 3/2020 | White House Modeling Consortium, Washington DC (via Zoom) |
| 4/2020 | European Central Bank (via Zoom) |
| 4/2020 | *USA Today* Editorial Board (via Zoom) |
| 4/2020 | *New York Times* Editorial Board (via Zoom) |

| | |
|---|---|
| 4/2020 | Harvard Medical School Department of Medicine Grand Rounds (one of many short talks, via Zoom) |
| 5/2020 | Massachusetts Coalition for Pathogen Research (one of many short talks, via Zoom) |
| 5/2020 | Covid symposium, National Institute of Statistical Science/American Statistical Association |
| 5/2020 | Private briefing, Deputy Prime Minister Chrystia Freeman, Ottawa, Canada |
| 5/2020 | Briefing, New Democrat Coalition, by Zoom |
| 5/2020 | Isaac Newton Institute, Cambridge University, UK, by Zoom |
| 5/2020 | Futureproofing Public Health, University of Stellenbosch, by Zoom |
| 5/2020 | Private briefing, Rahul Gandhi, Leader, Congress Party, India |
| 5/2020 | Harvard Club of Boston, by Zoom |
| 5/2020 | Tsinghua University / AAAS Symposium, Beijing, by Zoom |
| 5/2020 | Institute for Genome Sciences, University of Maryland, by Zoom |
| 5/2020 | National Academy of Sciences, Section 43, by Zoom |
| 5/2020 | Medical Grand Rounds, Boston Children's Hospital, by Zoom |
| 5/2020 | Vaccine Research Center, Beth Israel Deaconess Medical Center, by Zoom |
| 5/2020 | COVID-19 and the Role of Modeling, American Statistical Association and the National Institute of Statistical Sciences (via Zoom) |
| 6/2020 | International Monetary Fund, by Zoom |
| 6/2020 | Webinarium: Role of a Medical University in a Pandemic, Karolinska Institutet, Stockholm, by Zoom |
| 7/2020 | Bipartisan Commission on Biosecurity, by Zoom |
| 7/2020 | National Bureau of Economic Research, by Zoom |
| 7/2020 | SAGE Working Group on COVID-19 Vaccines, by Zoom (panelist) |
| 7/2020 | Congressional Briefing on Human Challenge Trials, organized by 1DaySooner and Rep. Bill Foster, by Zoom |
| 7/2020 | International Symposium on Novel Ideas in Science and Ethics of Vaccines against COVID-19 Pandemic, India Council of Medical Research, by Zoom |
| 7/2020 | Private and Public Science, Advisory, and Consumer Food Policy Group (PAPSAC), Harvard Kennedy School, by Zoom |
| 8/2020 | National Academies (NASEM) Committee on Equitable Allocation of Vaccine for the Novel Coronavirus (panel) by Zoom |
| 8/2020 | Mathematical Sciences Research Institute, University of California, Berkeley, by Zoom |
| 8/2020 | Coronavirus Conversations, Science and Society, Duke University (panel), by Zoom |
| 8/2020 | Giving Pledge Meeting – Q&A with Scott Dowell, Bill and Melinda Gates Foundation, by Zoom |
| 8/2020 | Janelia Farm, Howard Hughes Medical Institute, via Zoom |
| 9/2020 | COVID-19, Public Health Ethics, and Policy for Pandemics, Harvard Medical School Center for Bioethics, Cambridge MA (via Zoom) |
| 9/2020 | From testing to distribution: the importance of, and challenges to, estimating the protective effects of vaccines, National Institute of Statistical Sciences, Research Triangle, NC (via Zoom) |
| 9/2020 | Epidemiology of COVID-19: Implications for Control, American Physical Society, College Park, MD (via Zoom) |

| 10/2020 | COVID-19 and Vaccines: Clinical Trials, Immunity and Immunization, American Lung Association, Chicago, IL (via Zoom) |
| 10/2020 | Board of Directors, Blue Cross-Blue Shield of Massachusetts |

## RESEARCH SUPPORT:

### Past Funding

| 1997-1999 | NIH postdoctoral fellowship 1 F32 GM019182 Population Genetics of Bacterial Infection and Treatment.  Role: PI |
| 1997-1999 | SmithKlineBeecham unrestricted educational grant.  Effects of Antiviral Usage on Resistance in Herpes Simplex Virus, Type 1.  Bruce R. Levin, PI.  Role: Co-PI |
| 2001-2005 | NIH research grant R01 AI051929.  Drug Resistance in Tuberculosis: Genetics and Dynamics.  Eric Rubin, PI.  Role: Co-PI |
| 2001-2006 | NIH research grant R01 AI48935.  Vaccination and the Evolutionary Dynamics of Pneumococci.  Role: PI |
| 2001-2011 | NIH research grant R01 AI048935 Mechanisms of Capsular Diversity in *Streptococcus pneumoniae*.  Role: PI |
| 2002 | PhRMA Foundation Research Starter Grant.  Planning and Assessing Antimicrobial Cycling and Other Interventions to Control Resistance in Hospitals.  Role: PI |
| 2002-2006 | Ellison Foundation New Scientist in Global Infectious Diseases Award. Antibiotic Resistance in *Streptococcus pneumoniae*: Transmission Dynamics and Consequences for Public Health.  Role: PI |
| 2003-2006 | NIH research grant 5 R21 AI055825.  Epidemiologic Methods: Resistant Nosocomial Infections.  Role: PI |
| 2004-2013 | NIH/NIAID R01 AI058736 (Freedberg). Optimizing HIV care in less developed countries. Role: Consortium Co-Investigator |
| 2006 | Taplin Foundation Equipment Grant, Harvard School of Public Health. |
| 2006 | NIAID/TIGR Pathogen Functional Genomics Resource Center grant of access to free microarrays.  Effects of Host Immunity on Pneumococcal Gene Expression.  Role: PI |
| 2006-2009 | NIH cooperative agreement U01 GM076497.  Methodological Approaches to Planning and Analysis of New Infectious Diseases.  Role: PI. Replaced by U54 GM088558. |

2006-2016    NIH/NIAID R01 AI066304 (Finkelstein).  Conjugate Vaccine Impact of Pneumococcal Carriage, Disease, and Population (SPARC2).  Role: Consortium PI

2010-2014    NIH/NIMH R01 MH087328 (Seage). Modeling the Impact of HIV Prevention Interventions (CEPAC Dynamic). Role: Co-PI

2011-2016    NIH/NIGMS R01 GM100467 (Shaman). Influenza Outbreak Prediction: Applying Data Assimilation Methodologies to Make Skillful Forecasts of an Inherently Chaotic, Nonlinear System. Role: Consortium PI

2012-2018    NIH/NIAID R01 AI048935-15 NCE. Mechanisms and Population Genomics of Pneumococcal Antigenic Diversity. Role: PI

2013-2019    NIH/NIGMS R01 AI106786-05 NCE (PI: Hanage). Ecological and Genetic Contributions to the Spread of Resistance in Pnumococcus. Role: Co-PI

2014-2018    Pfizer Inc. (No number). Modeling serotype replacement with Prevnar13 using an agent-based model (Phase 2). Role: PI

2014-2018    NIH/NIGMS R01 GM116525-03 (Seage). Calibration and Simulation of the Botswana Combination Prevention Project. Role: Co-PI

2014-2018    Program for Appropriate Technology in Health. 1773-00460733-COL. Modeling pneumococcal population dynamics under serotype-nonspecific vaccination. Role: PI

2015-2018    NIH/NIAID R21 AI112991-02 NCE (Huttenhower). Staphylococcus Aureus Carriage and the Nasal Microbiome. Role: Co-PI

2015-2020    NIH/NIGMS R01 GM113233 (Wargo). The impacts of host vaccination and selective breeding for disease resistance on pathogen transmission and ecology in freshwater aquaculture. Role: Consortium PI

2017-2019    Pfizer Inc. CP147216 (Lipsitch/Lewnard). Quantifying pneumococcal conjugate vaccine impact against otitis media. Role: Co-PI

2017-2020    CDC 1 U01 CK000538-01 (Samore).  Modeling and simulation to support antibiotic stewardship and epidemiological decision-making in healthcare settings.  Role: Consortium PI

**Current Funding**

2014-2021    NIH/NIGMS U54 GM088558-10 NCE. MIDAS Center for Communicable Disease Dynamics. Role: PI

2018-2022    NIH/NIAID 5 R01 AI128344-01 (Hanage). Deep sequencing of pathogens to precisely define transmission networks using rare variants. Role: Co-PI

| | |
|---|---|
| 2018-2021 | National Institute for Health Research. PR-OD-1017-20006 (PI: Cooper / University of Oxford). Leveraging Pathogen Sequence Data and Adaptive Designs to Improve Vaccine Trials in Emerging Epidemics in LMICs. Role: Consortium PI |
| 2018-2020 | Pfizer Inc. A34479 (Lewnard). Changes in antimicrobial prescribing for otitis media in the era of pneumococcal conjugate vaccination. Role: Co-PI |
| 2019-2024 | CDC U01 IP001121-02 (PI: Rosenfeld / Carnegie Mellon University). Delphi Influenza Forecasting Center of Excellence. Role: Consortium PI |
| 2020-2022 | Wellcome Trust. 219759/Z/19/Z. Vaccine-avertable antimicrobial prescribing from influenza and RSV: a mixed-methods observational study. Role: PI |
| 2020-2022 | Wellcome Trust. 219812/Z/19/Z (Grad). Reducing antibiotic prescribing through a prioritized vaccination strategy. Role: Co-PI |
| 2020-2023 | Open Philanthropy Project / Silicon Valley Community Foundation. 2020-211809. Research and Policy Activities on Biosafety and Biosecurity. Role: PI |
| 2020-2022 | NIH/NCI U01 CA261277-01. Causal, Statistical and Mathematical Modeling with Serologic Data |
| 2020-2025 | CDC U01 CK000585-01 (Samore). Modeling and Simulation to support Epidemiological decision-making in Healthcare settings. Role: Consortium PI |
| 2020-2022 | Morris-Singer Foundation. Morris-Singer Fund for the Center for Communicable Disease Dynamics. Role: PI |

## TEACHING EXPERIENCE:

**Full Courses**

Biostatistics 516: Inferential Methods for Infectious Diseases.  Co-developer and co-instructor of course.
*Taught 2011 (Spring 2)*

Epidemiology 260: Mathematical Models of Infectious Diseases: Developed course, sole instructor.
*Taught 2001, 2002, 2003, 2005, 2007, 2009, 2011, 2014, 2016, 2018, 2020 always d period (Spring 2).*

Interdepartmental 267-268: Seminar in Infectious Disease Epidemiology: Developed and taught course jointly with Dr. Megan Murray in 2000; sole instructor in 2001 and 2002.
*Taught 2000-2001 as full year; taught 2001 and 2002 as fall only (ID267ab).*

Interdepartmental 298: Inference in Infectious Disease Epidemiology.  Developed course, sole instructor.
*Taught 2005, 2007 winter session.*

Epidemiology 502: Biology and Epidemiology of Antibiotic Resistance.  Co-developed and co-taught course with Dr. Gili Regev-Yochay.
*Taught 2008, 2010, 2012, 2014, 2016, 2018, 2020 winter session.*

**Participation**

Epidemiology 201: Introduction to Epidemiology.  One week each year (2 2-hr. lectures).
*Taught 2000-2007; coinstructor 2005-7.*

Epidemiology 200: Principles of Epidemiology.  One lecture per year.
*Taught 2000-2005; coinstructor 2005-7.*

 Epidemiology 289: two lectures on Infectious Disease Epidemiology, 2010

Interdepartmental 229: Epidemiology of Infectious Diseases of Importance in Developing Countries (and predecessors).  One lecture per year.
*Taught 2000-2006.*

DBS205: Biological Sciences Seminars.  One presentation of research per year.
*Taught 2002, 2005, 2015.*

RDS281 (now 285): Decision Analysis Methods in Public Health and Medicine. One lecture on infectious diseases and dynamic modeling.
*Taught 2002-2007, 2010.*

IMI225 Design and Development of a vaccine.  One lecture per year.
*Taught 2007.*

IMI227 Genetics of Infectious Disease.  One lecture per year.
*Taught 2007-8.*

Epidemiology 205: Practice of Epidemiology.  Supervised one student.
*Participated 2000.*

Epidemiology 294: Screening.  Two lectures on introductory Infectious Disease Epidemiology
*2011, (Spring 2)*

ID517 Public Health Response to Mass Emergencies.  One lecture.
*Taught 2008.*

Life Sciences 120 (Harvard College): Global Health Threats.
*One to three lectures, 2011, 2012, 2016*

Probabilistic Risk Analysis (HSPH Continuing Education).  One lecture per year.
*Taught 2002-2004.*

Health Science & Technology Microbiology (HMS).  One lecture per year.
*Taught 2002, 2003, 2005, 2007, 2008, 2009.*

Modern Medical Microbe Hunters (HMS).  One lecture per year.
*Taught 2000, 2001, 2002, 2004.*

Epidemiology 513: Issues in the Reporting of Clinical Trials.  *Guest lecture 2011.*

Epidemiology 203. Four, 2-hour lectures per year on infectious disease epidemiology
2012, 2014, 2016, 2017, 2018,2019

ID250 Ethical Basis of Public Health Practice. One lecture per year
*Guest lecture 2015*

GHP539 Control of Infectious Diseases in Low/Mid Income Countries: Social, Political
and Economic dimensions
*Guest lecture 2017*

MPH100
*Guest lecture 2019, 2020 (Spring and Fall)*

Harvard College Gen Ed 1098 Natural Disasters
*Guest lecture 2020*


**Short Courses Outside Harvard**

Harvard-Karolinska Summer School on Modern Methods in Biostatistics and
Epidemiology, Treviso, Italy.  Infectious Disease Epidemiology.  Developed a 1-week
intensive introductory course with exercises and was sole instructor.  *Taught 2005.*

Hong Kong Centre for Health Protection Short Course in Mathematical Modelling of
Infectious Diseases.  Participated in course development and taught three lectures.
*Taught 2006.*

Infection and Immunity in Children, Department of Paediatrics, Oxford University, UK.
Delivered 1 lecture by videolink.  *Taught June 2010.*

Winter Forum – Pandemic 2011.  Duke Global Health Institute and Office for
Undergraduate Education, Durham, NC.  Delivered one lecture by videolink.  *Taught
January 2011.*

Practical Short Course in Infectious Disease Modeling.  National Center for
Immunization and Respiratory Diseases, US Centers for Disease Control & Prevention
(CDC).  Course director (collaboratively with Hong Kong University and Imperial College
London) and instructor.  *Taught June 2011.*

Erasmus Summer Program, Erasmus University, Rotterdam, Netherlands.  Master Class
taught by videolink.  *Taught August 2011.*

Short Course in Infectious Disease Modeling: Hong Kong University and HSPH CCDD: *Kuala Lumpur 2014, Bangkok 2012*

Course organizer and faculty: Short Course in Infectious Disease Modeling: HSPH CCDD, Imperial College London, Hong Kong University *Centers for Disease Control and Prevention 2011, 2014*

Faculty Guest Lecturer: ICARe (International course on Antibiotic Resistance), Pasteur Institute, at Fondation Merieux, Les Pensieres, France. *2018, 2019*

### Online Modules

Herd Immunity in: Vaccines 101, Harvard School of Public Health online course *Recorded Summer 2014*

Heterogeneity in: Epidemics, University of Hong Kong HKUx EdX course *Recorded Summer 2014*

### Guest Teaching Outside Harvard

Georgetown University Department of Microbiology and Immunology: guest lecture in Science Diplomacy and World Health, Tomoko Steen instructor (2014, 2016)

Princeton University Woodrow Wilson School: guest lecture in Topics in Development: Global Challenges of Infection, Burden and Control, Adel Mahmoud and Bryan Grenfell instructors (2016, 2018)

### Supervision

Research Scientist supervisor:

| | |
|---|---|
| 2005-2008 | Krzysztof Trzcinski, D.V.M., Ph.D., Research Scientist |
| 2008-2009 | Krzysztof Trzcinski, D.V.M., Ph.D., Senior Research Scientist (now Assistant Professor, University of Utrecht, Netherlands) |
| 2008-2010 | Edward Goldstein, Ph.D., Research Scientist |
| 2010-2018 | Edward Goldstein, Ph.D., Senior Research Scientist |
| 2019-present | Rene Niehus, Ph.D, Research Associate |

Postdoctoral supervisor:

| | |
|---|---|
| 2001-2005 | Krzysztof Trzcinski, D.V.M., Ph.D. Assistant Professor, University of Utrecht, Netherlands. |
| 2001-2002 | Noman Siddiqi, Ph.D. (Co-supervisor with Eric Rubin). Currently BL3 Manager, Harvard School of Public Health |
| 2001-2002 | Susan Huang, M.D., M.P.H. (Secondary advisor) (currently Professor of Infectious Disease, University of California, Irvine). |

Lipsitch, Marc

| | |
|---|---|
| 2002-2003 | Ben Cooper, Ph.D. Professor, Nuffield Department of Medicine, Mahidol-Oxford Tropical Research Unit, Bangkok, Thailand |
| 2003-2005 | Michael Palmer, Ph.D. Currently working in the IT Industry |
| 2004-2008 | Gili Regev-Yochay, M.D. Currently Assistant Professor, Tel Aviv University and Head of Infectious Diseases Epidemiology Unit, Gertner Institute, Tel Aviv, Israel. |
| 2006-2008 | Debby Bogaert, M.D., Ph.D. Professor of Pediatric Infectious Diseases, University of Edinburgh |
| 2008 | Edward Goldstein, Ph.D. Senior Research Scientist, HSPH |
| 2010 | Daniel Weinberger, Ph.D. Assistant Professor, Yale School of Public Health |
| 2009-2011 | Joel Miller, Ph.D. Currently Senior Research Scientist, Institute for Disease Modeling, Seattle |
| 2010-2013 | Sarah Cobey, Ph.D. Associate Professor of Ecology and Evolution, University of Chicago |
| 2010-2014 | Yuan Li, Ph.D. Epidemiologist, CDC |
| 2010-2014 | Yonatan Grad, M.D., Ph.D. Assistant Professor, Harvard TH Chan School of Public Health |
| 2011-2013 | Nicholas Croucher, Ph.D. (co-advisor with W. Hanage). Senior Lecturer and Henry Dale Fellow, Imperial College |
| 2013-2016 | Colin Worby, Ph.D. (co-advisor with W. Hanage) Staff Scientist, Broad Institute. |
| 2013-2019 | Hsiao-Han Chang, Ph.D. (co-advisor with C. Buckee). Starting 2019: Assistant Professor, National Tsing Hua University, Taiwan |
| 2014-2016 | Nadia Abuelezam, Sc.D. (secondary advisor with George Seage). Currently Assistant Professor, Boston College School of Nursing. |
| 2014 | Ben Althouse, Ph.D. (external faculty advisor for his Santa Fe Institute Postdoc) |
| 2015-2017 | Kate Langwig, Ph.D. Assistant Professor of Ecology, Virginia Tech |
| 2015-2018 | Taj Azarian, Ph.D. Assistant Professor of Medicine, Burnett School of Biomedical Sciences, Department of Molecular Microbiology, University of Central Florida College of Medicine |
| 2015-2018 | Brian Arnold, Ph.D. Bioinformatics Scientist, Faculty of Arts and Sciences, Harvard University |
| 2015-2018 | Maria Georgieva, Ph.D. Postdoctoral Fellow, Department of Physiology, University of Lausanne |
| 2016-present | Samantha Palace, Ph.D. (co-supervisor with Y. Grad) |
| 2017-2018 | Lucy Li, Ph.D. Bioinformatics Scientist I, Chan Zuckerberg Biohub |
| 2017-2018 | Joseph Lewnard, Ph.D. Assistant Professor, Department of Epidemiology, UC Berkeley |
| 2017-2019 | Ayesha Mahmud, Ph.D. (Co-advisor with C. Buckee). Assistant Professor, Department of Demography, UC Berkeley |
| 2018-present | Pamela Martinez, Ph.D. (Co-advisor with C. Buckee) |
| 2019-present | Xueting Qiu, Ph.D. (Co-advisor with W. Hanage) |
| 2019-present | Lerato Magosi, D.Phil. |
| 2020 | Lee Kennedy-Shaffer, Ph.D., Assistant Professor, Vassar College |
| 2020-present | Rebecca Kahn, Ph.D. |

Doctoral student supervisor:

| | |
|---|---|
| 2000-2001 | Ivo Foppa (Epi).  Currently Epidemiologist, Influenza Division, CDC |
| 2000-2005 | Hailay Teklehaimenot (Epi).  Currently at Ministry of Health, Addis Ababa, Ethiopia |
| 2000-2001 | Robert Suruki (Epi): completed doctoral studies with another advisor; currently at GlaxoSmithKline. |
| 2001-2006 | Christina Mills (Epi).  Currently Attending Physician, Boston Children's Hospital Boston |
| 2002-2005 | Alethea McCormick (Epi).  Currently Research Associate, Harvard School of Public Health |
| 2002-2011 | Sibel Ascioglu (Epi).  Currently at Glaxo SmithKline |
| 2003-2008 | Virginia Pitzer (Epi).  Currently Assistant Professor, Yale School of Public Health |
| 2004-2012 | Jessica Hartman Jacobs (Epi) |
| 2006-2012 | Justin O'Hagan (Epi).  Currently Head of Outcomes Research, Dengue, Merck. |
| 2006-2010 | Daniel Weinberger (BPH).  Currently Assistant Professor, Yale School of Public Health |
| 2007-2008 | Chris Ford (BPH).  Currently Postdoc, Broad Institute. |
| 2007-2008 | Karell Pelle (BPH) |
| 2014-2018 | Matthew Hitchings (Epi).  Currently postdoctoral fellow, Emerging Pathogens Institute, University of Florida |
| 2016-present | Christine Tedijanto (Population Health Sciences/Epi) |
| 2016-present | Emma Accorsi (Population Health Sciences/Epi) |
| 2018-2020 | Rebecca Kahn (Population Health Sciences/Epi) |
| 2019-present | Keya Joshi (Population Health Sciences/Epi) |

Master's student supervisor:

| | |
|---|---|
| 2000-2002 | Alison Han (MPH) |
| 2000-2008 | Catherine Laine (Epi MSc). Currently Founder and Deputy Director, Appropriate Infrastructure Development Group. |
| 2001-2002 | Benjamin Ip, MD (MPH) |
| 2001-2002 | Rajneesh Hazarika, MD (MPH) |
| 2002-2004 | Hoa Nguyen, MD (MS) |
| 2003-2005 | Dereje Dengela (MS) |
| 2004-2005 | Heather Green (MS) |
| 2004-2005 | Wei-yen Lim, MD (MPH) |
| 2004-2005 | Phil James, MD (MPH) |
| 2005-2006 | Jeffrey Cloud, MD (MPH) |
| 2005-2006 | Yen-Tsung Huang, MD (MPH) |
| 2005-2006 | Minghua Chen, MD (MPH) |
| 2006-2007 | Chou-Cheng Lai, MD (MS) |
| 2006-2007 | Jennifer Shuford, MD (MPH) |
| 2006-2007 | Chih-Hao Chen, MD (MS) |
| 2006-2007 | Mark Brady (MPH) |
| 2007-2008 | Indrajit Hazarika, MD (MPH) |
| 2007-2008 | Hyun Joon Shin, MD (MPH) |
| 2007-2008 | Amit Vora (MPH) |
| 2005-2006 | Christie Jeon (MS) |

15

| | |
|---|---|
| 2004-2007 | Gili Regev-Yochay, MD (MS) |
| 2009-2011 | Weixiong Ke |
| 2010-2012 | Karen Aanensen |
| 2011-2013 | Talia Quandelacy |
| 2011-2013 | Patrick Mitchell |
| 2013-2014 | Fausto Bustos |
| 2016-2017 | Say Tat Ooi, MD (MPH) |
| 2016-2018 | Michael Martin (MS) |
| 2016-2018 | Inga Holmdahl (MS) |
| 2016-2018 | Rebecca Kahn (MS) |
| 2017-2019 | Sarah Lapidus (MS) |
| 2018-2020 | Nancy Li (MS) |
| 2019-2020 | Eva Rumpler (MS) |
| 2019-present | Rafia Bosan (MS) |

Undergraduate supervisor:

| | |
|---|---|
| Summer 2001 | Eneida Villanueva (Summer Minority Intern) |
| Fall 2001 | Jonathan Burton-MacLeod (Bio 91r supervised reading, FAS) |
| 2016-2018 | Alan Yang (Supervised research) |
| Summer 2018 | Tara E. Gallagher, Dartmouth College (Summer intern) |

Thesis committees:

| | |
|---|---|
| 2000-2001 | Megan Murray (Dr. P.H., completed 2000-1) |
| 2004-2007 | Eben Kenah (Epidemiology) |
| 2004-2005 | Y. Claire Wang (Health Policy and Management) |
| 2005 | Seema Thakore Meloni (Ph.D., Biological Sciences in Public Health) |
| 2005-2007 | Mary Farrow (Ph.D., Biological Sciences in Public Health) |
| 2007-2010 | Kevin Chan (Population & International Health) |
| 2008-2011 | Amy Bei (Ph.D., Biological Sciences in Public Health) |
| 2010-2013 | Chris Ford (Ph.D., Biological Sciences in Public Health) |
| 2010-2013 | Regina Joice (Ph.D., Biological Sciences in Public Health) |
| 2011 | Rachel Daniels (Ph.D., Biological Sciences in Public Health) |
| 2011-2017 | Freeman Suber MD (Ph.D., Biological Sciences in Public Health) |
| 2011-2012 | Tami Lieberman (Ph.D., Systems Biology) |
| 2011-2013 | Wei Wu (Epidemiology) |
| 2013 | Opponent, PhD of Rolf Ypma, University of Utrecht |
| 2014 | Clare Louise Kinnear, PhD, The University of Melbourne (external examiner) |
| 2015-2017 | Corey Peak (SD, Epidemiology) |
| 2015-2016 | Patrick Mitchell (SD, Epidemiology) |
| 2016 | Hattie Chung (PhD, Systems Biology, Harvard GSAS), examination committee |
| 2016 | Nicole Espy (PhD, BPH, defense committee) |
| 2015-2017 | Quizhi Chang (SD, Epidemiology) |
| 2017-2019 | Eric Mooring (SD, Epidemiology) |
| 2017-present | Rebecca Mandt (PhD, BPH) |

| | |
|---|---|
| 2017-2020 | Sarah McGough (PhD, Population Health Sciences) |
| 2018-2020 | Lee Kennedy-Shaffer (Biostatistics) |

Oral exam committees:

| | |
|---|---|
| 2001 | Yemane Yihdego (IID) |
| 2001 | Chris Mores (IID) |
| 2002 | Pride Chigwedere, MD (IID) |
| 2004 | Beth Ann Griffin (Biostatistics) |
| 2004 | Eben Kenah (Epidemiology) |
| 2004 | Laura Forsberg (Biostatistics) |
| 2007 | Kevin Chan (Population & International Health) |
| 2008 | Hsien-Ho Lin (Epidemiology) |
| 2009 | Regina Joice (BPH) |
| 2009 | Celene Chang (BPH) |
| 2009 | Kathleen Wirth (Epi) |
| 2011 | Freeman Suber (BPH) |
| 2011 | Wei Wu (Epi) |
| 2012 | Nicanor Rodriguez, DVM (IID) |
| 2016 | Corey Peak (Epi) |
| 2016 | Qiuzhi Chang (Epi) |

Laboratory rotations supervised:

| | |
|---|---|
| 2000 | Chun Chao (MS student, Immunology & Infectious Diseases) |
| 2004 | Adam MacNeil (PhD, Biological Sciences in Public Health) |
| 2006 | Daniel Weinberger (PhD, Biological Sciences in Public Health) |
| 2006 | Amy Bei (PhD, Biological Sciences in Public Health) |
| 2008 | Chris Ford (PhD, Biological Sciences in Public Health) |
| 2009 | Richa Gawande (PhD, Biological Sciences in Public Health) |
| 2010 | Sri Kalyanamaran (PhD, Biological Sciences in Public Health) |
| 2011 | Wen Xie (PhD, Biological Sciences in Public Health) |
| 2016 | Rebecca Mandt (PhD, Biological Sciences in Public Health) |

SCHOOL AND DEPARTMENTAL SERVICE

**Interdisciplinary Program in the Epidemiology of Infectious Disease**
- Steering committee, 2000-present
- Seminar Coordinator, 2000-present
- Associate Director, 2004-present

**Biological Sciences in Public Health Program**
- Admissions interviewer, 2001-present
- Curriculum Committee, 2006-2012

**Department of Epidemiology**
- Co-leader, department retreat, 2001

- Admissions committee, 2001-2014

**HSPH Epidemiology and Biostatistics Planning Committee**: member, 2003-2004

**HSPH Allston Planning Committee**: member, 2003-2004

**HSPH Information Technology Advisory Committee**: member, 2004-2005

**HSPH Committee on Educational Policy**: member, 2005-2008

**HSPH Standing Committee on Appointments, Reappointments, and Promotions**: member, 2008-present, vice-chair 2010-2012, chair 2012-2013

**University Pandemic Response Planning Committee:** member, 2005-present

**Bioinformatics Junior Faculty Search Committee**: member, 2007-2008

**Epidemiology Methods Junior Faculty Search Committee**: member, 2008

**Epidemiology Infectious Diseases Junior Faculty Search Committee**: chair, 2008

**HSPH Committee on the Concerns of Women Faculty**: member, 2010-2012

**HMS Subcommittee on Admissions for the MD/PhD:** member, 2010-2012, 2014-present

**Harvard University Office of Scholarly Communication Advisory Committee**, member, 2013-present

**Harvard T.H. Chan School of Public Health Dean Search Advisory Committee**, member, 2015

**Harvard T.H. Chan School of Public Health Faculty Judge, Postdoctoral Association Travel Awards**, member, 2016

**Epidemiology Junior Faculty Search Committee**, 2017-2018

BIBLIOGRAPHY

Peer-Reviewed Articles

1.   Petrie M, Lipsitch M. Avian polygyny is most likely in populations with high variability in heritable male fitness. Proc R Soc Lond B. 1994 June 22;256(1347):275-80. doi: 10.1098/rspb.1994.0081.

2.   Lipsitch M, Nowak MA. The evolution of virulence in sexually transmitted HIV/AIDS. J Theor Biol. 1995 Jun 21;174(4):427-40. doi: 10.1006/jtbi.1995.0109. PMID: 7666673.

3.   Lipsitch M, Nowak MA, Ebert D, May RM. The population dynamics of vertically and horizontally transmitted parasites. Proc Biol Sci. 1995 Jun 22;260(1359):321-7. doi: 10.1098/rspb.1995.0099. PMID: 7630898.

4.   Lipsitch M, Herre EA, Nowak MA. Host Population Structure and the Evolution of Virulence: A "Law Of Diminishing Returns". Evolution. 1995 Aug;49(4):743-748. doi: 10.1111/j.1558-5646.1995.tb02310.x. PMID: 28565133.

5.   Mangin KL, Lipsitch M, Ebert D. Virulence and transmission modes of two microsporidia in *Daphnia magna*. Parasitology. 1995;111(2):133-142. doi: 10.1017/S0031182000064878.

6.   Lipsitch M, Siller S, Nowak MA. The Evolution of Virulence in Pathogens With Vertical and Horizontal Transmission. Evolution. 1996 Oct;50(5):1729-1741. doi: 10.1111/j.1558-5646.1996.tb03560.x. PMID: 28565576.

7.   Lipsitch M, Moxon ER. Virulence and transmissibility of pathogens: what is the relationship? Trends Microbiol. 1997 Jan;5(1):31-7. doi: 10.1016/S0966-842X(97)81772-6. PMID: 9025233.

8.   Antia R, Lipsitch M. Mathematical models of parasite responses to host immune defences. Parasitology. 1997;115 Suppl:S155-67. doi: 10.1017/s003118209700200x. PMID: 9571700.

9.   Levin BR, Lipsitch M, Perrot V, Schrag S, Antia R, Simonsen L, Walker NM, Stewart FM. The population genetics of antibiotic resistance. Clin Infect Dis. 1997 Jan;24 Suppl 1:S9-16. doi: 10.1093/clinids/24.supplement_1.s9. PMID: 8994776.

10.  Lipsitch M, Levin BR. The within-host population dynamics of antibacterial chemotherapy: conditions for the evolution of resistance. Ciba Found Symp. 1997;207:112-27; discussion 127-30. doi: 10.1002/9780470515358.ch8. PMID: 9189638.

11.  Lipsitch M, Levin BR. The population dynamics of antimicrobial chemotherapy. Antimicrob Agents Chemother. 1997 Feb;41(2):363-73. doi: 10.1128/AAC.41.2.363. PMID: 9021193; PMCID: PMC163715.

12.  Lipsitch M. Vaccination against colonizing bacteria with multiple serotypes. Proc Natl Acad Sci U S A. 1997 Jun 10;94(12):6571-6. doi: 10.1073/pnas.94.12.6571. PMID: 9177259; PMCID: PMC21091.

13.  Lipsitch M. Evolution in health and disease. Trends Microbiol. 1997 Aug;5(8):303-5. doi: 10.1016/S0966-842X(97)01087-1. PMID: 9263405.

14.  Datta A, Hendrix M, Lipsitch M, Jinks-Robertson S. Dual roles for DNA sequence identity and the mismatch repair system in the regulation of mitotic crossing-over in yeast. Proc Natl Acad Sci U S A. 1997 Sep 2;94(18):9757-62. doi: 10.1073/pnas.94.18.9757. PMID: 9275197; PMCID: PMC23263.

15.  Bonhoeffer S, Lipsitch M, Levin BR. Evaluating treatment protocols to prevent antibiotic resistance. Proc Natl Acad Sci U S A. 1997 Oct 28;94(22):12106-11. doi: 10.1073/pnas.94.22.12106. PMID: 9342370; PMCID: PMC23718.

16.    Lipsitch M. Transmission Rates and HIV Virulence: Comments to Massad. Evolution. 1997 Feb;51(1):319-320. doi: 10.1111/j.1558-5646.1997.tb02416.x. PMID: 28568797.

17.    Levin BR, Antia R, Berliner E, Bloland P, Bonhoeffer S, Cohen M, DeRouin T, Fields PI, Jafari H, Jernigan D, Lipsitch M, McGowan JE Jr, Mead P, Nowak M, Porco T, Sykora P, Simonsen L, Spitznagel J, Tauxe R, Tenover F. Resistance to antimicrobial chemotherapy: a prescription for research and action. Am J Med Sci. 1998 Feb;315(2):87-94. doi: 10.1097/00000441-199802000-00004. PMID: 9472907.

18.    Lipsitch M, Levin BR. Population dynamics of tuberculosis treatment: mathematical models of the roles of non-compliance and bacterial heterogeneity in the evolution of drug resistance. Int J Tuberc Lung Dis. 1998 Mar;2(3):187-99. PMID: 9526190.

19.    Stewart FM, Antia R, Levin BR, Lipsitch M, Mittler JE. The population genetics of antibiotic resistance. II: Analytic theory for sustained populations of bacteria in a community of hosts. Theor Popul Biol. 1998 Apr;53(2):152-65. doi: 10.1006/tpbi.1997.1352. PMID: 9615474.

20.    Levin BR, Lipsitch M, Bonhoeffer S. Population biology, evolution, and infectious disease: convergence and synthesis. Science. 1999 Feb 5;283(5403):806-9. doi: 10.1126/science.283.5403.806. PMID: 9933155.

21.    Lipsitch M. Bacterial vaccines and serotype replacement: lessons from Haemophilus influenzae and prospects for Streptococcus pneumoniae. Emerg Infect Dis. 1999 May-Jun;5(3):336-45. doi: 10.3201/eid0503.990304. Erratum in: Emerg Infect Dis 1999 Sep-Oct;5(5):734. PMID: 10341170; PMCID: PMC2640786.

22.    Lipsitch M, Bergstrom CT, Levin BR. The epidemiology of antibiotic resistance in hospitals: paradoxes and prescriptions. Proc Natl Acad Sci U S A. 2000 Feb 15;97(4):1938-43. doi: 10.1073/pnas.97.4.1938. PMID: 10677558; PMCID: PMC26540.

23.    Lipsitch M, Dykes JK, Johnson SE, Ades EW, King J, Briles DE, Carlone GM. Competition among Streptococcus pneumoniae for intranasal colonization in a mouse model. Vaccine. 2000 Jun 15;18(25):2895-901. doi: 10.1016/s0264-410x(00)00046-3. Erratum in: Vaccine 2000 Oct 15;19(4-5):598. PMID: 10812233.

24.    Bergstrom CT, Lipsitch M, Levin BR. Natural selection, infectious transfer and the existence conditions for bacterial plasmids. Genetics. 2000 Aug;155(4):1505-19. PMID: 10924453; PMCID: PMC1461221.

25.    Negri MC, Lipsitch M, Blázquez J, Levin BR, Baquero F. Concentration-dependent selection of small phenotypic differences in TEM beta-lactamase-mediated antibiotic resistance. Antimicrob Agents Chemother. 2000 Sep;44(9):2485-91. doi: 10.1128/aac.44.9.2485-2491.2000. PMID: 10952599; PMCID: PMC90089.

26.    Lipsitch M, Bacon TH, Leary JJ, Antia R, Levin BR. Effects of antiviral usage on transmission dynamics of herpes simplex virus type 1 and on antiviral resistance: predictions of mathematical models. Antimicrob Agents Chemother. 2000 Oct;44(10):2824-35. doi: 10.1128/aac.44.10.2824-2835.2000. PMID: 10991866; PMCID: PMC90157.

27.    Ebert D, Lipsitch M, Mangin KL. The Effect of Parasites on Host Population Density and Extinction: Experimental Epidemiology with Daphnia and Six Microparasites. Am Nat. 2000 Nov;156(5):459-477. doi: 10.1086/303404. PMID: 29587512.

28.   Lipsitch M. Measuring and interpreting associations between antibiotic use and penicillin resistance in Streptococcus pneumoniae. Clin Infect Dis. 2001 Apr 1;32(7):1044-54. doi: 10.1086/319604. Epub 2001 Mar 23. PMID: 11264033.

29.   Lipsitch M. Microbiology. Bacterial population genetics and disease. Science. 2001 Apr 6;292(5514):59-60. doi: 10.1126/science.1060498. PMID: 11294216.

30.   Francis KP, Yu J, Bellinger-Kawahara C, Joh D, Hawkinson MJ, Xiao G, Purchio TF, Caparon MG, Lipsitch M, Contag PR. Visualizing pneumococcal infections in the lungs of live mice using bioluminescent Streptococcus pneumoniae transformed with a novel gram-positive lux transposon. Infect Immun. 2001 May;69(5):3350-8. doi: 10.1128/IAI.69.5.3350-3358.2001. PMID: 11292758; PMCID: PMC98294.

31.   Lipsitch M. Interpreting results from trials of pneumococcal conjugate vaccines: a statistical test for detecting vaccine-induced increases in carriage of nonvaccine serotypes. Am J Epidemiol. 2001 Jul 1;154(1):85-92. doi: 10.1093/aje/154.1.85. PMID: 11427408.

32.   Malley R, Lipsitch M, Stack A, Saladino R, Fleisher G, Pelton S, Thompson C, Briles D, Anderson P. Intranasal immunization with killed unencapsulated whole cells prevents colonization and invasive disease by capsulated pneumococci. Infect Immun. 2001 Aug;69(8):4870-3. doi: 10.1128/IAI.69.8.4870-4873.2001. PMID: 11447162; PMCID: PMC98576.

33.   Lipsitch M. The rise and fall of antimicrobial resistance. Trends Microbiol. 2001 Sep;9(9):438-44. doi: 10.1016/s0966-842x(01)02130-8. PMID: 11553456.

34.   Bonten MJ, Austin DJ, Lipsitch M. Understanding the spread of antibiotic resistant pathogens in hospitals: mathematical models as tools for control. Clin Infect Dis. 2001 Nov 15;33(10):1739-46. doi: 10.1086/323761. Epub 2001 Oct 10. PMID: 11595995.

35.   Lipsitch M, Samore MH. Antimicrobial use and antimicrobial resistance: a population perspective. Emerg Infect Dis. 2002 Apr;8(4):347-54. doi: 10.3201/eid0804.010312. Erratum in: Emerg Infect Dis 2002 May;8(5):540. PMID: 11971765; PMCID: PMC2730242.

36.   Lipsitch M, Singer RS, Levin BR. Antibiotics in agriculture: when is it time to close the barn door? Proc Natl Acad Sci U S A. 2002 Apr 30;99(9):5752-4. doi: 10.1073/pnas.092142499. PMID: 11983874; PMCID: PMC122845.

37.   Harris AD, Samore MH, Lipsitch M, Kaye KS, Perencevich E, Carmeli Y. Control-group selection importance in studies of antimicrobial resistance: examples applied to Pseudomonas aeruginosa, Enterococci, and Escherichia coli. Clin Infect Dis. 2002 Jun 15;34(12):1558-63. doi: 10.1086/340533. Epub 2002 May 23. PMID: 12032889.

38.   Lipsitch M, Davis G, Corey L. Potential benefits of a serodiagnostic test for herpes simplex virus type 1 (HSV-1) to prevent neonatal HSV-1 infection. Sex Transm Dis. 2002 Jul;29(7):399-405. doi: 10.1097/00007435-200207000-00007. PMID: 12170129.

39.   Lipsitch M, Sousa AO. Historical intensity of natural selection for resistance to tuberculosis. Genetics. 2002 Aug;161(4):1599-607. PMID: 12196403; PMCID: PMC1462208.

40.   Fisman DN, Lipsitch M, Hook EW 3rd, Goldie SJ. Projection of the future dimensions and costs of the genital herpes simplex type 2 epidemic in the United States. Sex Transm Dis. 2002 Oct;29(10):608-22. doi: 10.1097/00007435-200210000-00008. PMID: 12370529.

41.   Singer RS, Finch R, Wegener HC, Bywater R, Walters J, Lipsitch M. Antibiotic resistance--the interplay between antibiotic use in animals and human beings.

Lancet Infect Dis. 2003 Jan;3(1):47-51. doi: 10.1016/s1473-3099(03)00490-0. PMID: 12505035.

42. Lipsitch M, Bergstrom CT, Antia R. Effect of human leukocyte antigen heterozygosity on infectious disease outcome: the need for allele-specific measures. BMC Med Genet. 2003 Jan 24;4:2. doi: 10.1186/1471-2350-4-2. Epub 2003 Jan 24. PMID: 12542841; PMCID: PMC149356.

43. Malley R, Henneke P, Morse SC, Cieslewicz MJ, Lipsitch M, Thompson CM, Kurt-Jones E, Paton JC, Wessels MR, Golenbock DT. Recognition of pneumolysin by Toll-like receptor 4 confers resistance to pneumococcal infection. Proc Natl Acad Sci U S A. 2003 Feb 18;100(4):1966-71. doi: 10.1073/pnas.0435928100. Epub 2003 Feb 4. PMID: 12569171; PMCID: PMC149942.

44. O'Brien KL, Nohynek H; World Health Organization Pneumococcal Vaccine Trials Carriage Working Group. Report from a WHO working group: standard method for detecting upper respiratory carriage of Streptococcus pneumoniae. Pediatr Infect Dis J. 2003 Feb;22(2):133-40. doi: 10.1097/01.inf.0000048676.93549.d1. PMID: 12586977.

45. Lipsitch M, Murray MB. Multiple equilibria: tuberculosis transmission require unrealistic assumptions. Theor Popul Biol. 2003 Mar;63(2):169-70. doi: 10.1016/s0040-5809(02)00037-0. PMID: 12615499.

46. McCormick AW, Whitney CG, Farley MM, Lynfield R, Harrison LH, Bennett NM, Schaffner W, Reingold A, Hadler J, Cieslak P, Samore MH, Lipsitch M. Geographic diversity and temporal trends of antimicrobial resistance in Streptococcus pneumoniae in the United States. Nat Med. 2003 Apr;9(4):424-30. doi: 10.1038/nm839. Epub 2003 Mar 10. PMID: 12627227.

47. Lipsitch M, Cohen T, Cooper B, Robins JM, Ma S, James L, Gopalakrishna G, Chew SK, Tan CC, Samore MH, Fisman D, Murray M. Transmission dynamics and control of severe acute respiratory syndrome. Science. 2003 Jun 20;300(5627):1966-70. doi: 10.1126/science.1086616. Epub 2003 May 23. PMID: 12766207; PMCID: PMC2760158.

48. Trzcinski K, Thompson CM, Lipsitch M. Construction of otherwise isogenic serotype 6B, 7F, 14, and 19F capsular variants of Streptococcus pneumoniae strain TIGR4. Appl Environ Microbiol. 2003 Dec;69(12):7364-70. doi: 10.1128/aem.69.12.7364-7370.2003. PMID: 14660386; PMCID: PMC309976.

49. Cooper B, Lipsitch M. The analysis of hospital infection data using hidden Markov models. Biostatistics. 2004 Apr;5(2):223-37. doi: 10.1093/biostatistics/5.2.223. PMID: 15054027.

50. Perencevich EN, Fisman DN, Lipsitch M, Harris AD, Morris JG Jr, Smith DL. Projected benefits of active surveillance for vancomycin-resistant enterococci in intensive care units. Clin Infect Dis. 2004 Apr 15;38(8):1108-15. doi: 10.1086/382886. Epub 2004 Apr 5. PMID: 15095215.

51. Trzciński K, Thompson CM, Lipsitch M. Single-step capsular transformation and acquisition of penicillin resistance in Streptococcus pneumoniae. J Bacteriol. 2004 Jun;186(11):3447-52. doi: 10.1128/JB.186.11.3447-3452.2004. PMID: 15150231; PMCID: PMC415782.

52. Laine C, Mwangi T, Thompson CM, Obiero J, Lipsitch M, Scott JA. Age-specific immunoglobulin g (IgG) and IgA to pneumococcal protein antigens in a population in coastal kenya. Infect Immun. 2004 Jun;72(6):3331-5. doi: 10.1128/IAI.72.6.3331-3335.2004. PMID: 15155637; PMCID: PMC415695.

53. Teklehaimanot HD, Schwatrz J, Teklehaimanot A, Lipsitch M. Alert threshold algorithms and malaria epidemic detection. Emerg Infect Dis. 2004

Jul;10(7):1220-6. doi: 10.3201/eid1007.030722. PMID: 15324541; PMCID: PMC3323320.

54.     Bergstrom CT, Lo M, Lipsitch M. Ecological theory suggests that antimicrobial cycling will not reduce antimicrobial resistance in hospitals. Proc Natl Acad Sci U S A. 2004 Sep 7;101(36):13285-90. doi: 10.1073/pnas.0402298101. Epub 2004 Aug 12. PMID: 15308772; PMCID: PMC516561.

55.     Lipsitch M, Bergstrom CT. Invited commentary: real-time tracking of control measures for emerging infections. Am J Epidemiol. 2004 Sep 15;160(6):517-9; discussion 520. doi: 10.1093/aje/kwh256. PMID: 15353410.

56.     Teklehaimanot HD, Lipsitch M, Teklehaimanot A, Schwartz J. Weather-based prediction of Plasmodium falciparum malaria in epidemic-prone regions of Ethiopia I. Patterns of lagged weather effects reflect biological mechanisms. Malar J. 2004 Nov 12;3:41. doi: 10.1186/1475-2875-3-41. PMID: 15541174; PMCID: PMC535540.

57.     Teklehaimanot HD, Schwartz J, Teklehaimanot A, Lipsitch M. Weather-based prediction of Plasmodium falciparum malaria in epidemic-prone regions of Ethiopia II. Weather-based prediction systems perform comparably to early detection systems in identifying times for interventions. Malar J. 2004 Nov 19;3:44. doi: 10.1186/1475-2875-3-44. PMID: 15555061; PMCID: PMC535541.

58.     Mills CE, Robins JM, Lipsitch M. Transmissibility of 1918 pandemic influenza. Nature. 2004 Dec 16;432(7019):904-6. doi: 10.1038/nature03063. PMID: 15602562; PMCID: PMC7095078.

59.     Lipsitch M, Whitney CG, Zell E, Kaijalainen T, Dagan R, Malley R. Are anticapsular antibodies the primary mechanism of protection against invasive pneumococcal disease? PLoS Med. 2005 Jan;2(1):e15. doi: 10.1371/journal.pmed.0020015. Epub 2005 Jan 25. PMID: 15696204; PMCID: PMC545206.

60.     Lipsitch M. Ethics of rationing the flu vaccine. Science. 2005 Jan 7;307(5706):41. doi: 10.1126/science.307.5706.41b. PMID: 15637252.

61.     Malley R, Trzcinski K, Srivastava A, Thompson CM, Anderson PW, Lipsitch M. CD4+ T cells mediate antibody-independent acquired immunity to pneumococcal colonization. Proc Natl Acad Sci U S A. 2005 Mar 29;102(13):4848-53. doi: 10.1073/pnas.0501254102. Epub 2005 Mar 21. PMID: 15781870; PMCID: PMC555733.

62.     Trzciński K, MacNeil A, Klugman KP, Lipsitch M. Capsule homology does not increase the frequency of transformation of linked penicillin binding proteins PBP 1a and PBP 2x in Streptococcus pneumoniae. Antimicrob Agents Chemother. 2005 Apr;49(4):1591-2. doi: 10.1128/AAC.49.4.1591-1592.2005. PMID: 15793147; PMCID: PMC1068637.

63.     Lipsitch M. Pandemic flu: we are not prepared. MedGenMed. 2005 Apr 15;7(2):56. PMID: 16369434; PMCID: PMC1681602.

64.     Huang SS, Finkelstein JA, Lipsitch M. Modeling community- and individual-level effects of child-care center attendance on pneumococcal carriage. Clin Infect Dis. 2005 May 1;40(9):1215-22. doi: 10.1086/428580. Epub 2005 Mar 23. PMID: 15825020.

65.     Dagan R, Givon-Lavi N, Fraser D, Lipsitch M, Siber GR, Kohberger R. Serum serotype-specific pneumococcal anticapsular immunoglobulin g concentrations after immunization with a 9-valent conjugate pneumococcal vaccine correlate with nasopharyngeal acquisition of pneumococcus. J Infect Dis. 2005 Aug 1;192(3):367-76. doi: 10.1086/431679. Epub 2005 Jun 28. PMID: 15995949.

66.     Trzcinski K, Thompson C, Malley R, Lipsitch M. Antibodies to conserved pneumococcal antigens correlate with, but are not required for, protection against pneumococcal colonization induced by prior exposure in a mouse model. Infect Immun. 2005 Oct;73(10):7043-6. doi: 10.1128/IAI.73.10.7043-7046.2005. PMID: 16177389; PMCID: PMC1230924.

67.     Samore MH, Lipsitch M, Alder SC, Haddadin B, Stoddard G, Williamson J, Sebastian K, Carroll K, Ergonul O, Carmeli Y, Sande MA. Mechanisms by which antibiotics promote dissemination of resistant pneumococci in human populations. Am J Epidemiol. 2006 Jan 15;163(2):160-70. doi: 10.1093/aje/kwj021. Epub 2005 Nov 30. PMID: 16319292.

68.     Asquith B, Edwards CT, Lipsitch M, McLean AR. Inefficient cytotoxic T lymphocyte-mediated killing of HIV-1-infected cells in vivo. PLoS Biol. 2006 Apr;4(4):e90. doi: 10.1371/journal.pbio.0040090. Epub 2006 Mar 14. PMID: 16515366; PMCID: PMC1395353.

69.     Malley R, Srivastava A, Lipsitch M, Thompson CM, Watkins C, Tzianabos A, Anderson PW. Antibody-independent, interleukin-17A-mediated, cross-serotype immunity to pneumococci in mice immunized intranasally with the cell wall polysaccharide. Infect Immun. 2006 Apr;74(4):2187-95. doi: 10.1128/IAI.74.4.2187-2195.2006. PMID: 16552049; PMCID: PMC1418935.

70.     Trzcinski K, Thompson CM, Gilbey AM, Dowson CG, Lipsitch M. Incremental increase in fitness cost with increased beta -lactam resistance in pneumococci evaluated by competition in an infant rat nasal colonization model. J Infect Dis. 2006 May 1;193(9):1296-303. doi: 10.1086/501367. Epub 2006 Mar 17. PMID: 16586368.

71.     Palmer ME, Lipsitch M. The influence of hitchhiking and deleterious mutation upon asexual mutation rates. Genetics. 2006 May;173(1):461-72. doi: 10.1534/genetics.105.049445. Epub 2006 Feb 19. PMID: 16489233; PMCID: PMC1461451.

72.     Cohen T, Lipsitch M, Walensky RP, Murray M. Beneficial and perverse effects of isoniazid preventive therapy for latent tuberculosis infection in HIV-tuberculosis coinfected populations. Proc Natl Acad Sci U S A. 2006 May 2;103(18):7042-7. doi: 10.1073/pnas.0600349103. Epub 2006 Apr 21. PMID: 16632605; PMCID: PMC1459015.

73.     Lipsitch M, Robins JM, Mills CE, Bergstrom CT. Multiple outbreaks and flu containment plans. Science. 2006 May 12;312(5775):845. doi: 10.1126/science.312.5775.845b. PMID: 16690840.

74.     Mills CE, Robins JM, Bergstrom CT, Lipsitch M. Pandemic influenza: risk of multiple introductions and the need to prepare for them. PLoS Med. 2006 Jun;3(6):e135. doi: 10.1371/journal.pmed.0030135. PMID: 17214503; PMCID: PMC1370924.

75.     Wang YC, Lipsitch M. Upgrading antibiotic use within a class: tradeoff between resistance and treatment success. Proc Natl Acad Sci U S A. 2006 Jun 20;103(25):9655-60. doi: 10.1073/pnas.0600636103. Epub 2006 Jun 13. PMID: 16772381; PMCID: PMC1480462.

76.     Regev-Yochay G, Trzcinski K, Thompson CM, Malley R, Lipsitch M. Interference between Streptococcus pneumoniae and Staphylococcus aureus: In vitro hydrogen peroxide-mediated killing by Streptococcus pneumoniae. J Bacteriol. 2006 Jul;188(13):4996-5001. doi: 10.1128/JB.00317-06. PMID: 16788209; PMCID: PMC1482988.

77.    Lipsitch M, Cohen T, Murray M, Levin BR. Antiviral resistance and the control of pandemic influenza. PLoS Med. 2007 Jan;4(1):e15. doi: 10.1371/journal.pmed.0040015. PMID: 17253900; PMCID: PMC1779817.

78.    Hanage WP, Huang SS, Lipsitch M, Bishop CJ, Godoy D, Pelton SI, Goldstein R, Huot H, Finkelstein JA. Diversity and antibiotic resistance among nonvaccine serotypes of Streptococcus pneumoniae carriage isolates in the post-heptavalent conjugate vaccine era. J Infect Dis. 2007 Feb 1;195(3):347-52. doi: 10.1086/510249. Epub 2006 Dec 27. PMID: 17205472.

79.    Wallinga J, Lipsitch M. How generation intervals shape the relationship between growth rates and reproductive numbers. Proc Biol Sci. 2007 Feb 22;274(1609):599-604. doi: 10.1098/rspb.2006.3754. PMID: 17476782; PMCID: PMC1766383.

80.    Högberg L, Geli P, Ringberg H, Melander E, Lipsitch M, Ekdahl K. Age- and serogroup-related differences in observed durations of nasopharyngeal carriage of penicillin-resistant pneumococci. J Clin Microbiol. 2007 Mar;45(3):948-52. doi: 10.1128/JCM.01913-06. Epub 2007 Jan 3. PMID: 17202280; PMCID: PMC1829115.

81.    McCormick AW, Walensky RP, Lipsitch M, Losina E, Hsu H, Weinstein MC, Paltiel AD, Freedberg KA, Seage GR 3rd. The effect of antiretroviral therapy on secondary transmission of HIV among men who have sex with men. Clin Infect Dis. 2007 Apr 15;44(8):1115-22. doi: 10.1086/512816. Epub 2007 Mar 9. PMID: 17366461; PMCID: PMC2365722.

82.    Hatchett RJ, Mecher CE, Lipsitch M. Public health interventions and epidemic intensity during the 1918 influenza pandemic. Proc Natl Acad Sci U S A. 2007 May 1;104(18):7582-7. doi: 10.1073/pnas.0610941104. Epub 2007 Apr 6. PMID: 17416679; PMCID: PMC1849867.

83.    Basset A, Trzcinski K, Hermos C, O'Brien KL, Reid R, Santosham M, McAdam AJ, Lipsitch M, Malley R. Association of the pneumococcal pilus with certain capsular serotypes but not with increased virulence. J Clin Microbiol. 2007 Jun;45(6):1684-9. doi: 10.1128/JCM.00265-07. Epub 2007 Mar 28. PMID: 17392439; PMCID: PMC1933072.

84.    Pitzer VE, Olsen SJ, Bergstrom CT, Dowell SF, Lipsitch M. Little evidence for genetic susceptibility to influenza A (H5N1) from family clustering data. Emerg Infect Dis. 2007 Jul;13(7):1074-6. doi: 10.3201/eid1307.061538. PMID: 18214184; PMCID: PMC2878232.

85.    Pitzer VE, Leung GM, Lipsitch M. Estimating variability in the transmission of severe acute respiratory syndrome to household contacts in Hong Kong, China. Am J Epidemiol. 2007 Aug 1;166(3):355-63. doi: 10.1093/aje/kwm082. Epub 2007 May 10. PMID: 17493952; PMCID: PMC7110150.

86.    Regev-Yochay G, Trzcinski K, Thompson CM, Lipsitch M, Malley R. SpxB is a suicide gene of Streptococcus pneumoniae and confers a selective advantage in an in vivo competitive colonization model. J Bacteriol. 2007 Sep;189(18):6532-9. doi: 10.1128/JB.00813-07. Epub 2007 Jul 13. PMID: 17631628; PMCID: PMC2045178.

87.    Malley R, Lipsitch M, Bogaert D, Thompson CM, Hermans P, Watkins AC, Sethi S, Murphy TF. Serum antipneumococcal antibodies and pneumococcal colonization in adults with chronic obstructive pulmonary disease. J Infect Dis. 2007 Sep 15;196(6):928-35. doi: 10.1086/520937. Epub 2007 Aug 7. PMID: 17703425.

88.    Lipsitch M, O'Neill K, Cordy D, Bugalter B, Trzcinski K, Thompson CM, Goldstein R, Pelton S, Huot H, Bouchet V, Reid R, Santosham M, O'Brien KL. Strain

characteristics of Streptococcus pneumoniae carriage and invasive disease isolates during a cluster-randomized clinical trial of the 7-valent pneumococcal conjugate vaccine. J Infect Dis. 2007 Oct 15;196(8):1221-7. doi: 10.1086/521831. Epub 2007 Sep 17. PMID: 17955441; PMCID: PMC3350793.

89.  Lipsitch M, O'Hagan JJ. Patterns of antigenic diversity and the mechanisms that maintain them. J R Soc Interface. 2007 Oct 22;4(16):787-802. doi: 10.1098/rsif.2007.0229. PMID: 17426010; PMCID: PMC2394542.

90.  Basset A, Thompson CM, Hollingshead SK, Briles DE, Ades EW, Lipsitch M, Malley R. Antibody-independent, CD4+ T-cell-dependent protection against pneumococcal colonization elicited by intranasal immunization with purified pneumococcal proteins. Infect Immun. 2007 Nov;75(11):5460-4. doi: 10.1128/IAI.00773-07. Epub 2007 Aug 13. PMID: 17698570; PMCID: PMC2168310.

91.  Regev-Yochay G, Malley R, Rubinstein E, Raz M, Dagan R, Lipsitch M. In vitro bactericidal activity of Streptococcus pneumoniae and bactericidal susceptibility of Staphylococcus aureus strains isolated from cocolonized versus noncocolonized children. J Clin Microbiol. 2008 Feb;46(2):747-9. doi: 10.1128/JCM.01781-07. Epub 2007 Nov 26. PMID: 18039795; PMCID: PMC2238136.

92.  Dagan R, Barkai G, Givon-Lavi N, Sharf AZ, Vardy D, Cohen T, Lipsitch M, Greenberg D. Seasonality of antibiotic-resistant streptococcus pneumoniae that causes acute otitis media: a clue for an antibiotic-restriction policy? J Infect Dis. 2008 Apr 15;197(8):1094-102. doi: 10.1086/528995. PMID: 18419528; PMCID: PMC2652754.

93.  Walensky RP, Wood R, Weinstein MC, Martinson NA, Losina E, Fofana MO, Goldie SJ, Divi N, Yazdanpanah Y, Wang B, Paltiel AD, Freedberg KA; CEPAC-International Investigators. Scaling up antiretroviral therapy in South Africa: the impact of speed on survival. J Infect Dis. 2008 May 1;197(9):1324-32. doi: 10.1086/587184. PMID: 18422445; PMCID: PMC2423492.

94.  Kenah E, Lipsitch M, Robins JM. Generation interval contraction and epidemic data analysis. Math Biosci. 2008 May;213(1):71-9. doi: 10.1016/j.mbs.2008.02.007. Epub 2008 Feb 29. PMID: 18394654; PMCID: PMC2365921.

95.  Weinberger DM, Dagan R, Givon-Lavi N, Regev-Yochay G, Malley R, Lipsitch M. Epidemiologic evidence for serotype-specific acquired immunity to pneumococcal carriage. J Infect Dis. 2008 Jun 1;197(11):1511-8. doi: 10.1086/587941. PMID: 18471062.

96.  Trzciński K, Thompson CM, Srivastava A, Basset A, Malley R, Lipsitch M. Protection against nasopharyngeal colonization by Streptococcus pneumoniae is mediated by antigen-specific CD4+ T cells. Infect Immun. 2008 Jun;76(6):2678-84. doi: 10.1128/IAI.00141-08. Epub 2008 Apr 7. PMID: 18391006; PMCID: PMC2423086.

97.  Cohen T, Lipsitch M. Too little of a good thing: a paradox of moderate infection control. Epidemiology. 2008 Jul;19(4):588-9. doi: 10.1097/EDE.0b013e31817734ba. PMID: 18552592; PMCID: PMC2652751.

98.  Regev-Yochay G, Bogaert D, Malley R, Hermans PW, Veenhoven RH, Sanders EA, Lipsitch M, Rubinstein E. Does pneumococcal conjugate vaccine influence Staphylococcus aureus carriage in children? Clin Infect Dis. 2008 Jul 15;47(2):289-91; author reply 291-2. doi: 10.1086/589573. PMID: 18564933.

99.   McDonnell Norms Group. Antibiotic overuse: the influence of social norms. J Am Coll Surg. 2008 Aug;207(2):265-75. doi: 10.1016/j.jamcollsurg.2008.02.035. Epub 2008 May 12. PMID: 18656057.

100.  Lu YJ, Gross J, Bogaert D, Finn A, Bagrade L, Zhang Q, Kolls JK, Srivastava A, Lundgren A, Forte S, Thompson CM, Harney KF, Anderson PW, Lipsitch M, Malley R. Interleukin-17A mediates acquired immunity to pneumococcal colonization. PLoS Pathog. 2008 Sep 19;4(9):e1000159. doi: 10.1371/journal.ppat.1000159. PMID: 18802458; PMCID: PMC2528945.

101.  Klugman KP, Astley CM, Lipsitch M. Time from illness onset to death, 1918 influenza and pneumococcal pneumonia. Emerg Infect Dis. 2009 Feb;15(2):346-7. doi: 10.3201/eid1502.081208. PMID: 19193293; PMCID: PMC2657896.

102.  Lipsitch M, Viboud C. Influenza seasonality: lifting the fog. Proc Natl Acad Sci U S A. 2009 Mar 10;106(10):3645-6. doi: 10.1073/pnas.0900933106. PMID: 19276125; PMCID: PMC2656132.

103.  Regev-Yochay G, Lipsitch M, Basset A, Rubinstein E, Dagan R, Raz M, Malley R. The pneumococcal pilus predicts the absence of Staphylococcus aureus co-colonization in pneumococcal carriers. Clin Infect Dis. 2009 Mar 15;48(6):760-3. doi: 10.1086/597040. PMID: 19207082; PMCID: PMC2674784.

104.  Bogaert D, Weinberger D, Thompson C, Lipsitch M, Malley R. Impaired innate and adaptive immunity to Streptococcus pneumoniae and its effect on colonization in an infant mouse model. Infect Immun. 2009 Apr;77(4):1613-22. doi: 10.1128/IAI.00871-08. Epub 2009 Jan 21. PMID: 19168741; PMCID: PMC2663178.

105.  Wu JT, Leung GM, Lipsitch M, Cooper BS, Riley S. Hedging against antiviral resistance during the next influenza pandemic using small stockpiles of an alternative chemotherapy. PLoS Med. 2009 May 19;6(5):e1000085. doi: 10.1371/journal.pmed.1000085. Epub 2009 May 19. PMID: 19440354; PMCID: PMC2680070.

106.  Weinberger DM, Trzciński K, Lu YJ, Bogaert D, Brandes A, Galagan J, Anderson PW, Malley R, Lipsitch M. Pneumococcal capsular polysaccharide structure predicts serotype prevalence. PLoS Pathog. 2009 Jun;5(6):e1000476. doi: 10.1371/journal.ppat.1000476. Epub 2009 Jun 12. PMID: 19521509; PMCID: PMC2689349.

107.  Huang SS, Hinrichsen VL, Stevenson AE, Rifas-Shiman SL, Kleinman K, Pelton SI, Lipsitch M, Hanage WP, Lee GM, Finkelstein JA. Continued impact of pneumococcal conjugate vaccine on carriage in young children. Pediatrics. 2009 Jul;124(1):e1-11. doi: 10.1542/peds.2008-3099. PMID: 19564254; PMCID: PMC2782668.

108.  Lipsitch M, Riley S, Cauchemez S, Ghani AC, Ferguson NM. Managing and reducing uncertainty in an emerging influenza pandemic. N Engl J Med. 2009 Jul 9;361(2):112-5. doi: 10.1056/NEJMp0904380. Epub 2009 May 27. PMID: 19474417; PMCID: PMC3066026.

109.  Lee GM, Huang SS, Rifas-Shiman SL, Hinrichsen VL, Pelton SI, Kleinman K, Hanage WP, Lipsitch M, McAdam AJ, Finkelstein JA. Epidemiology and risk factors for Staphylococcus aureus colonization in children in the post-PCV7 era. BMC Infect Dis. 2009 Jul 11;9:110. doi: 10.1186/1471-2334-9-110. PMID: 19594890; PMCID: PMC2716346.

110.  McCaw JM, Wood JG, McBryde ES, Nolan TM, Wu JT, Lipsitch M, McVernon J. Understanding Australia's influenza pandemic policy on the strategic use of the antiviral drug stockpile. Med J Aust. 2009 Aug 3;191(3):136-7. doi: 10.1186/1471-2334-9-110. PMID: 19645639; PMCID: PMC3073016.

111.   Walensky RP, Wolf LL, Wood R, Fofana MO, Freedberg KA, Martinson NA, Paltiel AD, Anglaret X, Weinstein MC, Losina E; CEPAC (Cost-Effectiveness of Preventing AIDS Complications)-International Investigators. When to start antiretroviral therapy in resource-limited settings. Ann Intern Med. 2009 Aug 4;151(3):157-66. doi: 10.7326/0003-4819-151-3-200908040-00138. Epub 2009 Jul 20. PMID: 19620143; PMCID: PMC3092478.

112.   Goldstein E, Paur K, Fraser C, Kenah E, Wallinga J, Lipsitch M. Reproductive numbers, epidemic spread and control in a community of households. Math Biosci. 2009 Sep;221(1):11-25. doi: 10.1016/j.mbs.2009.06.002. Epub 2009 Jun 25. PMID: 19559715; PMCID: PMC2731010.

113.   Lipsitch M, Lajous M, O'Hagan JJ, Cohen T, Miller JC, Goldstein E, Danon L, Wallinga J, Riley S, Dowell SF, Reed C, McCarron M. Use of cumulative incidence of novel influenza A/H1N1 in foreign travelers to estimate lower bounds on cumulative incidence in Mexico. PLoS One. 2009 Sep 9;4(9):e6895. doi: 10.1371/journal.pone.0006895. PMID: 19742302; PMCID: PMC2731883.

114.   Pitzer VE, Lipsitch M. Exploring the relationship between incidence and the average age of infection during seasonal epidemics. J Theor Biol. 2009 Sep 21;260(2):175-85. doi: 10.1016/j.jtbi.2009.06.008. Epub 2009 Jun 13. PMID: 19527734; PMCID: PMC2745250.

115.   Losina E, Touré H, Uhler LM, Anglaret X, Paltiel AD, Balestre E, Walensky RP, Messou E, Weinstein MC, Dabis F, Freedberg KA; ART-LINC Collaboration of International Epidemiological Databases to Evaluate AIDS (IeDEA); CEPAC International investigators. Cost-effectiveness of preventing loss to follow-up in HIV treatment programs: a Côte d'Ivoire appraisal. PLoS Med. 2009 Oct;6(10):e1000173. doi: 10.1371/journal.pmed.1000173. Epub 2009 Oct 27. PMID: 19859538; PMCID: PMC2762030.

116.   Lipsitch M, Hayden FG, Cowling BJ, Leung GM. How to maintain surveillance for novel influenza A H1N1 when there are too many cases to count. Lancet. 2009 Oct 3;374(9696):1209-11. doi: 10.1016/S0140-6736(09)61377-5. Epub 2009 Aug 11. PMID: 19679345.

117.   White LF, Wallinga J, Finelli L, Reed C, Riley S, Lipsitch M, Pagano M. Estimation of the reproductive number and the serial interval in early phase of the 2009 influenza A/H1N1 pandemic in the USA. Influenza Other Respir Viruses. 2009 Nov;3(6):267-76. doi: 10.1111/j.1750-2659.2009.00106.x. PMID: 19903209; PMCID: PMC2782458.

118.   Presanis AM, De Angelis D; New York City Swine Flu Investigation Team, Hagy A, Reed C, Riley S, Cooper BS, Finelli L, Biedrzycki P, Lipsitch M. The severity of pandemic H1N1 influenza in the United States, from April to July 2009: a Bayesian analysis. PLoS Med. 2009 Dec;6(12):e1000207. doi: 10.1371/journal.pmed.1000207. Epub 2009 Dec 8. PMID: 19997612; PMCID: PMC2784967.

119.   Reed C, Angulo FJ, Swerdlow DL, Lipsitch M, Meltzer MI, Jernigan D, Finelli L. Estimates of the prevalence of pandemic (H1N1) 2009, United States, April-July 2009. Emerg Infect Dis. 2009 Dec;15(12):2004-7. doi: 10.3201/eid1512.091413. PMID: 19961687; PMCID: PMC3375879.

120.   Lipsitch M, Colijn C, Cohen T, Hanage WP, Fraser C. No coexistence for free: neutral null models for multistrain pathogens. Epidemics. 2009 Mar;1(1):2-13. doi: 10.1016/j.epidem.2008.07.001. Epub 2008 Nov 4. PMID: 21352747; PMCID: PMC3099423.

121.   Goldstein E, Dushoff J, Ma J, Plotkin JB, Earn DJ, Lipsitch M. Reconstructing influenza incidence by deconvolution of daily mortality time series. Proc Natl

Acad Sci U S A. 2009 Dec 22;106(51):21825-9. doi: 10.1073/pnas.0902958106. Epub 2009 Dec 18. PMID: 20080801; PMCID: PMC2796142.

122. Bogaert D, Thompson CM, Trzcinski K, Malley R, Lipsitch M. The role of complement in innate and adaptive immunity to pneumococcal colonization and sepsis in a murine model. Vaccine. 2010 Jan 8;28(3):681-5. doi: 10.1016/j.vaccine.2009.10.085. Epub 2009 Nov 3. PMID: 19892042; PMCID: PMC2810519.

123. Wallinga J, van Boven M, Lipsitch M. Optimizing infectious disease interventions during an emerging epidemic. Proc Natl Acad Sci U S A. 2010 Jan 12;107(2):923-8. doi: 10.1073/pnas.0908491107. Epub 2009 Dec 28. PMID: 20080777; PMCID: PMC2818907.

124. Shaman J, Pitzer VE, Viboud C, Grenfell BT, Lipsitch M. Absolute humidity and the seasonal onset of influenza in the continental United States. PLoS Biol. 2010 Feb 23;8(2):e1000316. doi: 10.1371/journal.pbio.1000316. Erratum in: PLoS Biol. 2010;8(3). doi: 10.1371/annotation/35686514-b7a9-4f65-9663-7baefc0d63c0. PMID: 20186267; PMCID: PMC2826374.

125. Goldstein E, Miller JC, O'Hagan JJ, Lipsitch M. Pre-dispensing of antivirals to high-risk individuals in an influenza pandemic. Influenza Other Respir Viruses. 2010 Mar;4(2):101-12. doi: 10.1111/j.1750-2659.2009.00128.x. PMID: 20167050; PMCID: PMC3075926.

126. Lipsitch M, Tchetgen Tchetgen E, Cohen T. Negative controls: a tool for detecting confounding and bias in observational studies. Epidemiology. 2010 May;21(3):383-8. doi: 10.1097/EDE.0b013e3181d61eeb. Erratum in: Epidemiology. 2010 Jul;21(4):589. PMID: 20335814; PMCID: PMC3053408.

127. Miller JC, Danon L, O'Hagan JJ, Goldstein E, Lajous M, Lipsitch M. Student behavior during a school closure caused by pandemic influenza A/H1N1. PLoS One. 2010 May 5;5(5):e10425. doi: 10.1371/journal.pone.0010425. PMID: 20463960; PMCID: PMC2864742.

128. Goldstein E, Apolloni A, Lewis B, Miller JC, Macauley M, Eubank S, Lipsitch M, Wallinga J. Distribution of vaccine/antivirals and the 'least spread line' in a stratified population. J R Soc Interface. 2010 May 6;7(46):755-64. doi: 10.1098/rsif.2009.0393. Epub 2009 Oct 14. PMID: 19828505; PMCID: PMC2874227.

129. Lau LL, Cowling BJ, Fang VJ, Chan KH, Lau EH, Lipsitch M, Cheng CK, Houck PM, Uyeki TM, Peiris JS, Leung GM. Viral shedding and clinical illness in naturally acquired influenza virus infections. J Infect Dis. 2010 May 15;201(10):1509-16. doi: 10.1086/652241. PMID: 20377412; PMCID: PMC3060408.

130. Van Kerkhove MD, Asikainen T, Becker NG, Bjorge S, Desenclos JC, dos Santos T, Fraser C, Leung GM, Lipsitch M, Longini IM Jr, McBryde ES, Roth CE, Shay DK, Smith DJ, Wallinga J, White PJ, Ferguson NM, Riley S; WHO Informal Network for Mathematical Modelling for Pandemic Influenza H1N1 2009 (Working Group on Data Needs). Studies needed to address public health challenges of the 2009 H1N1 influenza pandemic: insights from modeling. PLoS Med. 2010 Jun 1;7(6):e1000275. doi: 10.1371/journal.pmed.1000275. PMID: 20532237; PMCID: PMC2879409.

131. Colijn C, Cohen T, Fraser C, Hanage W, Goldstein E, Givon-Lavi N, Dagan R, Lipsitch M. What is the mechanism for persistent coexistence of drug-susceptible and drug-resistant strains of Streptococcus pneumoniae? J R Soc Interface. 2010 Jun 6;7(47):905-19. doi: 10.1098/rsif.2009.0400. Epub 2009 Nov 25. PMID: 19940002; PMCID: PMC2871802.

132. Regev-Yochay G, Hanage WP, Trzcinski K, Rifas-Shiman SL, Lee G, Bessolo A, Huang SS, Pelton SI, McAdam AJ, Finkelstein JA, Lipsitch M, Malley R. Re-emergence of the type 1 pilus among Streptococcus pneumoniae isolates in Massachusetts, USA. Vaccine. 2010 Jul 5;28(30):4842-6. doi: 10.1016/j.vaccine.2010.04.042. Epub 2010 Apr 29. PMID: 20434550; PMCID: PMC2897942.

133. Goldstein E, Cowling BJ, O'Hagan JJ, Danon L, Fang VJ, Hagy A, Miller JC, Reshef D, Robins J, Biedrzycki P, Lipsitch M. Oseltamivir for treatment and prevention of pandemic influenza A/H1N1 virus infection in households, Milwaukee, 2009. BMC Infect Dis. 2010 Jul 20;10:211. doi: 10.1186/1471-2334-10-211. PMID: 20642862; PMCID: PMC2919545.

134. Walensky RP, Paltiel AD, Losina E, Morris BL, Scott CA, Rhode ER, Seage GR, Freedberg KA; CEPAC Investigators. Test and treat DC: forecasting the impact of a comprehensive HIV strategy in Washington DC. Clin Infect Dis. 2010 Aug 15;51(4):392-400. doi: 10.1086/655130. Erratum in: Clin Infect Dis. 2011 Sep;53(5):502. PMID: 20617921; PMCID: PMC2906630.

135. Lajous M, Danon L, López-Ridaura R, Astley CM, Miller JC, Dowell SF, O'Hagan JJ, Goldstein E, Lipsitch M. Mobile messaging as surveillance tool during pandemic (H1N1) 2009, Mexico. Emerg Infect Dis. 2010 Sep;16(9):1488-9. doi: 10.3201/eid1609.100671. PMID: 20735942; PMCID: PMC3294993.

136. Rydzak CE, Cotich KL, Sax PE, Hsu HE, Wang B, Losina E, Freedberg KA, Weinstein MC, Goldie SJ; CEPAC Investigators. Assessing the performance of a computer-based policy model of HIV and AIDS. PLoS One. 2010 Sep 9;5(9):e12647. doi: 10.1371/journal.pone.0012647. PMID: 20844741; PMCID: PMC2936574.

137. Uhler LM, Kumarasamy N, Mayer KH, Saxena A, Losina E, Muniyandi M, Stoler AW, Lu Z, Walensky RP, Flanigan TP, Bender MA, Freedberg KA, Swaminathan S; CEPAC International investigators. Cost-effectiveness of HIV testing referral strategies among tuberculosis patients in India. PLoS One. 2010 Sep 16;5(9):e12747. doi: 10.1371/journal.pone.0012747. PMID: 20862279; PMCID: PMC2940842.

138. Weinberger DM, Harboe ZB, Sanders EA, Ndiritu M, Klugman KP, Rückinger S, Dagan R, Adegbola R, Cutts F, Johnson HL, O'Brien KL, Scott JA, Lipsitch M. Association of serotype with risk of death due to pneumococcal pneumonia: a meta-analysis. Clin Infect Dis. 2010 Sep 15;51(6):692-9. doi: 10.1086/655828. PMID: 20715907; PMCID: PMC2927802.

139. Huang SS, Avery TR, Song Y, Elkins KR, Nguyen CC, Nutter SK, Nafday AA, Condon CJ, Chang MT, Chrest D, Boos J, Bobashev G, Wheaton W, Frank SA, Platt R, Lipsitch M, Bush RM, Eubank S, Burke DS, Lee BY. Quantifying interhospital patient sharing as a mechanism for infectious disease spread. Infect Control Hosp Epidemiol. 2010 Nov;31(11):1160-9. doi: 10.1086/656747. PMID: 20874503; PMCID: PMC3064463.

140. Goldhaber-Fiebert JD, Lipsitch M, Mahal A, Zaslavsky AM, Salomon JA. Quantifying child mortality reductions related to measles vaccination. PLoS One. 2010 Nov 4;5(11):e13842. doi: 10.1371/journal.pone.0013842. PMID: 21079809; PMCID: PMC2973966.

141. Shaman J, Goldstein E, Lipsitch M. Absolute humidity and pandemic versus epidemic influenza. Am J Epidemiol. 2011 Jan 15;173(2):127-35. doi: 10.1093/aje/kwq347. Epub 2010 Nov 16. PMID: 21081646; PMCID: PMC3011950.

142.   Yildirim I, Hanage WP, Lipsitch M, Shea KM, Stevenson A, Finkelstein J, Huang SS, Lee GM, Kleinman K, Pelton SI. Serotype specific invasive capacity and persistent reduction in invasive pneumococcal disease. Vaccine. 2010 Dec 16;29(2):283-8. doi: 10.1016/j.vaccine.2010.10.032. Epub 2010 Oct 26. PMID: 21029807; PMCID: PMC3139683.

143.   Weinberger DM, Harboe ZB, Flasche S, Scott JA, Lipsitch M. Prediction of serotypes causing invasive pneumococcal disease in unvaccinated and vaccinated populations. Epidemiology. 2011 Mar;22(2):199-207. doi: 10.1097/EDE.0b013e3182087634. PMID: 21646962; PMCID: PMC3142570.

144.   Hanage WP, Bishop CJ, Huang SS, Stevenson AE, Pelton SI, Lipsitch M, Finkelstein JA. Carried pneumococci in Massachusetts children: the contribution of clonal expansion and serotype switching. Pediatr Infect Dis J. 2011 Apr;30(4):302-8. doi: 10.1097/INF.0b013e318201a154. PMID: 21085049; PMCID: PMC3175614.

145.   Ciaranello AL, Lockman S, Freedberg KA, Hughes M, Chu J, Currier J, Wood R, Holmes CB, Pillay S, Conradie F, McIntyre J, Losina E, Walensky RP; CEPAC-International and OCTANE Investigators. First-line antiretroviral therapy after single-dose nevirapine exposure in South Africa: a cost-effectiveness analysis of the OCTANE trial. AIDS. 2011 Feb 20;25(4):479-92. doi: 10.1097/QAD.0b013e3283428cbe. PMID: 21293199; PMCID: PMC3068908.

146.   Hsu HE, Rydzak CE, Cotich KL, Wang B, Sax PE, Losina E, Freedberg KA, Goldie SJ, Lu Z, Walensky RP; CEPAC Investigators. Quantifying the risks and benefits of efavirenz use in HIV-infected women of childbearing age in the USA. HIV Med. 2011 Feb;12(2):97-108. doi: 10.1111/j.1468-1293.2010.00856.x. PMID: 20561082; PMCID: PMC3010302.

147.   Ford CB, Lin PL, Chase MR, Shah RR, Iartchouk O, Galagan J, Mohaideen N, Ioerger TR, Sacchettini JC, Lipsitch M, Flynn JL, Fortune SM. Use of whole genome sequencing to estimate the mutation rate of Mycobacterium tuberculosis during latent infection. Nat Genet. 2011 May;43(5):482-6. doi: 10.1038/ng.811. Epub 2011 Apr 24. PMID: 21516081; PMCID: PMC3101871.

148.   Lipsitch M, Finelli L, Heffernan RT, Leung GM, Redd SC; 2009 H1n1 Surveillance Group. Improving the evidence base for decision making during a pandemic: the example of 2009 influenza A/H1N1. Biosecur Bioterror. 2011 Jun;9(2):89-115. doi: 10.1089/bsp.2011.0007. PMID: 21612363; PMCID: PMC3102310.

149.   Smith J, Lipsitch M, Almond JW. Vaccine production, distribution, access, and uptake. Lancet. 2011 Jul 30;378(9789):428-38. doi: 10.1016/S0140-6736(11)60478-9. Epub 2011 Jun 12. PMID: 21664680; PMCID: PMC3164579.

150.   Goldstein E, Cobey S, Takahashi S, Miller JC, Lipsitch M. Predicting the epidemic sizes of influenza A/H1N1, A/H3N2, and B: a statistical method. PLoS Med. 2011 Jul;8(7):e1001051. doi: 10.1371/journal.pmed.1001051. Epub 2011 Jul 5. PMID: 21750666; PMCID: PMC3130020.

151.   Mostofsky E, Lipsitch M, Regev-Yochay G. Is methicillin-resistant Staphylococcus aureus replacing methicillin-susceptible S. aureus? J Antimicrob Chemother. 2011 Oct;66(10):2199-214. doi: 10.1093/jac/dkr278. Epub 2011 Jul 7. PMID: 21737459; PMCID: PMC3172038.

152.   Shaman J, Jeon CY, Giovannucci E, Lipsitch M. Shortcomings of vitamin D-based model simulations of seasonal influenza. PLoS One. 2011;6(6):e20743. doi: 10.1371/journal.pone.0020743. Epub 2011 Jun 3. PMID: 21677774; PMCID: PMC3108988.

153.   Hernán MA, Lipsitch M. Oseltamivir and risk of lower respiratory tract complications in patients with flu symptoms: a meta-analysis of eleven randomized clinical trials. Clin Infect Dis. 2011 Aug 1;53(3):277-9. doi: 10.1093/cid/cir400. Epub 2011 Jun 15. PMID: 21677258; PMCID: PMC3137795.

154.   Goldstein E, Cowling BJ, Aiello AE, Takahashi S, King G, Lu Y, Lipsitch M. Estimating incidence curves of several infections using symptom surveillance data. PLoS One. 2011;6(8):e23380. doi: 10.1371/journal.pone.0023380. Epub 2011 Aug 24. PMID: 21887246; PMCID: PMC3160845.

155.   Presanis AM, Pebody RG, Paterson BJ, Tom BD, Birrell PJ, Charlett A, Lipsitch M, De Angelis D. Changes in severity of 2009 pandemic A/H1N1 influenza in England: a Bayesian evidence synthesis. BMJ. 2011 Sep 8;343:d5408. doi: 10.1136/bmj.d5408. PMID: 21903689; PMCID: PMC3168935.

156.   Hanage WP, Bishop CJ, Lee GM, Lipsitch M, Stevenson A, Rifas-Shiman SL, Pelton SI, Huang SS, Finkelstein JA. Clonal replacement among 19A Streptococcus pneumoniae in Massachusetts, prior to 13 valent conjugate vaccination. Vaccine. 2011 Nov 8;29(48):8877-81. doi: 10.1016/j.vaccine.2011.09.075. Epub 2011 Sep 29. PMID: 21964059; PMCID: PMC3221484.

157.   Weinberger DM, Malley R, Lipsitch M. Serotype replacement in disease after pneumococcal vaccination. Lancet. 2011 Dec 3;378(9807):1962-73. doi: 10.1016/S0140-6736(10)62225-8. Epub 2011 Apr 12. PMID: 21492929; PMCID: PMC3256741.

158.   O'Hagan JJ, Hernán MA, Walensky RP, Lipsitch M. Apparent declining efficacy in randomized trials: examples of the Thai RV144 HIV vaccine and South African CAPRISA 004 microbicide trials. AIDS. 2012 Jan 14;26(2):123-6. doi: 10.1097/QAD.0b013e32834e1ce7. PMID: 22045345; PMCID: PMC3319457.

159.   Shaman J, Lipsitch M. The El Nino-Southern Oscillation (ENSO)-pandemic influenza connection: coincident or causal? Proc Natl Acad Sci U S A. 2013 Feb 26;110 Suppl 1(Suppl 1):3689-91. doi: 10.1073/pnas.1107485109. Epub 2012 Jan 17. PMID: 22308322; PMCID: PMC3586607.

160.   Grad YH, Lipsitch M, Aiello AE. Secular trends in Helicobacter pylori seroprevalence in adults in the United States: evidence for sustained race/ethnic disparities. Am J Epidemiol. 2012 Jan 1;175(1):54-9. doi: 10.1093/aje/kwr288. Epub 2011 Nov 15. PMID: 22085628; PMCID: PMC3244610.

161.   Scott JR, Millar EV, Lipsitch M, Moulton LH, Weatherholtz R, Perilla MJ, Jackson DM, Beall B, Craig MJ, Reid R, Santosham M, O'Brien KL. Impact of more than a decade of pneumococcal conjugate vaccine use on carriage and invasive potential in Native American communities. J Infect Dis. 2012 Jan 15;205(2):280-8. doi: 10.1093/infdis/jir730. Epub 2011 Nov 29. PMID: 22128315; PMCID: PMC3244367.

162.   Abdullahi O, Karani A, Tigoi CC, Mugo D, Kungu S, Wanjiru E, Jomo J, Musyimi R, Lipsitch M, Scott JA. The prevalence and risk factors for pneumococcal colonization of the nasopharynx among children in Kilifi District, Kenya. PLoS One. 2012;7(2):e30787. doi: 10.1371/journal.pone.0030787. Epub 2012 Feb 20. PMID: 22363489; PMCID: PMC3282706.

163.   Cobey S, Lipsitch M. Niche and neutral effects of acquired immunity permit coexistence of pneumococcal serotypes. Science. 2012 Mar 16;335(6074):1376-80. doi: 10.1126/science.1215947. Epub 2012 Mar 1. PMID: 22383809; PMCID: PMC3341938.

164.   Scott JR, Hanage WP, Lipsitch M, Millar EV, Moulton LH, Hinds J, Reid R, Santosham M, O'Brien KL. Pneumococcal sequence type replacement among

American Indian children: a comparison of pre- and routine-PCV7 eras. Vaccine. 2012 Mar 16;30(13):2376-81. doi: 10.1016/j.vaccine.2011.11.004. Epub 2011 Nov 15. PMID: 22094283.

165.    Lipsitch M, Abdullahi O, D'Amour A, Xie W, Weinberger DM, Tchetgen Tchetgen E, Scott JA. Estimating rates of carriage acquisition and clearance and competitive ability for pneumococcal serotypes in Kenya with a Markov transition model. Epidemiology. 2012 Jul;23(4):510-9. doi: 10.1097/EDE.0b013e31824f2f32. Erratum in: Epidemiology. 2013 Jan;24(1):177. PMID: 22441543; PMCID: PMC3670084.

166.    Wroe PC, Lee GM, Finkelstein JA, Pelton SI, Hanage WP, Lipsitch M, Stevenson AE, Rifas-Shiman SL, Kleinman K, Dutta-Linn MM, Hinrichsen VL, Lakoma M, Huang SS. Pneumococcal carriage and antibiotic resistance in young children before 13-valent conjugate vaccine. Pediatr Infect Dis J. 2012 Mar;31(3):249-54. doi: 10.1097/INF.0b013e31824214ac. PMID: 22173142; PMCID: PMC3288953.

167.    Grad YH, Lipsitch M, Feldgarden M, Arachchi HM, Cerqueira GC, Fitzgerald M, Godfrey P, Haas BJ, Murphy CI, Russ C, Sykes S, Walker BJ, Wortman JR, Young S, Zeng Q, Abouelleil A, Bochicchio J, Chauvin S, Desmet T, Gujja S, McCowan C, Montmayeur A, Steelman S, Frimodt-Møller J, Petersen AM, Struve C, Krogfelt KA, Bingen E, Weill FX, Lander ES, Nusbaum C, Birren BW, Hung DT, Hanage WP. Genomic epidemiology of the Escherichia coli O104:H4 outbreaks in Europe, 2011. Proc Natl Acad Sci U S A. 2012 Feb 21;109(8):3065-70. doi: 10.1073/pnas.1121491109. Epub 2012 Feb 6. Erratum in: Proc Natl Acad Sci U S A. 2012 Apr 3;109(14):5547. PMID: 22315421; PMCID: PMC3286951.

168.    Pitzer VE, Burgner D, Viboud C, Simonsen L, Andreasen V, Steiner CA, Lipsitch M. Modelling seasonal variations in the age and incidence of Kawasaki disease to explore possible infectious aetiologies. Proc Biol Sci. 2012 Jul 22;279(1739):2736-43. doi: 10.1098/rspb.2011.2464. Epub 2012 Mar 7. PMID: 22398170; PMCID: PMC3367771.

169.    Ke W, Huang SS, Hudson LO, Elkins KR, Nguyen CC, Spratt BG, Murphy CR, Avery TR, Lipsitch M. Patient sharing and population genetic structure of methicillin-resistant Staphylococcus aureus. Proc Natl Acad Sci U S A. 2012 Apr 24;109(17):6763-8. doi: 10.1073/pnas.1113578109. Epub 2012 Mar 19. PMID: 22431601; PMCID: PMC3340079.

170.    Grad YH, Miller JC, Lipsitch M. Cholera modeling: challenges to quantitative analysis and predicting the impact of interventions. Epidemiology. 2012 Jul;23(4):523-30. doi: 10.1097/EDE.0b013e3182572581. PMID: 22659546; PMCID: PMC3380087.

171.    Van Kerkhove MD, Riley S, Lipsitch M, Guan Y, Monto AS, Webster RG, Zambon M, Nicoll A, Peiris JS, Ferguson NM. Comment on "Seroevidence for H5N1 influenza infections in humans: meta-analysis". Science. 2012 Jun 22;336(6088):1506; author reply 1506. doi: 10.1126/science.1221434. PMID: 22723396.

172.    Lipsitch M, Plotkin JB, Simonsen L, Bloom B. Evolution, safety, and highly pathogenic influenza viruses. Science. 2012 Jun 22;336(6088):1529-31. doi: 10.1126/science.1223204. PMID: 22723411; PMCID: PMC3467308.

173.    Goldstein E, Wallinga J, Lipsitch M. Vaccine allocation in a declining epidemic. J R Soc Interface. 2012 Nov 7;9(76):2798-803. doi: 10.1098/rsif.2012.0404. Epub 2012 Jul 6. PMID: 22772378; PMCID: PMC3479926.

174.    Abdullahi O, Karani A, Tigoi CC, Mugo D, Kungu S, Wanjiru E, Jomo J, Musyimi R, Lipsitch M, Scott JA. Rates of acquisition and clearance of pneumococcal

serotypes in the nasopharynges of children in Kilifi District, Kenya. J Infect Dis. 2012 Oct 1;206(7):1020-9. doi: 10.1093/infdis/jis447. Epub 2012 Jul 24. PMID: 22829650; PMCID: PMC3433858.

175.  Jacobs JH, Archer BN, Baker MG, Cowling BJ, Heffernan RT, Mercer G, Uez O, Hanshaoworakul W, Viboud C, Schwartz J, Tchetgen Tchetgen E, Lipsitch M. Searching for sharp drops in the incidence of pandemic A/H1N1 influenza by single year of age. PLoS One. 2012;7(8):e42328. doi: 10.1371/journal.pone.0042328. Epub 2012 Aug 2. PMID: 22876316; PMCID: PMC3410923.

176.  Goldstein E, Kirkcaldy RD, Reshef D, Berman S, Weinstock H, Sabeti P, Del Rio C, Hall G, Hook EW, Lipsitch M. Factors related to increasing prevalence of resistance to ciprofloxacin and other antimicrobial drugs in Neisseria gonorrhoeae, United States. Emerg Infect Dis. 2012 Aug;18(8):1290-7. doi: 10.3201/eid1808.111202. PMID: 22840274; PMCID: PMC3414012.

177.  Lipsitch M, Bloom BR. Rethinking biosafety in research on potential pandemic pathogens. mBio. 2012 Oct 9;3(5):e00360-12. doi: 10.1128/mBio.00360-12. PMID: 23047752; PMCID: PMC3484391.

178.  Li Y, Gierahn T, Thompson CM, Trzciński K, Ford CB, Croucher N, Gouveia P, Flechtner JB, Malley R, Lipsitch M. Distinct effects on diversifying selection by two mechanisms of immunity against Streptococcus pneumoniae. PLoS Pathog. 2012;8(11):e1002989. doi: 10.1371/journal.ppat.1002989. Epub 2012 Nov 8. PMID: 23144610; PMCID: PMC3493470. **Highlighted in the PLoS Pathogens Tenth Anniversary Collection of the Editors' Choice of 42 articles from the first 10 years.**

179.  Goldstein E, Viboud C, Charu V, Lipsitch M. Improving the estimation of influenza-related mortality over a seasonal baseline. Epidemiology. 2012 Nov;23(6):829-38. doi: 10.1097/EDE.0b013e31826c2dda. PMID: 22992574; PMCID: PMC3516362.

–      A commentary on this paper was published alongside it, to which we published a rejoinder: Goldstein E, Viboud C, Charu V, Lipsitch M. The authors respond. *Epidemiology*. 2012 Nov;23(6):829-38.

180.  Hyams C, Trzcinski K, Camberlein E, Weinberger DM, Chimalapati S, Noursadeghi M, Lipsitch M, Brown JS. Streptococcus pneumoniae capsular serotype invasiveness correlates with the degree of factor H binding and opsonization with C3b/iC3b. Infect Immun. 2013 Jan;81(1):354-63. doi: 10.1128/IAI.00862-12. Epub 2012 Nov 12. PMID: 23147038; PMCID: PMC3536142.

181.  Palmer ME, Lipsitch M, Moxon ER, Bayliss CD. Broad conditions favor the evolution of phase-variable loci. mBio. 2013 Jan 8;4(1):e00430-12. doi: 10.1128/mBio.00430-12. PMID: 23300246; PMCID: PMC3546556.

182.  Cobey S, Lipsitch M. Pathogen diversity and hidden regimes of apparent competition. Am Nat. 2013 Jan;181(1):12-24. doi: 10.1086/668598. Epub 2012 Nov 27. PMID: 23234842; PMCID: PMC3716377.

183.  Grad YH, Godfrey P, Cerqueira GC, Mariani-Kurkdjian P, Gouali M, Bingen E, Shea TP, Haas BJ, Griggs A, Young S, Zeng Q, Lipsitch M, Waldor MK, Weill FX, Wortman JR, Hanage WP. Comparative genomics of recent Shiga toxin-producing Escherichia coli O104:H4: short-term evolution of an emerging pathogen. mBio. 2013 Jan 22;4(1):e00452-12. doi: 10.1128/mBio.00452-12. PMID: 23341549; PMCID: PMC3551546.

184.  Koep TH, Enders FT, Pierret C, Ekker SC, Krageschmidt D, Neff KL, Lipsitch M, Shaman J, Huskins WC. Predictors of indoor absolute humidity and estimated

effects on influenza virus survival in grade schools. BMC Infect Dis. 2013 Feb 5;13:71. doi: 10.1186/1471-2334-13-71. PMID: 23383620; PMCID: PMC3568414.

185. O'Hagan JJ, Hernán MA, Walensky RP, Lipsitch M. Apparent declining efficacy in randomized trials: examples of the Thai RV144 HIV vaccine and South African CAPRISA 004 microbicide trials. AIDS. 2012 Jan 14;26(2):123-6. doi: 10.1097/QAD.0b013e32834e1ce7. PMID: 22045345; PMCID: PMC3319457.

186. Grad YH, Lipsitch M, Griggs AD, Haas BJ, Shea TP, McCowan C, Montmayeur A, FitzGerald M, Wortman JR, Krogfelt KA, Bingen E, Weill FX, Tietze E, Flieger A, Lander ES, Nusbaum C, Birren BW, Hung DT, Hanage WP. Reply to Guy et al.: Support for a bottleneck in the 2011 Escherichia coli O104:H4 outbreak in Germany. Proc Natl Acad Sci U S A. 2012 Dec 26;109(52):E3629-30. doi: 10.1073/pnas.1209419110. PMID: 23479789; PMCID: PMC3535640.

187. Croucher NJ, Finkelstein JA, Pelton SI, Mitchell PK, Lee GM, Parkhill J, Bentley SD, Hanage WP, Lipsitch M. Population genomics of post-vaccine changes in pneumococcal epidemiology. Nat Genet. 2013 Jun;45(6):656-63. doi: 10.1038/ng.2625. Epub 2013 May 5. PMID: 23644493; PMCID: PMC3725542.

188. Joice R, Lipsitch M. Targeting imperfect vaccines against drug-resistance determinants: a strategy for countering the rise of drug resistance. PLoS One. 2013 Jul 25;8(7):e68940. doi: 10.1371/journal.pone.0068940. PMID: 23935910; PMCID: PMC3723804.

189. Ford CB, Shah RR, Maeda MK, Gagneux S, Murray MB, Cohen T, Johnston JC, Gardy J, Lipsitch M, Fortune SM. Mycobacterium tuberculosis mutation rate estimates from different lineages predict substantial differences in the emergence of drug-resistant tuberculosis. Nat Genet. 2013 Jul;45(7):784-90. doi: 10.1038/ng.2656. Epub 2013 Jun 9. PMID: 23749189; PMCID: PMC3777616.

190. Link-Gelles R, Thomas A, Lynfield R, Petit S, Schaffner W, Harrison L, Farley MM, Aragon D, Nicols M, Kirley PD, Zansky S, Jorgensen J, Juni BA, Jackson D, Moore MR, Lipsitch M. Geographic and temporal trends in antimicrobial nonsusceptibility in Streptococcus pneumoniae in the post-vaccine era in the United States. J Infect Dis. 2013 Oct 15;208(8):1266-73. doi: 10.1093/infdis/jit315. Epub 2013 Jul 12. PMID: 23852588; PMCID: PMC3778966.

191. Weinberger DM, Bruden DT, Grant LR, Lipsitch M, O'Brien KL, Pelton SI, Sanders EA, Feikin DR. Using pneumococcal carriage data to monitor postvaccination changes in invasive disease. Am J Epidemiol. 2013 Nov 1;178(9):1488-95. doi: 10.1093/aje/kwt156. Epub 2013 Sep 7. PMID: 24013204; PMCID: PMC3813314.

192. Li Y, Weinberger DM, Thompson CM, Trzciński K, Lipsitch M. Surface charge of Streptococcus pneumoniae predicts serotype distribution. Infect Immun. 2013 Dec;81(12):4519-24. doi: 10.1128/IAI.00724-13. Epub 2013 Sep 30. PMID: 24082068; PMCID: PMC3837974.

193. Li Y, Thompson CM, Trzciński K, Lipsitch M. Within-host selection is limited by an effective population of Streptococcus pneumoniae during nasopharyngeal colonization. Infect Immun. 2013 Dec;81(12):4534-43. doi: 10.1128/IAI.00527-13. Epub 2013 Sep 30. PMID: 24082074; PMCID: PMC3837969.

194. Feikin DR, Kagucia EW, Loo JD, Link-Gelles R, Puhan MA, Cherian T, Levine OS, Whitney CG, O'Brien KL, Moore MR; Serotype Replacement Study Group. Serotype-specific changes in invasive pneumococcal disease after pneumococcal conjugate vaccine introduction: a pooled analysis of multiple surveillance sites. PLoS Med. 2013;10(9):e1001517. doi:

10.1371/journal.pmed.1001517. Epub 2013 Sep 24. PMID: 24086113; PMCID: PMC3782411.

195.   Quandelacy TM, Viboud C, Charu V, Lipsitch M, Goldstein E. Age- and sex-related risk factors for influenza-associated mortality in the United States between 1997-2007. Am J Epidemiol. 2014 Jan 15;179(2):156-67. doi: 10.1093/aje/kwt235. Epub 2013 Nov 4. PMID: 24190951; PMCID: PMC3873104.

196.   O'Hagan JJ, Lipsitch M, Hernán MA. Estimating the per-exposure effect of infectious disease interventions. Epidemiology. 2014 Jan;25(1):134-8. doi: 10.1097/EDE.0000000000000003. PMID: 24240656; PMCID: PMC3898464.

197.   Shaman J, Karspeck A, Yang W, Tamerius J, Lipsitch M. Real-time influenza forecasts during the 2012-2013 season. Nat Commun. 2013;4:2837. doi: 10.1038/ncomms3837. PMID: 24302074; PMCID: PMC3873365.

198.   Huang KE, Lipsitch M, Shaman J, Goldstein E. The US 2009 A(H1N1) influenza epidemic: quantifying the impact of school openings on the reproductive number. Epidemiology. 2014 Mar;25(2):203-6. doi: 10.1097/EDE.0000000000000055. PMID: 24434751; PMCID: PMC3960948.

199.   Grad YH, Kirkcaldy RD, Trees D, Dordel J, Harris SR, Goldstein E, Weinstock H, Parkhill J, Hanage WP, Bentley S, Lipsitch M. Genomic epidemiology of Neisseria gonorrhoeae with reduced susceptibility to cefixime in the USA: a retrospective observational study. Lancet Infect Dis. 2014 Mar;14(3):220-6. doi: 10.1016/S1473-3099(13)70693-5. Epub 2014 Jan 22. PMID: 24462211; PMCID: PMC4030102.

200.   Patterson-Lomba O, Van Noort S, Cowling BJ, Wallinga J, Gomes MG, Lipsitch M, Goldstein E. Utilizing syndromic surveillance data for estimating levels of influenza circulation. Am J Epidemiol. 2014 Jun 1;179(11):1394-401. doi: 10.1093/aje/kwu061. Epub 2014 Apr 18. PMID: 24748609; PMCID: PMC4036214.

201.   Gomes MG, Lipsitch M, Wargo AR, Kurath G, Rebelo C, Medley GF, Coutinho A. A missing dimension in measures of vaccination impacts. PLoS Pathog. 2014 Mar 6;10(3):e1003849. doi: 10.1371/journal.ppat.1003849. PMID: 24603721; PMCID: PMC3946326.

202.   Worby CJ, Lipsitch M, Hanage WP. Within-host bacterial diversity hinders accurate reconstruction of transmission networks from genomic distance data. PLoS Comput Biol. 2014 Mar 27;10(3):e1003549. doi: 10.1371/journal.pcbi.1003549. PMID: 24675511; PMCID: PMC3967931.

203.   Grad YH, Newman R, Zody M, Yang X, Murphy R, Qu J, Malboeuf CM, Levin JZ, Lipsitch M, DeVincenzo J. Within-host whole-genome deep sequencing and diversity analysis of human respiratory syncytial virus infection reveals dynamics of genomic diversity in the absence and presence of immune pressure. J Virol. 2014 Jul;88(13):7286-93. doi: 10.1128/JVI.00038-14. Epub 2014 Apr 16. PMID: 24741088; PMCID: PMC4054443.

204.   McCormick AW, Abuelezam NN, Rhode ER, Hou T, Walensky RP, Pei PP, Becker JE, DiLorenzo MA, Losina E, Freedberg KA, Lipsitch M, Seage GR 3rd. Development, calibration and performance of an HIV transmission model incorporating natural history and behavioral patterns: application in South Africa. PLoS One. 2014 May 27;9(5):e98272. doi: 10.1371/journal.pone.0098272. PMID: 24867402; PMCID: PMC4035281.

205.   Lipsitch M, Galvani AP. Ethical alternatives to experiments with novel potential pandemic pathogens. PLoS Med. 2014 May 20;11(5):e1001646. doi: 10.1371/journal.pmed.1001646. PMID: 24844931; PMCID: PMC4028196.

206. Li Y, Thompson CM, Lipsitch M. A modified Janus cassette (Sweet Janus) to improve allelic replacement efficiency by high-stringency negative selection in Streptococcus pneumoniae. PLoS One. 2014 Jun 24;9(6):e100510. doi: 10.1371/journal.pone.0100510. PMID: 24959661; PMCID: PMC4068995.

207. Ascioglu S, Samore MH, Lipsitch M. A new approach to the analysis of antibiotic resistance data from hospitals. Microb Drug Resist. 2014 Dec;20(6):583-90. doi: 10.1089/mdr.2013.0173. PMID: 25055133.

208. Johnson SR, Grad Y, Ganakammal SR, Burroughs M, Frace M, Lipsitch M, Weil R, Trees D. In Vitro selection of Neisseria gonorrhoeae mutants with elevated MIC values and increased resistance to cephalosporins. Antimicrob Agents Chemother. 2014 Nov;58(11):6986-9. doi: 10.1128/AAC.03082-14. Epub 2014 Sep 8. PMID: 25199775; PMCID: PMC4249396.

209. Jacobs JH, Viboud C, Tchetgen ET, Schwartz J, Steiner C, Simonsen L, Lipsitch M. The association of meningococcal disease with influenza in the United States, 1989-2009. PLoS One. 2014 Sep 29;9(9):e107486. doi: 10.1371/journal.pone.0107486. PMID: 25265409; PMCID: PMC4180274.

210. Russell CA, Kasson PM, Donis RO, Riley S, Dunbar J, Rambaut A, Asher J, Burke S, Davis CT, Garten RJ, Gnanakaran S, Hay SI, Herfst S, Lewis NS, Lloyd-Smith JO, Macken CA, Maurer-Stroh S, Neuhaus E, Parrish CR, Pepin KM, Shepard SS, Smith DL, Suarez DL, Trock SC, Widdowson MA, George DB, Lipsitch M, Bloom JD. Improving pandemic influenza risk assessment. Elife. 2014 Oct 16;3:e03883. doi: 10.7554/eLife.03883. PMID: 25321142; PMCID: PMC4199076.

211. Worby CJ, Chang HH, Hanage WP, Lipsitch M. The distribution of pairwise genetic distances: a tool for investigating disease transmission. Genetics. 2014 Dec;198(4):1395-404. doi: 10.1534/genetics.114.171538. Epub 2014 Oct 13. PMID: 25313129; PMCID: PMC4256759.

212. Grad YH, Lipsitch M. Epidemiologic data and pathogen genome sequences: a powerful synergy for public health. Genome Biol. 2014 Nov 18;15(11):538. doi: 10.1186/s13059-014-0538-4. PMID: 25418119; PMCID: PMC4282151.

213. Abel S, Abel zur Wiesch P, Chang HH, Davis BM, Lipsitch M, Waldor MK. Sequence tag-based analysis of microbial population dynamics. Nat Methods. 2015 Mar;12(3):223-6, 3 p following 226. doi: 10.1038/nmeth.3253. Epub 2015 Jan 19. PMID: 25599549; PMCID: PMC4344388.

214. Lipsitch M, Inglesby TV. Reply to "Studies on influenza virus transmission between ferrets: the public health risks revisited". mBio. 2015 Jan 23;6(1):e00041-15. doi: 10.1128/mBio.00041-15. PMID: 25616376; PMCID: PMC4323416.

215. Lipsitch M, Inglesby TV. Moratorium on research intended to create novel potential pandemic pathogens. mBio. 2014 Dec 12;5(6):e02366-14. doi: 10.1128/mBio.02366-14. Erratum in: MBio. 2015;6(1). pii: e02534-14. doi: 10.1128/mBio.02534-14. PMID: 25505122; PMCID: PMC4271556.

216. Chang Q, Stevenson AE, Croucher NJ, Lee GM, Pelton SI, Lipsitch M, Finkelstein JA, Hanage WP. Stability of the pneumococcal population structure in Massachusetts as PCV13 was introduced. BMC Infect Dis. 2015 Feb 18;15:68. doi: 10.1186/s12879-015-0797-z. PMID: 25887323; PMCID: PMC4336693.

217. Chang HH, Cohen T, Grad YH, Hanage WP, O'Brien TF, Lipsitch M. Origin and proliferation of multiple-drug resistance in bacterial pathogens. Microbiol Mol Biol Rev. 2015 Mar;79(1):101-16. doi: 10.1128/MMBR.00039-14. PMID: 25652543; PMCID: PMC4402963.

218. Croucher NJ, Kagedan L, Thompson CM, Parkhill J, Bentley SD, Finkelstein JA, Lipsitch M, Hanage WP. Selective and genetic constraints on pneumococcal serotype switching. PLoS Genet. 2015 Mar 31;11(3):e1005095. doi: 10.1371/journal.pgen.1005095. PMID: 25826208; PMCID: PMC4380333.

219. Yang W, Lipsitch M, Shaman J. Inference of seasonal and pandemic influenza transmission dynamics. Proc Natl Acad Sci U S A. 2015 Mar 3;112(9):2723-8. doi: 10.1073/pnas.1415012112. Epub 2015 Feb 17. PMID: 25730851; PMCID: PMC4352784.

220. Lipsitch M, Eyal N, Halloran ME, Hernán MA, Longini IM, Perencevich EN, Grais RF. Ebola and beyond. Science. 2015 Apr 3;348(6230):46-8. doi: 10.1126/science.aaa3178. PMID: 25838371; PMCID: PMC4408019.

221. Li Y, Croucher NJ, Thompson CM, Trzciński K, Hanage WP, Lipsitch M. Identification of pneumococcal colonization determinants in the stringent response pathway facilitated by genomic diversity. BMC Genomics. 2015 May 9;16(1):369. doi: 10.1186/s12864-015-1573-6. PMID: 25956132; PMCID: PMC4424882.

222. Chang Q, Wang W, Regev-Yochay G, Lipsitch M, Hanage WP. Antibiotics in agriculture and the risk to human health: how worried should we be? Evol Appl. 2015 Mar;8(3):240-7. doi: 10.1111/eva.12185. Epub 2014 Aug 2. PMID: 25861382; PMCID: PMC4380918.

223. Kunkel A, Colijn C, Lipsitch M, Cohen T. How could preventive therapy affect the prevalence of drug resistance? Causes and consequences. Philos Trans R Soc Lond B Biol Sci. 2015 Jun 5;370(1670):20140306. doi: 10.1098/rstb.2014.0306. PMID: 25918446; PMCID: PMC4424438.

224. Mitchell PK, Lipsitch M, Hanage WP. Carriage burden, multiple colonization and antibiotic pressure promote emergence of resistant vaccine escape pneumococci. Philos Trans R Soc Lond B Biol Sci. 2015 Jun 5;370(1670):20140342. doi: 10.1098/rstb.2014.0342. PMID: 25918447; PMCID: PMC4424439.

225. Goldstein E, Greene SK, Olson DR, Hanage WP, Lipsitch M. Estimating the hospitalization burden associated with influenza and respiratory syncytial virus in New York City, 2003-2011. Influenza Other Respir Viruses. 2015 Sep;9(5):225-33. doi: 10.1111/irv.12325. PMID: 25980600; PMCID: PMC4548992.

226. Worby CJ, Chaves SS, Wallinga J, Lipsitch M, Finelli L, Goldstein E. On the relative role of different age groups in influenza epidemics. Epidemics. 2015 Dec;13:10-16. doi: 10.1016/j.epidem.2015.04.003. PMID: 26097505; PMCID: PMC4469206.

227. Lipsitch M, Donnelly CA, Fraser C, Blake IM, Cori A, Dorigatti I, Ferguson NM, Garske T, Mills HL, Riley S, Van Kerkhove MD, Hernán MA. Potential Biases in Estimating Absolute and Relative Case-Fatality Risks during Outbreaks. PLoS Negl Trop Dis. 2015 Jul 16;9(7):e0003846. doi: 10.1371/journal.pntd.0003846. PMID: 26181387; PMCID: PMC4504518. **Awarded 2nd Prize for Publication with Impact on the Field in 2015-6 by International Society for Disease Surveillance.**

228. Evans NG, Lipsitch M, Levinson M. The ethics of biosafety considerations in gain-of-function research resulting in the creation of potential pandemic pathogens. J Med Ethics. 2015 Nov;41(11):901-8. doi: 10.1136/medethics-2014-102619. Epub 2015 Aug 28. PMID: 26320212; PMCID: PMC4623968.

229. Worby CJ, Kenyon C, Lynfield R, Lipsitch M, Goldstein E. Examining the role of different age groups, and of vaccination during the 2012 Minnesota pertussis

outbreak. Sci Rep. 2015 Aug 17;5:13182. doi: 10.1038/srep13182. PMID: 26278132; PMCID: PMC4538373.

230. Trzciński K, Li Y, Weinberger DM, Thompson CM, Cordy D, Bessolo A, Malley R, Lipsitch M. Effect of Serotype on Pneumococcal Competition in a Mouse Colonization Model. mBio. 2015 Sep 15;6(5):e00902-15. doi: 10.1128/mBio.00902-15. PMID: 26374118; PMCID: PMC4600102.

231. Althouse BM, Scarpino SV, Meyers LA, Ayers JW, Bargsten M, Baumbach J, Brownstein JS, Castro L, Clapham H, Cummings DA, Del Valle S, Eubank S, Fairchild G, Finelli L, Generous N, George D, Harper DR, Hébert-Dufresne L, Johansson MA, Konty K, Lipsitch M, Milinovich G, Miller JD, Nsoesie EO, Olson DR, Paul M, Polgreen PM, Priedhorsky R, Read JM, Rodríguez-Barraquer I, Smith DJ, Stefansen C, Swerdlow DL, Thompson D, Vespignani A, Wesolowski A. Enhancing disease surveillance with novel data streams: challenges and opportunities. EPJ Data Sci. 2015;4(1):17. doi: 10.1140/epjds/s13688-015-0054-0. Epub 2015 Oct 16. PMID: 27990325; PMCID: PMC5156315.

232. Chang Q, Lipsitch M, Hanage WP. Impact of Host Heterogeneity on the Efficacy of Interventions to Reduce Staphylococcus aureus Carriage. Infect Control Hosp Epidemiol. 2016 Feb;37(2):197-204. doi: 10.1017/ice.2015.269. Epub 2015 Nov 24. Erratum in: Infect Control Hosp Epidemiol. 2016 Feb;37(2):244. PMID: 26598029; PMCID: PMC4760641.

233. Grad YH, Goldstein E, Lipsitch M, White PJ. Improving Control of Antibiotic-Resistant Gonorrhea by Integrating Research Agendas Across Disciplines: Key Questions Arising From Mathematical Modeling. J Infect Dis. 2016 Mar 15;213(6):883-90. doi: 10.1093/infdis/jiv517. Epub 2015 Oct 30. PMID: 26518045; PMCID: PMC4760416.

234. García-Albéniz X, Hsu J, Lipsitch M, Logan RW, Hernández-Díaz S, Hernán MA. Infective endocarditis and cancer in the elderly. Eur J Epidemiol. 2016 Jan;31(1):41-9. doi: 10.1007/s10654-015-0111-9. Epub 2015 Dec 18. PMID: 26683995; PMCID: PMC5354127.

235. Chang HH, Dordel J, Donker T, Worby CJ, Feil EJ, Hanage WP, Bentley SD, Huang SS, Lipsitch M. Identifying the effect of patient sharing on between-hospital genetic differentiation of methicillin-resistant Staphylococcus aureus. Genome Med. 2016 Feb 13;8(1):18. doi: 10.1186/s13073-016-0274-3. PMID: 26873713; PMCID: PMC4752745.

236. Lipsitch M, Siber GR. How Can Vaccines Contribute to Solving the Antimicrobial Resistance Problem? mBio. 2016 Jun 7;7(3):e00428-16. doi: 10.1128/mBio.00428-16. PMID: 27273824; PMCID: PMC4959668.

237. Lipsitch M, Evans NG, Cotton-Barratt O. Underprotection of Unpredictable Statistical Lives Compared to Predictable Ones. Risk Anal. 2017 May;37(5):893-904. doi: 10.1111/risa.12658. Epub 2016 Jul 9. PMID: 27393181; PMCID: PMC5222861.

238. Lipsitch M, Jha A, Simonsen L. Observational studies and the difficult quest for causality: lessons from vaccine effectiveness and impact studies. Int J Epidemiol. 2016 Dec 1;45(6):2060-2074. doi: 10.1093/ije/dyw124. PMID: 27453361; PMCID: PMC5841615.

239. Abuelezam NN, McCormick AW, Fussell T, Afriyie AN, Wood R, DeGruttola V, Freedberg KA, Lipsitch M, Seage GR 3rd. Can the Heterosexual HIV Epidemic be Eliminated in South Africa Using Combination Prevention? A Modeling Analysis. Am J Epidemiol. 2016 Aug 1;184(3):239-48. doi: 10.1093/aje/kwv344. Epub 2016 Jul 13. PMID: 27416841; PMCID: PMC4967594.

240. García-Albéniz X, Hsu J, Lipsitch M, Bretthauer M, Logan RW, Hernández-Díaz S, Hernán MA. Colonoscopy and Risk of Infective Endocarditis in the Elderly. J Am Coll Cardiol. 2016 Aug 2;68(5):570-571. doi: 10.1016/j.jacc.2016.05.041. PMID: 27470461; PMCID: PMC5287292.

241. Lipsitch M, Cowling BJ. Zika vaccine trials. Science. 2016 Sep 9;353(6304):1094-5. doi: 10.1126/science.aai8126. PMID: 27609872.

242. Grad YH, Harris SR, Kirkcaldy RD, Green AG, Marks DS, Bentley SD, Trees D, Lipsitch M. Genomic Epidemiology of Gonococcal Resistance to Extended-Spectrum Cephalosporins, Macrolides, and Fluoroquinolones in the United States, 2000-2013. J Infect Dis. 2016 Nov 15;214(10):1579-1587. doi: 10.1093/infdis/jiw420. Epub 2016 Sep 16. PMID: 27638945; PMCID: PMC5091375. **Nominee, Charles R. Shepard Science Award, CDC.**

243. Goldstein E, Pitzer VE, O'Hagan JJ, Lipsitch M. Temporally Varying Relative Risks for Infectious Diseases: Implications for Infectious Disease Control. Epidemiology. 2017 Jan;28(1):136-144. doi: 10.1097/EDE.0000000000000571. PMID: 27748685; PMCID: PMC5131868.

244. Wu JT, Peak CM, Leung GM, Lipsitch M. Fractional dosing of yellow fever vaccine to extend supply: a modelling study. Lancet. 2016 Dec 10;388(10062):2904-2911. doi: 10.1016/S0140-6736(16)31838-4. Epub 2016 Nov 10. PMID: 27837923; PMCID: PMC5161610.

245. Lipsitch M, Barclay W, Raman R, Russell CJ, Belser JA, Cobey S, Kasson PM, Lloyd-Smith JO, Maurer-Stroh S, Riley S, Beauchemin CA, Bedford T, Friedrich TC, Handel A, Herfst S, Murcia PR, Roche B, Wilke CO, Russell CA. Viral factors in influenza pandemic risk assessment. Elife. 2016 Nov 11;5:e18491. doi: 10.7554/eLife.18491. PMID: 27834632; PMCID: PMC5156527.

246. Leung K, Lipsitch M, Yuen KY, Wu JT. Monitoring the fitness of antiviral-resistant influenza strains during an epidemic: a mathematical modelling study. Lancet Infect Dis. 2017 Mar;17(3):339-347. doi: 10.1016/S1473-3099(16)30465-0. Epub 2016 Dec 1. PMID: 27914853; PMCID: PMC5470942.

247. Croucher NJ, Campo JJ, Le TQ, Liang X, Bentley SD, Hanage WP, Lipsitch M. Diverse evolutionary patterns of pneumococcal antigens identified by pangenome-wide immunological screening. Proc Natl Acad Sci U S A. 2017 Jan 17;114(3):E357-E366. doi: 10.1073/pnas.1613937114. Epub 2017 Jan 4. PMID: 28053228; PMCID: PMC5255586.

248. Lehtinen S, Blanquart F, Croucher NJ, Turner P, Lipsitch M, Fraser C. Evolution of antibiotic resistance is linked to any genetic mechanism affecting bacterial duration of carriage. Proc Natl Acad Sci U S A. 2017 Jan 31;114(5):1075-1080. doi: 10.1073/pnas.1617849114. Epub 2017 Jan 17. PMID: 28096340; PMCID: PMC5293062.

249. Azarian T, Grant LR, Georgieva M, Hammitt LL, Reid R, Bentley SD, Goldblatt D, Santosham M, Weatherholtz R, Burbidge P, Goklish N, Thompson CM, Hanage WP, O'Brien KL, Lipsitch M. Association of Pneumococcal Protein Antigen Serology With Age and Antigenic Profile of Colonizing Isolates. J Infect Dis. 2017 Mar 1;215(5):713-722. doi: 10.1093/infdis/jiw628. PMID: 28035010; PMCID: PMC6005115.

250. Hitchings MD, Grais RF, Lipsitch M. Using simulation to aid trial design: Ring-vaccination trials. PLoS Negl Trop Dis. 2017 Mar 22;11(3):e0005470. doi: 10.1371/journal.pntd.0005470. PMID: 28328984; PMCID: PMC5378415.

251. McCormick AW, Abuelezam NN, Fussell T, Seage GR 3rd, Lipsitch M. Displacement of sexual partnerships in trials of sexual behavior interventions: A model-based assessment of consequences. Epidemics. 2017 Sep;20:94-101.

doi: 10.1016/j.epidem.2017.03.007. Epub 2017 Apr 2. PMID: 28416219; PMCID: PMC5610917.

252.    Eyal N, Lipsitch M. Vaccine testing for emerging infections: the case for individual randomisation. J Med Ethics. 2017 Sep;43(9):625-631. doi: 10.1136/medethics-2015-103220. Epub 2017 Apr 10. PMID: 28396558; PMCID: PMC5577361.

253.    Worby CJ, Wallinga J, Lipsitch M, Goldstein E. Population effect of influenza vaccination under co-circulation of non-vaccine variants and the case for a bivalent A/H3N2 vaccine component. Epidemics. 2017 Jun;19:74-82. doi: 10.1016/j.epidem.2017.02.008. Epub 2017 Feb 21. PMID: 28262588; PMCID: PMC5533618.

254.    Cobey S, Baskerville EB, Colijn C, Hanage W, Fraser C, Lipsitch M. Host population structure and treatment frequency maintain balancing selection on drug resistance. J R Soc Interface. 2017 Aug;14(133):20170295. doi: 10.1098/rsif.2017.0295. PMID: 28835542; PMCID: PMC5582124.

255.    Lipsitch M, Eyal N. Improving vaccine trials in infectious disease emergencies. Science. 2017 Jul 14;357(6347):153-156. doi: 10.1126/science.aam8334. PMID: 28706038; PMCID: PMC5568786.

256.    Corander J, Fraser C, Gutmann MU, Arnold B, Hanage WP, Bentley SD, Lipsitch M, Croucher NJ. Frequency-dependent selection in vaccine-associated pneumococcal population dynamics. Nat Ecol Evol. 2017 Dec;1(12):1950-1960. doi: 10.1038/s41559-017-0337-x. Epub 2017 Oct 16. PMID: 29038424; PMCID: PMC5708525.

257.    Lee GM, Kleinman K, Pelton S, Lipsitch M, Huang SS, Lakoma M, Dutta-Linn M, Rett M, Hanage WP, Finkelstein JA. Immunization, Antibiotic Use, and Pneumococcal Colonization Over a 15-Year Period. Pediatrics. 2017 Nov;140(5):e20170001. doi: 10.1542/peds.2017-0001. Epub 2017 Oct 4. PMID: 28978716; PMCID: PMC5654389.

258.    Langwig KE, Wargo AR, Jones DR, Viss JR, Rutan BJ, Egan NA, Sá-Guimarães P, Kim MS, Kurath G, Gomes MGM, Lipsitch M. Vaccine Effects on Heterogeneity in Susceptibility and Implications for Population Health Management. mBio. 2017 Nov 21;8(6):e00796-17. doi: 10.1128/mBio.00796-17. PMID: 29162706; PMCID: PMC5698548.

259.    Lewnard JA, Givon-Lavi N, Weinberger DM, Lipsitch M, Dagan R. Pan-serotype Reduction in Progression of Streptococcus pneumoniae to Otitis Media After Rollout of Pneumococcal Conjugate Vaccines. Clin Infect Dis. 2017 Nov 13;65(11):1853-1861. doi: 10.1093/cid/cix673. PMID: 29020218; PMCID: PMC6248775.

260.    Goldstein E, Nguyen HH, Liu P, Viboud C, Steiner CA, Worby CJ, Lipsitch M. On the Relative Role of Different Age Groups During Epidemics Associated With Respiratory Syncytial Virus. J Infect Dis. 2018 Jan 4;217(2):238-244. doi: 10.1093/infdis/jix575. PMID: 29112722; PMCID: PMC5853559.

261.    Masala GL, Lipsitch M, Bottomley C, Flasche S. Exploring the role of competition induced by non-vaccine serotypes for herd protection following pneumococcal vaccination. J R Soc Interface. 2017 Nov;14(136):20170620. doi: 10.1098/rsif.2017.0620. PMID: 29093131; PMCID: PMC5721164.

262.    Kahn R, Hitchings M, Bellan S, Lipsitch M. Impact of stochastically generated heterogeneity in hazard rates on individually randomized vaccine efficacy trials. Clin Trials. 2018 Apr;15(2):207-211. doi: 10.1177/1740774517752671. Epub 2018 Jan 27. PMID: 29374974; PMCID: PMC5891371.

263.    Halloran ME, Auranen K, Baird S, Basta NE, Bellan SE, Brookmeyer R, Cooper BS, DeGruttola V, Hughes JP, Lessler J, Lofgren ET, Longini IM, Onnela JP,

Özler B, Seage GR, Smith TA, Vespignani A, Vynnycky E, Lipsitch M. Simulations for designing and interpreting intervention trials in infectious diseases. BMC Med. 2017 Dec 29;15(1):223. doi: 10.1186/s12916-017-0985-3. PMID: 29287587; PMCID: PMC5747936.

264.   Lipsitch M, Li LM, Patterson S, Trammel J, Juergens C, Gruber WC, Scott DA, Dagan R. Serotype-specific immune responses to pneumococcal conjugate vaccine among children are significantly correlated by individual: Analysis of randomized controlled trial data. Vaccine. 2018 Jan 25;36(4):473-478. doi: 10.1016/j.vaccine.2017.12.015. Epub 2017 Dec 14. PMID: 29248266; PMCID: PMC5767551.

265.   Arnold BJ, Gutmann MU, Grad YH, Sheppard SK, Corander J, Lipsitch M, Hanage WP. Weak Epistasis May Drive Adaptation in Recombining Bacteria. Genetics. 2018 Mar;208(3):1247-1260. doi: 10.1534/genetics.117.300662. Epub 2018 Jan 12. PMID: 29330348; PMCID: PMC5844334.

266.   Hitchings MDT, Lipsitch M, Wang R, Bellan SE. Competing Effects of Indirect Protection and Clustering on the Power of Cluster-Randomized Controlled Vaccine Trials. Am J Epidemiol. 2018 Aug 1;187(8):1763-1771. doi: 10.1093/aje/kwy047. PMID: 29522080; PMCID: PMC6070038.

267.   Worby CJ, Lipsitch M, Hanage WP. Shared Genomic Variants: Identification of Transmission Routes Using Pathogen Deep-Sequence Data. Am J Epidemiol. 2017 Nov 15;186(10):1209-1216. doi: 10.1093/aje/kwx182. PMID: 29149252; PMCID: PMC5860558. **Selected as one of the 2017 Articles of the Year, *The American Journal of Epidemiology.***

268.   Johansson MA, Reich NG, Meyers LA, Lipsitch M. Preprints: An underutilized mechanism to accelerate outbreak science. PLoS Med. 2018 Apr 3;15(4):e1002549. doi: 10.1371/journal.pmed.1002549. PMID: 29614073; PMCID: PMC5882117.

269.   Azarian T, Grant LR, Arnold BJ, Hammitt LL, Reid R, Santosham M, Weatherholtz R, Goklish N, Thompson CM, Bentley SD, O'Brien KL, Hanage WP, Lipsitch M. The impact of serotype-specific vaccination on phylodynamic parameters of Streptococcus pneumoniae and the pneumococcal pan-genome. PLoS Pathog. 2018 Apr 4;14(4):e1006966. doi: 10.1371/journal.ppat.1006966. PMID: 29617440; PMCID: PMC5902063.

270.   Goldstein E, Worby CJ, Lipsitch M. On the Role of Different Age Groups and Pertussis Vaccines During the 2012 Outbreak in Wisconsin. Open Forum Infect Dis. 2018 Apr 16;5(5):ofy082. doi: 10.1093/ofid/ofy082. PMID: 29942818; PMCID: PMC5961225.

271.   Blanquart F, Lehtinen S, Lipsitch M, Fraser C. The evolution of antibiotic resistance in a structured host population. J R Soc Interface. 2018 Jun;15(143):20180040. doi: 10.1098/rsif.2018.0040. PMID: 29925579; PMCID: PMC6030642.

272.   Lewnard JA, Tähtinen PA, Laine MK, Lindholm L, Jalava J, Huovinen P, Lipsitch M, Ruohola A. Impact of Antimicrobial Treatment for Acute Otitis Media on Carriage Dynamics of Penicillin-Susceptible and Penicillin-Nonsusceptible Streptococcus pneumoniae. J Infect Dis. 2018 Sep 22;218(9):1356-1366. doi: 10.1093/infdis/jiy343. PMID: 29873739; PMCID: PMC6151080.

273.   Olesen SW, Barnett ML, MacFadden DR, Lipsitch M, Grad YH. Trends in outpatient antibiotic use and prescribing practice among US older adults, 2011-15: observational study. BMJ. 2018 Jul 27;362:k3155. doi: 10.1136/bmj.k3155. PMID: 30054353; PMCID: PMC6062849.

274. Kahn R, Rid A, Smith PG, Eyal N, Lipsitch M. Choices in vaccine trial design in epidemics of emerging infections. PLoS Med. 2018 Aug 7;15(8):e1002632. doi: 10.1371/journal.pmed.1002632. PMID: 30086139; PMCID: PMC6080746.

275. Eyal N, Lipsitch M, Bärnighausen T, Wikler D. Opinion: Risk to study nonparticipants: A procedural approach. Proc Natl Acad Sci U S A. 2018 Aug 7;115(32):8051-8053. doi: 10.1073/pnas.1810920115. PMID: 30087210; PMCID: PMC6094093.

276. Cai FY, Fussell T, Cobey S, Lipsitch M. Use of an individual-based model of pneumococcal carriage for planning a randomized trial of a whole-cell vaccine. PLoS Comput Biol. 2018 Oct 1;14(10):e1006333. doi: 10.1371/journal.pcbi.1006333. PMID: 30273332; PMCID: PMC6181404.

277. Lewnard JA, Tedijanto C, Cowling BJ, Lipsitch M. Measurement of Vaccine Direct Effects Under the Test-Negative Design. Am J Epidemiol. 2018 Dec 1;187(12):2686-2697. doi: 10.1093/aje/kwy163. PMID: 30099505; PMCID: PMC6269249.

278. Relman DA, Lipsitch M. Microbiome as a tool and a target in the effort to address antimicrobial resistance. Proc Natl Acad Sci U S A. 2018 Dec 18;115(51):12902-12910. doi: 10.1073/pnas.1717163115. PMID: 30559176; PMCID: PMC6304941.

279. Tedijanto C, Olesen SW, Grad YH, Lipsitch M. Estimating the proportion of bystander selection for antibiotic resistance among potentially pathogenic bacterial flora. Proc Natl Acad Sci U S A. 2018 Dec 18;115(51):E11988-E11995. doi: 10.1073/pnas.1810840115. PMID: 30559213; PMCID: PMC6304942.

280. Sevilla JP, Bloom DE, Cadarette D, Jit M, Lipsitch M. Toward economic evaluation of the value of vaccines and other health technologies in addressing AMR. Proc Natl Acad Sci U S A. 2018 Dec 18;115(51):12911-12919. doi: 10.1073/pnas.1717161115. PMID: 30559203; PMCID: PMC6305008.

281. Campo JJ, Le TQ, Pablo JV, Hung C, Teng AA, Tettelin H, Tate A, Hanage WP, Alderson MR, Liang X, Malley R, Lipsitch M, Croucher NJ. Panproteome-wide analysis of antibody responses to whole cell pneumococcal vaccination. Elife. 2018 Dec 28;7:e37015. doi: 10.7554/eLife.37015. PMID: 30592459; PMCID: PMC6344088.

282. Olesen SW, Barnett ML, MacFadden DR, Brownstein JS, Hernández-Díaz S, Lipsitch M, Grad YH. The distribution of antibiotic use and its association with antibiotic resistance. Elife. 2018 Dec 18;7:e39435. doi: 10.7554/eLife.39435. PMID: 30560781; PMCID: PMC6307856.

283. Georgieva M, Buckee CO, Lipsitch M. Models of immune selection for multi-locus antigenic diversity of pathogens. Nat Rev Immunol. 2019 Jan;19(1):55-62. doi: 10.1038/s41577-018-0092-5. PMID: 30479379; PMCID: PMC6352731.

284. Abuelezam NN, McCormick AW, Surface ED, Fussell T, Freedberg KA, Lipsitch M, Seage GR. Modelling the epidemiologic impact of achieving UNAIDS fast-track 90-90-90 and 95-95-95 targets in South Africa. Epidemiol Infect. 2019 Jan;147:e122. doi: 10.1017/S0950268818003497. PMID: 30869008; PMCID: PMC6452860.

285. Mahmud AS, Lipsitch M, Goldstein E. On the role of different age groups during pertussis epidemics in California, 2010 and 2014. Epidemiol Infect. 2019 Jan;147:e184. doi: 10.1017/S0950268819000761. PMID: 31063110; PMCID: PMC6518560.

286. Olesen SW, Torrone EA, Papp JR, Kirkcaldy RD, Lipsitch M, Grad YH. Azithromycin Susceptibility Among Neisseria gonorrhoeae Isolates and Seasonal Macrolide Use. J Infect Dis. 2019 Jan 29;219(4):619-623. doi: 10.1093/infdis/jiy551. PMID: 30239814; PMCID: PMC6350947.

287. Gallagher T, Lipsitch M. Postexposure Effects of Vaccines on Infectious Diseases. Epidemiol Rev. 2019 Jan 31;41(1):13-27. doi: 10.1093/epirev/mxz014. PMID: 31680134; PMCID: PMC7159179.

288. Kahn R, Hitchings M, Wang R, Bellan SE, Lipsitch M. Analyzing Vaccine Trials in Epidemics With Mild and Asymptomatic Infection. Am J Epidemiol. 2019 Feb 1;188(2):467-474. doi: 10.1093/aje/kwy239. PMID: 30329134; PMCID: PMC6357804.

289. Mitchell PK, Azarian T, Croucher NJ, Callendrello A, Thompson CM, Pelton SI, Lipsitch M, Hanage WP. Population genomics of pneumococcal carriage in Massachusetts children following introduction of PCV-13. Microb Genom. 2019 Feb;5(2):e000252. doi: 10.1099/mgen.0.000252. Epub 2019 Feb 19. PMID: 30777813; PMCID: PMC6421351.

290. Langwig KE, Gomes MGM, Clark MD, Kwitny M, Yamada S, Wargo AR, Lipsitch M. Limited available evidence supports theoretical predictions of reduced vaccine efficacy at higher exposure dose. Sci Rep. 2019 Mar 1;9(1):3203. doi: 10.1038/s41598-019-39698-x. PMID: 30824732; PMCID: PMC6397254.

291. Yang A, Cai F, Lipsitch M. Herd immunity alters the conditions for performing dose schedule comparisons: an individual-based model of pneumococcal carriage. BMC Infect Dis. 2019 Mar 5;19(1):227. doi: 10.1186/s12879-019-3833-6. PMID: 30836941; PMCID: PMC6402138.

292. Hitchings MDT, Coldiron ME, Grais RF, Lipsitch M. Analysis of a meningococcal meningitis outbreak in Niger - potential effectiveness of reactive prophylaxis. PLoS Negl Trop Dis. 2019 Mar 11;13(3):e0007077. doi: 10.1371/journal.pntd.0007077. PMID: 30856166; PMCID: PMC6428357.

293. Ray GT, Lewis N, Klein NP, Daley MF, Lipsitch M, Fireman B. Depletion-of-susceptibles Bias in Analyses of Intra-season Waning of Influenza Vaccine Effectiveness. Clin Infect Dis. 2020 Mar 17;70(7):1484-1486. doi: 10.1093/cid/ciz706. PMID: 31351439; PMCID: PMC7318775.

294. Lehtinen S, Blanquart F, Lipsitch M, Fraser C; with the Maela Pneumococcal Collaboration. On the evolutionary ecology of multidrug resistance in bacteria. PLoS Pathog. 2019 May 13;15(5):e1007763. doi: 10.1371/journal.ppat.1007763. PMID: 31083687; PMCID: PMC6532944.

295. McAdams D, Wollein Waldetoft K, Tedijanto C, Lipsitch M, Brown SP. Resistance diagnostics as a public health tool to combat antibiotic resistance: A model-based evaluation. PLoS Biol. 2019 May 16;17(5):e3000250. doi: 10.1371/journal.pbio.3000250. PMID: 31095567; PMCID: PMC6522007.

296. MacFadden DR, Fisman DN, Hanage WP, Lipsitch M. The Relative Impact of Community and Hospital Antibiotic Use on the Selection of Extended-spectrum Beta-lactamase-producing Escherichia coli. Clin Infect Dis. 2019 Jun 18;69(1):182-188. doi: 10.1093/cid/ciy978. PMID: 30462185; PMCID: PMC6771767.

297. Goldstein E, MacFadden DR, Karaca Z, Steiner CA, Viboud C, Lipsitch M. Antimicrobial resistance prevalence, rates of hospitalization with septicemia and rates of mortality with sepsis in adults in different US states. Int J Antimicrob Agents. 2019 Jul;54(1):23-34. doi: 10.1016/j.ijantimicag.2019.03.004. Epub 2019 Mar 6. PMID: 30851403; PMCID: PMC6571064.

298. Goldstein E, Olesen SW, Karaca Z, Steiner CA, Viboud C, Lipsitch M. Levels of outpatient prescribing for four major antibiotic classes and rates of septicemia hospitalization in adults in different US states - a statistical analysis. BMC Public Health. 2019 Aug 19;19(1):1138. doi: 10.1186/s12889-019-7431-8. PMID: 31426780; PMCID: PMC6701127.

299. Lee RTC, Chang HH, Russell CA, Lipsitch M, Maurer-Stroh S. Influenza A Hemagglutinin Passage Bias Sites and Host Specificity Mutations. Cells. 2019 Aug 22;8(9):958. doi: 10.3390/cells8090958. PMID: 31443542; PMCID: PMC6770435.

300. Abuelezam NN, Reshef YA, Novak D, Grad YH, Seage Iii GR, Mayer K, Lipsitch M. Interaction Patterns of Men Who Have Sex With Men on a Geosocial Networking Mobile App in Seven United States Metropolitan Areas: Observational Study. J Med Internet Res. 2019 Sep 12;21(9):e13766. doi: 10.2196/13766. PMID: 31516124; PMCID: PMC6746104.

301. Eyal N, Kimmelman J, Holtzman LG, Lipsitch M. Regulating impact on bystanders in clinical trials: An unsettled frontier. Clin Trials. 2019 Oct;16(5):450-454. doi: 10.1177/1740774519862783. Epub 2019 Aug 1. PMID: 31368813; PMCID: PMC6742522.

302. Goldstein E, Finelli L, O'Halloran A, Liu P, Karaca Z, Steiner CA, Viboud C, Lipsitch M. Hospitalizations Associated with Respiratory Syncytial Virus and Influenza in Children, Including Children Diagnosed with Asthma. Epidemiology. 2019 Nov;30(6):918-926. doi: 10.1097/EDE.0000000000001092. PMID: 31469696; PMCID: PMC6768705.

303. Hicks AL, Kissler SM, Lipsitch M, Grad YH. Surveillance to maintain the sensitivity of genotype-based antibiotic resistance diagnostics. PLoS Biol. 2019 Nov 12;17(11):e3000547. doi: 10.1371/journal.pbio.3000547. PMID: 31714937; PMCID: PMC6874359.

304. Lipsitch M, Goldstein E, Ray GT, Fireman B. Depletion-of-susceptibles bias in influenza vaccine waning studies: how to ensure robust results. Epidemiol Infect. 2019 Nov 27;147:e306. doi: 10.1017/S0950268819001961. PMID: 31774051; PMCID: PMC7003633.

305. Knight GM, Davies NG, Colijn C, Coll F, Donker T, Gifford DR, Glover RE, Jit M, Klemm E, Lehtinen S, Lindsay JA, Lipsitch M, Llewelyn MJ, Mateus ALP, Robotham JV, Sharland M, Stekel D, Yakob L, Atkins KE. Mathematical modelling for antibiotic resistance control policy: do we know enough? BMC Infect Dis. 2019 Nov 29;19(1):1011. doi: 10.1186/s12879-019-4630-y. PMID: 31783803; PMCID: PMC6884858.

306. Ryu S, Cowling BJ, Wu P, Olesen S, Fraser C, Sun DS, Lipsitch M, Grad YH. Case-based surveillance of antimicrobial resistance with full susceptibility profiles. JAC Antimicrob Resist. 2019 Dec;1(3):dlz070. doi: 10.1093/jacamr/dlz070. Epub 2019 Dec 10. PMID: 32280945; PMCID: PMC7134534.

307. Chua H, Feng S, Lewnard JA, Sullivan SG, Blyth CC, Lipsitch M, Cowling BJ. The Use of Test-negative Controls to Monitor Vaccine Effectiveness: A Systematic Review of Methodology. Epidemiology. 2020 Jan;31(1):43-64. doi: 10.1097/EDE.0000000000001116. PMID: 31609860; PMCID: PMC6888869.

308. Tedijanto C, Grad YH, Lipsitch M. Potential impact of outpatient stewardship interventions on antibiotic exposures of common bacterial pathogens. Elife. 2020 Feb 5;9:e52307. doi: 10.7554/eLife.52307. PMID: 32022685; PMCID: PMC7025820.

309. Lipsitch M, Swerdlow DL, Finelli L. Defining the Epidemiology of Covid-19 - Studies Needed. N Engl J Med. 2020 Mar 26;382(13):1194-1196. doi: 10.1056/NEJMp2002125. Epub 2020 Feb 19. PMID: 32074416.

310. Kennedy-Shaffer L, de Gruttola V, Lipsitch M. Novel methods for the analysis of stepped wedge cluster randomized trials. Stat Med. 2020 Mar 30;39(7):815-844.

doi: 10.1002/sim.8451. Epub 2019 Dec 26. PMID: 31876979; PMCID: PMC7247054.

311.   Goldstein E, Lipsitch M. Temporal rise in the proportion of younger adults and older adolescents among coronavirus disease (COVID-19) cases following the introduction of physical distancing measures, Germany, March to April 2020. Euro Surveill. 2020 Apr;25(17):2000596. doi: 10.2807/1560-7917.ES.2020.25.17.2000596. PMID: 32372753; PMCID: PMC7201953.

312.   Wu JT, Leung K, Bushman M, Kishore N, Niehus R, de Salazar PM, Cowling BJ, Lipsitch M, Leung GM. Estimating clinical severity of COVID-19 from the transmission dynamics in Wuhan, China. Nat Med. 2020 Apr;26(4):506-510. doi: 10.1038/s41591-020-0822-7. Epub 2020 Mar 19. Erratum in: Nat Med. 2020 Jul;26(7):1149-1150. PMID: 32284616; PMCID: PMC7094929.

313.   McGough SF, Johansson MA, Lipsitch M, Menzies NA. Nowcasting by Bayesian Smoothing: A flexible, generalizable model for real-time epidemic tracking. PLoS Comput Biol. 2020 Apr 6;16(4):e1007735. doi: 10.1371/journal.pcbi.1007735. PMID: 32251464; PMCID: PMC7162546.

314.   MacFadden DR, Coburn B, Břinda K, Corbeil A, Daneman N, Fisman D, Lee RS, Lipsitch M, McGeer A, Melano RG, Mubareka S, Hanage WP. Using Genetic Distance from Archived Samples for the Prediction of Antibiotic Resistance in Escherichia coli. Antimicrob Agents Chemother. 2020 Apr 21;64(5):e02417-19. doi: 10.1128/AAC.02417-19. PMID: 32152083; PMCID: PMC7179619.

315.   Li R, Rivers C, Tan Q, Murray MB, Toner E, Lipsitch M. Estimated Demand for US Hospital Inpatient and Intensive Care Unit Beds for Patients With COVID-19 Based on Comparisons With Wuhan and Guangzhou, China. JAMA Netw Open. 2020 May 1;3(5):e208297. doi: 10.1001/jamanetworkopen.2020.8297. PMID: 32374400; PMCID: PMC7203604.

316.   Eyal N, Lipsitch M, Smith PG. Human Challenge Studies to Accelerate Coronavirus Vaccine Licensure. J Infect Dis. 2020 May 11;221(11):1752-1756. doi: 10.1093/infdis/jiaa152. PMID: 32232474; PMCID: PMC7184325.

317.   Lehtinen S, Chewapreecha C, Lees J, Hanage WP, Lipsitch M, Croucher NJ, Bentley SD, Turner P, Fraser C, Mostowy RJ. Horizontal gene transfer rate is not the primary determinant of observed antibiotic resistance frequencies in Streptococcus pneumoniae. Sci Adv. 2020 May 20;6(21):eaaz6137. doi: 10.1126/sciadv.aaz6137. PMID: 32671212; PMCID: PMC7314567.

318.   Kissler SM, Tedijanto C, Goldstein E, Grad YH, Lipsitch M. Projecting the transmission dynamics of SARS-CoV-2 through the postpandemic period. Science. 2020 May 22;368(6493):860-868. doi: 10.1126/science.abb5793. Epub 2020 Apr 14. PMID: 32291278; PMCID: PMC7164482.

319.   Lipsitch M. Good science is good science: we need specialists, not sects. Eur J Epidemiol. 2020 Jun;35(6):519-522. doi: 10.1007/s10654-020-00651-2. Epub 2020 Jun 20. PMID: 32564181; PMCID: PMC7305476.

320.   Flasche S, Lipsitch M, Ojal J, Pinsent A. Estimating the contribution of different age strata to vaccine serotype pneumococcal transmission in the pre vaccine era: a modelling study. BMC Med. 2020 Jun 10;18(1):129. doi: 10.1186/s12916-020-01601-1. PMID: 32517683; PMCID: PMC7285529.

321.   Hicks AL, Kissler SM, Mortimer TD, Ma KC, Taiaroa G, Ashcroft M, Williamson DA, Lipsitch M, Grad YH. Targeted surveillance strategies for efficient detection of novel antibiotic resistance variants. Elife. 2020 Jun 30;9:e56367. doi: 10.7554/eLife.56367. PMID: 32602459; PMCID: PMC7326491.

322.   De Salazar PM, Niehus R, Taylor A, Buckee CO, Lipsitch M. Identifying Locations with Possible Undetected Imported Severe Acute Respiratory

Syndrome Coronavirus 2 Cases by Using Importation Predictions. Emerg Infect Dis. 2020 Jul;26(7):1465-1469. doi: 10.3201/eid2607.200250. Epub 2020 Jun 21. PMID: 32207679; PMCID: PMC7323530.

323. Niehus R, De Salazar PM, Taylor AR, Lipsitch M. Using observational data to quantify bias of traveller-derived COVID-19 prevalence estimates in Wuhan, China. Lancet Infect Dis. 2020 Jul;20(7):803-808. doi: 10.1016/S1473-3099(20)30229-2. Epub 2020 Apr 1. PMID: 32246905; PMCID: PMC7270516.

324. Kennedy-Shaffer L, Lipsitch M. Statistical Properties of Stepped Wedge Cluster-Randomized Trials in Infectious Disease Outbreaks. Am J Epidemiol. 2020 Jul 10:kwaa141. doi: 10.1093/aje/kwaa141. Epub ahead of print. PMID: 32648891.

325. Eyal N, Lipsitch M. Opinion: It's ethical to test promising coronavirus vaccines against less-promising ones. Proc Natl Acad Sci U S A. 2020 Aug 11;117(32):18898-18901. doi: 10.1073/pnas.2014154117. Epub 2020 Jul 22. PMID: 32699147; PMCID: PMC7431044.

326. Peak CM, Kahn R, Grad YH, Childs LM, Li R, Lipsitch M, Buckee CO. Individual quarantine versus active monitoring of contacts for the mitigation of COVID-19: a modelling study. Lancet Infect Dis. 2020 Sep;20(9):1025-1033. doi: 10.1016/S1473-3099(20)30361-3. Epub 2020 May 20. PMID: 32445710; PMCID: PMC7239635.

327. Kahn R, Kennedy-Shaffer L, Grad YH, Robins JM, Lipsitch M. Potential Biases Arising from Epidemic Dynamics in Observational Seroprotection Studies. Am J Epidemiol. 2020 Sep 1:kwaa188. doi: 10.1093/aje/kwaa188. Epub ahead of print. PMID: 32870977; PMCID: PMC7499481.

328. Levinson M, Cevik M, Lipsitch M. Reopening Primary Schools during the Pandemic. N Engl J Med. 2020 Sep 3;383(10):981-985. doi: 10.1056/NEJMms2024920. Epub 2020 Jul 29. PMID: 32726550.

329. Messinger CJ, Lipsitch M, Bateman BT, He M, Huybrechts KF, MacDonald S, Mogun H, Mott K, Hernández-Díaz S. Association Between Congenital Cytomegalovirus and the Prevalence at Birth of Microcephaly in the United States. JAMA Pediatr. 2020 Sep 14:e203009. doi: 10.1001/jamapediatrics.2020.3009. Epub ahead of print. PMID: 32926077; PMCID: PMC7490747.

330. Lipsitch M, Grad YH, Sette A, Crotty S. Cross-reactive memory T cells and herd immunity to SARS-CoV-2. Nat Rev Immunol. 2020 Oct 6. doi: 10.1038/s41577-020-00460-4. Epub ahead of print. PMID: 33024281.

**Articles in Press**

1. Selection of Macrolide and Non-Macrolide Resistance with Mass Azithromycin Distribution: A Community-Randomized Trial. N Engl J Med. Forthcoming 2020.
2. Lipsitch M. COVID-19 vaccines: Understanding the details of how well they work. Science. Forthcoming 2020.

**Data Sets**

1. Croucher NJ, Finkelstein JA, Pelton SI, Parkhill J, Bentley SD, Lipsitch M, Hanage WP. Population genomic datasets describing the post-vaccine evolutionary epidemiology of Streptococcus pneumoniae. Sci Data. 2015 Oct

27;2:150058. doi: 10.1038/sdata.2015.58. eCollection 2015. PMID: 26528397; PMCID: PMC4622223.

## Preprints

1. Mooring EQ, Marks M, Mitja O, Castro M, Lipsitch M, Murray MB. Programmatic goals and spatial epidemiology influence the merit of targeted versus of population-wide interventions for yaws eradication. bioRxiv [Preprint]. 2019 May 17. doi.org/10.1101/640326

2. Luo W, Majumder MS, Liu D, Poirier C, Mandel KD, Lipsitch M, Santillana M. The role of absolute humidity on transmission rates of the COVID-19 outbreak. medRxiv. [Preprint]. 2020 Feb 17. doi.org/10.1101/2020.02.12.20022467

3. Niehus R, De Salazar PM, Taylor AR, Lipsitch M. Quantifying bias of COVID-19 prevalence and severity estimates in Wuhan, China that depend on reported cases in international travelers. medRxiv [Preprint]. 2020 Feb 18:2020.02.13.20022707. doi: 10.1101/2020.02.13.20022707. PMID: 32511442; PMCID: PMC7239063.

4. Azarian T, Martinez PP, Arnold BJ, Grant LR, Corander J, Fraser C, Croucher NJ, Hammitt LL, Reid R, Santosham M, Weatherholtz, RC, Bentley SD, O'Brien KL, Lipsitch M, Hanage WP. Predicting evolution using frequency-dependent selection in bacterial populations. bioRxiv [Preprint]. 2020 Feb 25. doi.org/10.1101/420315

5. Li R, Rivers C, Tan Q, Murray MB, Toner E, Lipsitch M. The demand for inpatient and ICU beds for COVID-19 in the US: lessons from Chinese cities. medRxiv [Preprint]. 2020 Mar 16:2020.03.09.20033241. doi: 10.1101/2020.03.09.20033241. PMID: 32511447; PMCID: PMC7239072.

6. Kissler SM, Tedijanto C, Lipsitch M, Grad Y. Social distancing strategies for curbing the COVID-19 epidemic. medRxiv [Preprint]. 2020 Mar 24: 2020.03.22.20041079v1. doi.org/10.1101/2020.03.22.20041079

7. Menkir TF, Chin T, Hay JA, Surface E, Martinez de Salazar P, Buckee C, Mina MJ, Khan K, Watts A, Lipsitch M, Niehus R. Estimating the number of undetected COVID-19 cases exported internationally from all of China. medRxiv [Preprint]. 2020 Mar 26:2020.03.23.20038331. doi: 10.1101/2020.03.23.20038331. PMID: 32511613; PMCID: PMC7276040.

8. Lu FS, Nguyen AT, Link NB, Lipsitch M, Santillana M. Estimating the Early Outbreak Cumulative Incidence of COVID-19 in the United States: Three Complementary Approaches. medRxiv [Preprint]. 2020 Jun 18:2020.04.18.20070821. doi: 10.1101/2020.04.18.20070821. PMID: 32587997; PMCID: PMC7310656.

9. Gostic KM, McGough L, Baskerville E, Abbott S, Joshi K, Tedijanto C, Kahn R, Niehus R, Hay JA, De Salazar PM, Hellewell J, Meakin S, Munday J, Bosse N, Sherratt K, Thompson RM, White LF, Huisman J, Scire J, Bonhoeffer S, Stadler T, Wallinga J, Funk S, Lipsitch M, Cobey S. Practical considerations for measuring the effective reproductive number, Rt. medRxiv [Preprint]. 2020 Jun 20:2020.06.18.20134858. doi: 10.1101/2020.06.18.20134858. PMID: 32607522; PMCID: PMC7325187.

10. Olesen SW, Lipsitch M, Grad Y. The role of "spillover" in antibiotic resistance. bioRxiv [Preprint]. 2020 Jun 30. doi.org/10.1101/536714

11. Martinez de Salazar P, Gomez-Barroso D, Pampaka D, Gil JM, Penalver B, Fernandez-Escobar C, Lipsitch M, Larrauri A, Goldstein E, Hernan M.

Lockdown measures and relative changes in the age-specific incidence of SARS-CoV-2 in Spain. medRxiv [Preprint]. 2020 Jul 2:2020.06.30.20143560. doi: 10.1101/2020.06.30.20143560. PMID: 32637975; PMCID: PMC7340201.

12. Goldstein E, Lipsitch M, Cevik M. On the effect of age on the transmission of SARS-CoV-2 in households, schools and the community. medRxiv [Preprint]. 2020 Jul 24:2020.07.19.20157362. doi: 10.1101/2020.07.19.20157362. PMID: 32743609; PMCID: PMC7386533.

13. Lu FS, Nguyen AT, Link NB, Lipsitch M, Santillana M. Estimating the Early Outbreak Cumulative Incidence of COVID-19 in the United States: Three Complementary Approaches. medRxiv [Preprint]. 2020 Jun 18:2020.04.18.20070821. doi: 10.1101/2020.04.18.20070821. PMID: 32587997; PMCID: PMC7310656.

14. Bubar KM, Kissler SM, Lipsitch M, Cobey S, Grad Y, Larremore DB. Model-informed COVID-19 vaccine prioritization strategies by age and serostatus. medRxiv [Preprint]. 2020 Sept 10. doi.org/10.1101/2020.09.08.20190629

15. Kahn R, Wang R, Leavitt S, Hanage WP, Lipsitch M. Leveraging pathogen sequence and contact tracing data to enhance vaccine trials in emerging epidemics. medRxiv [Preprint]. 2020 Sept 16. doi.org/10.1101/2020.09.14.20193789

16. Hay J, Kennedy-Shaffer L, Kanjilal S, Lipsitch M, Mina M. Estimating epidemiologic dynamics from single cross-sectional viral load distributions. Harvard DASH [Preprint]. 2020. https://nrs.harvard.edu/URN-3:HUL.INSTREPOS:37365444

17. de Kraker MEA and Lipsitch M. Burden of antimicrobial resistance: compared to what? Harvard DASH [Preprint]. 2020. https://nrs.harvard.edu/URN-3:HUL.INSTREPOS:37365584

18. Eyal N and Lipsitch M. Testing SARS-CoV-2 vaccine efficacy through deliberate natural viral exposure. Harvard DASH [Preprint]. 2020. https://nrs.harvard.edu/URN-3:HUL.INSTREPOS:37365585


**Other Publications**

(a)   Book Chapters

1. Lipsitch M, Levin BR.  1997.  The within-host population dynamics of anti-bacterial chemotherapy: conditions for the evolution of resistance.  Pp. 112-127 in Ciba Foundation Symposium No. 207: Antibiotic Resistance: Origins, Evolution, Selection and Spread.  Chichester, UK: John Wiley & Sons.

2. Bangham C, Anderson R, Baquero F, Bax R, Hastings I, Koella J, Lipsitch M, McLean A, Smith T, Taddei F, Levin B.  1999.  Evolution of infectious diseases: The impact of vaccines, drugs and social factors.  Chapter 13 (pp. 152-160) in Evolution in Health and Disease, ed. S.C. Stearns.  Oxford: Oxford University Press.

3. Lipsitch M, Bergstrom CT.  Modeling of antibiotic resistance in the ICU.  Chapter 18, pp. 231-43 in Infection Control in the ICU Environment, ed. R.A. Weinstein and M. Bonten.  Kluwer Press.  2002.

4. Lipsitch M.  Vaccination against Haemophilus influenzae and Streptococcus pneumoniae: a problem in virulence management.  Chapter 26 in Virulence Management: The Adaptive Dynamics of Pathogen-Host Interactions, ed. U.

Dieckmann, H. Metz, M.Sabelis & K. Sigmund.  Cambridge:  Cambridge University Press.  2002.

5.   Lipsitch M.  Antibiotic resistance: Strategies for managing resistance.  Vol. 1, pp. 57-61 in The Oxford Encyclopedia of Evolution, ed. M. Pagel.  Oxford University Press.  2002.

6.   Dagan R, Lipsitch M.  Ecological Effects of Vaccines and Antibiotics.  Chapter 18 in The Pneumococcus, ed. E. Tuomanen, T. Mitchell, D. Morrison, B. Spratt.  Washington, DC: ASM Press.  2004.

7.   Lipsitch M.  Infectious Disease Epidemiology.  Chapter 16 in Teaching Epidemiology, 3rd Edition, ed. J. Olsen, G. Saracci, D. Trichopoulos.  New York: Oxford University 2010.

8.   Chapter 16 in 4th Ed., ed. Olsen J, Greene N, Saracci G, Trichopoulos D.  New York: Oxford University 2015.

9.   Lipsitch M and Smith D. Application of quantitative modeling to influenza virus transmission dynamics, antigenic and genetic evolution, and molecular structure.  Chapter 27, pp. 434-452 in Webster R et al., eds. Textbook of Influenza. Oxford: Wiley-Blackwell. 2013.

10.   Lipsitch M. (2018) Why Do Exceptionally Dangerous Gain-of-Function Experiments in Influenza? In: Yamauchi Y. (eds) Influenza Virus. Methods in Molecular Biology, vol 1836. Humana Press, New York, NY doi: 10.1007/978-1-4939-8678-1_29. 2018

11.   Lipsitch M, Santillana M. Enhancing Situational Awareness to Prevent Infectious Disease Outbreaks from Becoming Catastrophic. Curr Top Microbiol Immunol. 2019 Jul 11. doi: 10.1007/82_2019_172. [Epub ahead of print] PubMed PMID: 31292726.

(b)   Non peer-reviewed journal articles and working papers and letters

12.   Levin BR, Antia R, Berliner E, Bloland P, Bonhoeffer S, Cohen M, DeRouin T, Fields PI, Jafari H, Jernigan D, Lipsitch M, McGowan JE, Mead P, Nowak M, Porco T, Sykora P, Simonsen L, Spitznagel J, Tauxe R, Tenover F.  1998. Resistance to antimicrobial chemotherapy: A prescription for research and action.  *American Journal of the Medical Sciences* 315: 87-94. PMID: 9472907.

13.   Lipsitch M.  Evolution in health and disease (meeting report).  Trends in Microbiology 1997; 5: 303-4. PMID: 9263405.

14.   Lipsitch M.  Fifty Years of Antimicrobials: Past Perspectives and Future Trends, ed. P.A. Hunter, G.K. Darby, and N.J. Russell. (review) *Quarterly Review of Biology* 1997; 71: 570-1.

15.   Lipsitch M.  Modelling the AIDS Epidemic: Planning, Policy and Prevention, ed. E.H. Kaplan and Margaret L. Brandeau. (review) *Quarterly Review of Biology* 1995; 70: 123.

16.   Lipsitch M. Microbiology: Bacterial Population Genetics and Disease.  *Science* 2001; 292:59-60. PMID: 11294216.

17.   Lipsitch M, Singer RS, Levin BR.  Antibiotics in Agriculture: When is it Time to Close the Barn Door*? Proceedings of the National Academy of Sciences, USA* 2002: 99:5752-4. PMID: 11983874. PMCID: PMC122845.

18.   Lipsitch M.  Antibiotic Resistance – the Interplay between Antibiotic Use in Animals and Human Beings (contribution to a "Forum").  *Lancet Infectious Diseases* 2003; 3: 51. PMID: 12505035.

19. Lipsitch M, Bergstrom CT.  Real-time tracking of control measures for emerging infections [commentary].  *American Journal of Epidemiology* 2004;160(6):517-9. PMID: 15353410.

20. Halloran ME, Lipsitch M.  Infectious disease modeling contributions to the American Journal of Epidemiology [commentary].  *American Journal of Epidemiology* 2005; 161: 997-8.

21. Lipsitch M. Pandemic flu: We are not prepared. *Medscape General Medicine*. 2005; 7(2). http://www.medscape.com/viewarticle/502709. PMID: 16369434. PMCID: PMC1681602.

22. Lipsitch M. Ethics of rationing the flu vaccine. [letter]. *Science*. 2005; 307(5706):41. PMID: 15637252.

23. Lipsitch M.  How Do Antimicrobial Agents Lead to Resistance in Pathogens Causing Acute Respiratory Tract Infections?  *Infectious Diseases in Clinical Practice* 2006; 14 Supp 4: S6-S10.

24. Goossens H, Lipsitch M.  Global Burden of Antimicrobial Resistance.  *Johns Hopkins Advanced Studies in Medicine* 2006; 6(7C): S644-S651.

25. Regev-Yochay G, Bogaert D, Malley R, Hermans PW, Veenhoven RH, Sanders EA, Lipsitch M, Rubinstein E.  Does pneumococcal conjugate vaccine influence Staphylococcus aureus carriage in children? [letter] *Clin Infect Dis.* 2008 Jul 15;47(2):289-91; author reply 291-2. PMID: 18564933.

26. Cohen T, Lipsitch M.  Too little of a good thing: a paradox of moderate infection control. *Epidemiology.* 2008 Jul;19(4):588-9. PMID: 18552592. PMCID: PMC2652751.

27. Klugman KP, Astley CM, Lipsitch M.  Time from illness onset to death, 1918 influenza and pneumococcal pneumonia (letter).  *Emerg Infect Dis* 2009; 15(2):346-7. PMID: 19193293. PMCID: PMC2657896.

28. Lipsitch M, Viboud C.  Influenza seasonality: lifting the fog.  *Proc Natl Acad Sci U S A.* 2009 Mar 10;106(10):3645-6. PMID: 19276125.

29. Goldstein E, Lipsitch M. Antiviral usage for H1N1 treatment: pros, cons and an argument for broader prescribing guidelines in the United States. *PLoS Curr. Influenza* 2009 Oct 29:RRN1122.2.

30. Goldstein E, Lipsitch M. H1N1 vaccination and adults with underlying health conditions in the US.  *PLoS Curr. Influenza*, 2009 November: RRN1132.

31. Holmes E, Palese P, Rambaut A, Moscona A, Viboud C, Webby RJ, Riley S, Katze M, Lipsitch M, Salzberg SL, Garcia-Sastre A, Miller M, Fouchier RA, Wolf

32. YI, Lipman DJ, Graeff A, Parrish CR, Donis R. PLoS Currents: Influenza: A moderated collection for rapid and open sharing of useful new scientific data, analyses, and ideas. *PLoS Curr. Influenza* 2010 Jan 4:RRN1142.

33. Hernán MA, Lipsitch M. Reply to cochrane neuraminidase inhibitors review team. [letter] *Clin Infect Dis.* 2011 Dec;53(12):1303-4. PMID: 22080125.

34. Lipsitch M, Hernán MA. Oseltamivir Effect on Antibiotic-Treated Lower Respiratory Tract Complications in Virologically Positive Randomized Trial Participants. [letter]  Clin Infect Dis. 2013 Aug 9. [Epub ahead of print] PMID: 23883518. PMCID: PMC3792722.

35. Lipsitch M. Avian influenza: Ferret H7N9 flu model questioned. Nature. 2013 Sep 5;501(7465):33. doi: 10.1038/501033e. PMID: 24005404.

36. Leung N, Worby C, Hanage WP, Lipsitch M, Cowling BJ. Probable person to person transmission of novel avian influenza A (H7N9) virus in Eastern China, 2013: epidemiological investigation. BMJ. 2013 Aug 6;347:f4752. doi: 10.1136/bmj.f4752. http://www.bmj.com/content/347/bmj.f4752?tab=responses.

37. Fisman DN, Leung GM, Lipsitch M. Nuanced risk assessment for emerging infectious diseases. Lancet. 2014 Jan 18;383(9913):189-90. doi:10.1016/S0140-6736(13)62123-6. PMID: 24439726.

38. Lipsitch M. Can limited scientific value of potential pandemic pathogen experiments justify the risks? MBio. 2014 Oct 14;5(5):e02008-14. doi: 10.1128/mBio.02008-14. PMID: 25316701; PMCID: PMC4205796.

39. Lipsitch M, Inglesby TV. Moratorium on research intended to create novel potential pandemic pathogens. MBio. 2014 Dec 12;5(6). pii: e02366-14. doi: 10.1128/mBio.02366-14. PMID: 25505122; PMCID: PMC4271556.

40. Duprex WP, Fouchier RA, Imperiale MJ, Lipsitch M, Relman DA. Gain-of-function experiments: time for a real debate. Nat Rev Microbiol. 2015 Jan;13(1):58-64. doi: 10.1038/nrmicro3405. Epub 2014 Dec 8. PMID: 25482289.

41. Lipsitch M, Esvelt K, Inglesby T. Calls for Caution in Genome Engineering Should Be a Model for Similar Dialogue on Pandemic Pathogen Research. Ann Intern Med. 2015 Sep 8. doi: 10.7326/M15-1048. [Epub ahead of print] PMID: 26344802.

42. Frank GM, Adalja A, Barbour A, Casadevall A, Dormitzer PR, Duchin J, Hayden FG, Hirsch MS, Hynes NA, Lipsitch M, Pavia AT, Relman DA. IDSA and Gain-of-Function Experiments with Pathogens having Pandemic Potential1. J Infect Dis. 2015 Sep 27. pii: jiv474. [Epub ahead of print] PMID: 26416656.

43. Lipsitch M, Relman DA, Inglesby TV. Six policy options for conducting gain-of-function research [commentary]. CIDRAP. 2016 Mar 8. http://www.cidrap.umn.edu/news-perspective/2016/03/commentary-six-policy-options-conducting-gain-function-research

44. Lipsitch M. Comment on Gain-of-Function Research and the Relevance to Clinical Practice. J Infect Dis. 2016 Aug 8. http://jid.oxfordjournals.org/content/early/2016/08/05/infdis.jiw348.full.pdf?keytype=ref&keyik=3UezwCgIHkSHZIP

45. Lipsitch M. Zika vaccine trials: There are new and familiar challenges in the race for timely and effective vaccines. Science. 2016 Sep 9;353(6304):1094-5. doi: 10.1126/science.aai8126. http://science.sciencemag.org/content/353/6304/1094.full

46. Lipsitch M. If a Global Catastrophic Biological Risk Materializes, at What Stage Will We Recognize It? Health Secur. 2017 Jul/Aug;15(4):331-4. doi: 10.1089/hs.2017.0037. Epub 2017 Jul 26. doi:10.1089/hs.2017.0037.[Epub ahead of print] PMID: 28745911.

47. MacFadden DR, Lipsitch M, Olesen SW, Grad Yonatan. Multidrug-resistant Neisseria Gonorrhoeae: Implications for Future Treatment Strategies. The Lancet Infect Dis. June 2018, Vol 18, No. 6, p.599. Letter to The Editor. https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(18)30274-3/fulltext

48. Atkins KE, Lipsitch M. Can antibiotic resistance be reduced by vaccinating against respiratory disease? Lancet Respir Med. 2018 Jul 31. pii: S2213-2600(18)30328-X. doi: 10.1016/S2213-2600(18)30328-X.PubMed PMID: 30076121.

49. Lipsitch M. Challenges of vaccine effectiveness and waning studies. Clin Infect Dis. 2018 Sep 10. doi: 10.1093/cid/ciy773. PubMed PMID: 30204853.

50. Lewnard JA, Tedijanto C, Cowling BJ, Lipsitch M. Accounting for unobserved and differential susceptible time at risk in retrospective studies: response to Dean (2019). Am J Epidemiol. 2019 Jan 25. doi: 10.1093/aje/kwz018. [Epub ahead of print] PMID: 30689694.

51. Lipsitch M, Shaman J. Comment on: 'Antibiotic footprint' as a communication tool to aid reduction of antibiotic consumption, J Antimicrob Chemother. 2019 Jul 17. pii: dkz320. doi: 10.1093/jac/dkz320. [Epub ahead of print] PubMed PMID: 31314102.

52. Inglesby T and Lipsitch M. 2020. Proposed Changes to US Policy on Potential Pandemic Pathogen Oversight and Implementation. *mSphere* 5:e00990-19.

53. Buckee CO, Balsari S, Chan J, Crosas M, Dominici F, Gasser U, Grad YH, Grenfell B, Halloran ME, Kraemer MUG, Lipsitch M, Metcalf CJE, Meyers LA, Perkins TA, Santillana M, Scarpino SV, Viboud C, Wesolowski A, Schroeder A. Aggregated mobility data could help fight COVID-19. Science. 2020 Apr 10;368(6487):145-146.  doi: 10.1126/science.abb8021. Epub 2020 Mar 23. PubMed PMID: 32205458.

54. Lipsitch M. Estimating case fatality rates of COVID-19. Lancet Infect Dis. 2020 Mar 31. pii: S1473-3099(20)30245-0. doi: 10.1016/S1473-3099(20)30245-0. [Epub ahead of print] PubMed PMID: 32243813.

55. Swerdlow DL, Finelli L, Lipsitch M. Epidemiology of Covid-19. Reply. N Engl J Med. 2020 Mar 27;382. pii: 10.1056/NEJMc2005157#sa2. doi: 10.1056/NEJMc2005157. [Epub ahead of print] PubMed PMID: 32220201.

56. Lipsitch M, Kahn R, Mina MJ. Antibody testing will enhance the power and accuracy of COVID-19-prevention trials. Nat Med. 2020 Apr 27. doi:10.1038/s41591-020-0887-3. [Epub ahead of print] PubMed PMID: 32341581.

57. Eyal N, Lipsitch M, Smith PG. Response to Cioffi. J Infect Dis. 2020 Apr 29. pii: jiaa217. doi: 10.1093/infdis/jiaa217. [Epub ahead of print] PubMed PMID: 32348499.

58. Thaler DS, Lipsitch M. Coronavirus: sampling now for future analysis. Nature. 2020 Apr;580(7805):590. doi: 10.1038/d41586-020-01267-y. PubMed PMID: 32346142.

59. Lipsitch M, Perlman S, Waldor MK. Testing COVID-19 Therapies to prevent progression of mild disease. Lancet Infect Dis. 2020 May 6. https://doi.org/10.1016/S1473-3099(20)30372-8


(c)   Popular Articles

1. Lipsitch, M. Genetic Tug-of-War May Explain Many of the Troubles of Pregnancy. New York Times. 1993 Jul 20. Sect. B:6.

2. Lipsitch, M. Fears Growing over Bacteria Resistant to Antibiotics. New York Times. 1995 Sept 12. Sect. C:1.

3. Popular articles on the evolution-creationism debate in School Board News, The Forward, and The Emory Report.

4. Lipsitch, M. Prepare Now for the Return of SARS. Project Syndicate, syndicated to Straits Times, Taiwan Times, Daily Times (Pakistan). 2003 Jul 13. Available from: https://www.project-syndicate.org/commentary/prepare-now-for-the-return-of-sars?barrier=accesspaylog

5. Lipsitch M and Bloom BR.  Avian flu: Preparing for a Pandemic.  Harvard Public Health Review. 2006. Winter 2006. Available from: http://www.hsph.harvard.edu/review/rvwwinter06_dean.html

6. Lipsitch M. The Risk to Academic Freedom That Lurks in Corporate Consulting Contracts. The Chronicle of Higher Education. 2010 Jun 27.

7.   Lipsitch M, Pavia A, Uyeki T, Beigi R, Bernstein H, Bradley J.  Data on Flu
     Treatment [Letter].  New York Times. 2012 April 19. Available from:
     http://www.nytimes.com/2012/04/20/opinion/data-on-flu-treatment.html
8.   Lipsitch M. Exceptional Risks, Exceptional Precautions. The European 2013 Apr
     23. Available from: http://www.theeuropean-magazine.com/marc-lipsitch--2/6691-
     the-risk-from-super-viruses
9.   Lipsitch M. Keine Experimente! Das Züchten neuer Krankheitserreger ist sinnlos
     und gefährlich. Es muss aufhören. IPG. 2014 June 10. Available from:
     http://www.ipg-journal.de/kommentar/artikel/keine-experimente-458/.
10.  Lipsitch M. Anthrax? That's Not the Real Worry. New York Times. 2014 Jun 30.
     Available from: http://www.nytimes.com/2014/06/30/opinion/anthrax-thats-not-
     the-real-worry.html?ref=opinion
11.  Lipsitch M. Make the Pause on Risky Pathogen Research Permanent. Scientific
     American. 2015 Jan 2:312(2).
12.  Lipsitch M and Relman DA. New Game, New Rules: Limiting the Risks of
     Biological Engineering. Foreign Affairs. 2015 Aug 31. Available from:
     https://www.foreignaffairs.com/articles/2015-08-31/new-game-new-rules
13.  Lipsitch M. Keeping biological research safe. The Hill. 2016 Aug 18. Available
     from: https://thehill.com/blogs/congress-blog/healthcare/291831-keeping-
     biological-research-safe
14.  Hanage W and Lipsitch M. How to Report on the COVID-19 Outbreak
     Responsibly. Scientific American. 2020 Feb 23. Available from:
     https://blogs.scientificamerican.com/observations/how-to-report-on-the-covid-19-
     outbreak-responsibly/
15.  Lipsitch M and Inglesby T. The U.S. is funding dangerous experiments it doesn't
     want you to know about. Washington Post. 2019 Feb 27. Available from:
     https://www.washingtonpost.com/opinions/the-us-is-funding-dangerous-
     experiments-it-doesnt-want-you-to-know-about/2019/02/27/5f60e934-38ae-11e9-
     a2cd-307b06d0257b_story.html
16.  Lipsitch M. Why it's so hard to pin down the risk from coronavirus. Washington
     Post. 2020 Mar 6. Available from:
     https://www.washingtonpost.com/opinions/2020/03/06/why-its-so-hard-pin-down-
     risk-dying-coronavirus/
17.  Gottlieb S and Lipsitch M. Take smart steps to slow spread of the coronavirus.
     USA Today. 2020 Mar 9. Available from:
     https://www.usatoday.com/story/opinion/2020/03/06/former-fda-chief-gottlieb-
     actions-needed-fight-coronavirus-covid-19-column/4967137002/
18.  Lipsitch M. The interventions we must take to control the coronavirus. Boston
     Globe. 2020 Mar 11. Available from:
     https://www.bostonglobe.com/2020/03/11/opinion/interventions-we-must-take-
     control-coronavirus/
19.  Lipsitch M and Allen J. Coronavirus reality check: 7 myths about social
     distancing, busted. USA Today. 2020 Mar 16. Available from:
     https://www.usatoday.com/story/opinion/2020/03/16/coronavirus-social-
     distancing-myths-realities-column/5053696002/
20.  Lipsitch M. We know enough now to act decisively against Covid-19. Social
     distancing is a good place to start. STAT News. 2020 Mar 18. Available from:
     https://www.statnews.com/2020/03/18/we-know-enough-now-to-act-decisively-
     against-covid-19/
21.  Danzig R and Lipsitch M. Prepare Now for the Long War Against Covid-19.
     Bloomberg. 2020 Mar 20. Available from:

https://www.bloomberg.com/opinion/articles/2020-03-20/prepare-now-for-the-long-war-against-coronavirus

22.   Lipsitch M. Far more people in the U.S. have the coronavirus than you think. Washington Post. 2020 Mar 23. Available from: https://www.washingtonpost.com/outlook/2020/03/23/coronavirus-count-confirmed-testing/

23.   Allen J and Lipsitch M. 6 things to know if you're living with someone who has coronavirus, or think you might be. USA Today. 2020 Mar 24. Available from: https://www.usatoday.com/story/opinion/2020/03/24/coronavirus-testing-shortage-take-precautions-just-in-case-column/2899989001/

24.   Lipsitch M and Grad Y. Navigating the Covid-19 pandemic: We're just clambering into a life raft. Dry land is far away. STAT News. 2020 Apr 1. Available from: https://www.statnews.com/2020/04/01/navigating-covid-19-pandemic/

25.   Lipsitch M. Who Is Immune to the Coronavirus? New York Times. 2020 Apr 13. Available from: https://www.nytimes.com/2020/04/13/opinion/coronavirus-immunity.html

26.   Allen J, Friedman W, Lipsitch M. Keep parks open. The benefits of fresh air outweigh the risks of infection. Washington Post. 2020 Apr 13. Available from: https://www.washingtonpost.com/outlook/2020/04/13/keep-parks-open-benefits-fresh-air-outweigh-risks-infection/

27.   Lipsitch M. 'Serology' is the new coronavirus buzzword. Here's why it matters. Washington Post. 2020 May 4. Available from: https://www.washingtonpost.com/opinions/2020/05/04/serology-is-new-coronavirus-buzzword-heres-why-it-matters/

28.   Lipsitch M. Good Science is Good Science. Boston Review. 2020 May 12. Available from: http://www.bostonreview.net/science-nature/marc-lipsitch-good-science-good-science

29.   Malley R and Lipsitch M. Treating Mild Coronavirus Cases Could Help Save Everyone. New York Times. 2020 May 22. Available from: https://www.nytimes.com/2020/05/22/opinion/coronavirus-treatment-mild-symptoms.html

30.   Eyal N, Lipstich M, Angell M. The True Cost of Vaccine Studies. New York Review of Books. 2020 Aug 20. Available from: https://www.nybooks.com/articles/2020/08/20/true-cost-of-vaccine-studies/

31.   Grad Y and Lipsitch M. How to fix public health weaknesses before the next pandemic hits. Washington Post. 2020 Sept 24. Available from: https://www.washingtonpost.com/opinions/2020/09/24/how-fix-public-health-weaknesses-before-next-pandemic-hits/

32.   Lipstich M. Americans, we can fight COVID-19 and save lives now. Wear a mask! USA Today. 2020 Oct 8. Available from: https://www.usatoday.com/story/opinion/2020/10/08/wear-mask-fight-covid-19-and-save-lives-now-medical-experts-column/5907452002/

(d) Coauthored (group-authored) reports

33.   President's Council of Advisors on Science and Technology, H1N1 Working Group [member author]. Report to the President on US Preparations for 2009-H1N1 Influenza. 2010 Aug 9. Available from:

https://www.globalsecurity.org/security/library/report/2009/pcast_h1n1-report_090807.htm

34. Wellcome Trust/CIDRAP Team B [member author]. Recommendations for Accelerating the Development of Ebola Vaccines, Report & Analysis. 2015 Feb. Available from: https://www.cidrap.umn.edu/sites/default/files/public/downloads/ebola_virus_team_b_report-final-021615.pdf

35. Wellcome Trust/CIDRAP Team B [member author]. Plotting the Course of Ebola Vaccines: Challenges and Unanswered Questions. 2016 Mar. Available from: https://www.cidrap.umn.edu/sites/default/files/public/downloads/ebola_team_b_report_2-033116-final.pdf

36. Wellcome Trust/CIDRAP Team B [member author]. Completing the Development of Ebola Vaccines: Current Status, Remaining Challenges and Recommendations. 2017 Jan. Available from: https://www.cidrap.umn.edu/sites/default/files/public/downloads/ebola_team_b_report_3-011717-final_0.pdf

37. Moore K, Lipsitch M, Barry JM, Osterholm MT. COVID-19: The CIDRAP Viewpoint. CIDRAP, University of Minnesota. 2020 Apr 30. Available from: https://www.cidrap.umn.edu/sites/default/files/public/downloads/cidrap-covid19-viewpoint-part1_0.pdf