JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY, M.D., MIKE WASSERMAN, CINDY CHAVEZ, OTTO LEE, SUSAN ELLENBERG, JOE SIMITIAN and JAMES WILLIAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, a California Non-Profit Corporation; PASTOR MIKE MCCLURE, an individual; SOUTHRIDGE BAPTIST CHURCH OF SAN JOSE CALIFORNIA dba SOUTHRIDGE CHURCH, a California Non-Profit Corporation; PASTOR MICAIAH IRMLER, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GAVIN NEWSON, in his official capacity as the Governor of California, TOMAS ARAGON, M.D., in his official capacity as the Acting California Public Health Officer; SANTA CLARA COUNTY; SARA H. CODY, M.D., in her official capacity as Santa Clara County Public Health Officer; MIKE WASSERMAN, in his official capacity as a Santa Clara County Supervisor; CINDY CHAVEZ, in her official capacity as a Santa Clara County Supervisor; OTTO LEE, in his official capacity as a Santa Clara County Supervisor; SUSAN ELLENBERG, in her official capacity as a Santa Clara County Supervisor; and JOE SIMITIAN, in his official capacity as a Santa Clara County Supervisor,<br><br>　　　　Defendants. | No. 20-CV-03794 BLF<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

I, Xavier M. Brandwajn, hereby respectfully request that I also be recognized by the court as counsel of record for Defendants, County of Santa Clara, Sara H. Cody, M.D., Mike Wasserman, Cindy Chavez, Otto Lee, Susan Ellenberg, Joe Simitian and James Williams, and receive electronic filing notifications in the above-captioned case.

Dated: June 23, 2022

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

By: */s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SARA H. CODY, M.D., MIKE WASSERMAN, CINDY CHAVEZ, OTTO LEE, SUSAN ELLENBERG, JOE SIMITIAN and JAMES WILLIAMS

2658006

2
Notice of Appearance of Counsel                                           20-CV-03794 BLF