ADVOCATES FOR FAITH & FREEDOM
Robert H. Tyler, State Bar No. 179572
rtyler@faith-freedom.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
Nathan W. Kellum (Pro Hac Vice)
nkellum@faith-freedom.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600-2733
Facsimile:    (951) 600-4996

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual; **SOUTHRIDGE BAPTIST CHURCH OF SAN JOSE CALIFORNIA dba SOUTHRIDGE CHURCH**, a California Non-Profit Corporation; **PASTOR MICAIAH IRMLER**, an individual;<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California, **TOMAS ARAGON, M.D.**, in his official capacity as the Acting California Public Health Officer; **SANTA CLARA COUNTY**; **SARA H. CODY, M.D.**, in her official capacity as Santa Clara County Public Health Officer; **MIKE WASSERMAN**, in his official capacity | Case No.:  20-cv-03794-BLF<br><br>**AMENDED NOTICE OF DEPOSITION OF DEPOSITION OF SANTA CLARA COUNTY'S PERSONS MOST KNOWLEDGEABE PURSUANT TO RULE 30(b)(6)**<br><br>**DATE:**　July 21, 2022; August 18, 2022; and August 19, 2022<br>**TIME:**　9:00 a.m.<br>**LOCATION:** San Jose<br><br>Judge:  Hon. Beth L. Freemen |

as a Santa Clara County Supervisor; **CINDY CHAVEZ**, in her official capacity as a Santa Clara County Supervisor; **DAVE CORTESE**, in his official capacity as a Santa Clara County Supervisor; **SUSAN ELLENBERG**, in her official capacity as a Santa Clara County Supervisor; and **JOE SIMITIAN**, in his official capacity as a Santa Clara County Supervisor;

Defendants.

**TO ALL PARTIES HERETO AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorney(s), will take the deposition of the person or persons most knowledgeable of:

1. The facts, evidence, theory, and reasoning behind the COVID-19 public health orders, directives, and guidelines issued by Santa Clara County from February 2020 through June 2021, including, but not limited to: the March 16, 2020, County Health Officer Order Directing Individuals to Shelter at Their Place of Residence; the July 02, 2020, County Health Officer Order Establishing Risk Reduction Measures; the October 5, 2020, County Health Officer Order Establishing Revised Risk Reduction Measures; the County Health Officer's Mandatory Directive for Gatherings; the County Health Officer's Mandatory Directive on Capacity Limitations; the County Health Officer's Mandatory Directive for Dining, Bars, Wineries, and Smoking Lounges; and any guidance, order, or directive related to singing and chanting.

2. The meaning and scope of Santa Clara County's COVID-19 public health orders issued from February 2020 through June 2021;

3. The experts and sources Santa Clara County relied upon to issue and formulate their COVID-19 public health orders;

4. The experts and sources Santa Clara County did not consider when issuing and formulating their COVID-19 public health orders;

5. The data, facts, evidence, and reasoning behind Santa Clara County's exemptions to the COVID-19 public health orders, including the Risk Reduction Order;

6. The identification and/or guidelines used to determine what government entities and activities were essential under Santa Clara County's COVID-19 public health orders;

7. The basis for Santa Clara County's decision to not declare churches as essential since March 2020;

8. The data, evidence, facts, and scientific theories behind Santa Clara County's mask mandates, guidelines, and directives issued from February 2020 through June 2021;

9. Santa Clara County's COVID-19 contract tracing system, including the mechanism for reporting and documenting cases and any reports, studies, graphs, and charts depicting COVID-19 cases traced to various industries and activities in Santa Clara County;

10. The mechanism, practices, and sources Santa Clara County used for COVID-19 testing:

11. Santa Clara County's enforcement action against the Plaintiffs, including the sending of notices of violation, the basis for the fines, and the apportionment of the fines levied against the Plaintiffs;

12. Santa Clara County's enforcement action against other entities and activities related to COVID-19;

13. Santa Clara County's chain of custody, oversight measures, policies, and procedures related to the enforcement of the COVID-19 public health orders and guidelines issued from February 2020 through June 2021;

The depositions are scheduled to go forward before a duly certified Court Reporter on July 21, 2022, at 9:00 a.m., August 18, 2022, at 9:00 a.m., and August 19, 2022, at 9:00 a.m., at 70 West Hedding Street, 9th Floor, San Jose, California. If the depositions are not completed on the date set forth above, the taking of the depositions will be continued from day to day thereafter, except on Sundays and holidays, at the same place, until completed.

If there is more than one person most knowledgeable, then each person most knowledgeable will be deposed on successive business days beginning with the date described above and continuing until each person most knowledgeable has been deposed.

If an interpreter is required to translate testimony, notice of same must be given to this noticing party five (5) days prior to the deposition date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rules of Civil Procedure, Rule 30(b)(2), this noticing party will record the testimony by videotape and stenographic method.

This noticing party further intends to reserve the right to use at trial the videotape deposition.

DATED: July 14, 2022                    ADVOCATES FOR FAITH & FREEDOM

                                        By: /s/ Mariah Gondeiro
                                            Mariah Gondeiro, Esq.
                                            Attorneys for Plaintiffs

# PROOF OF SERVICE

***Calvary Chapel San Jose, et al v. Newsom, et al.***
***Case No. 20-cv-03794***

I am an employee in the County of Riverside. I am over the age of 18 years and not a party to the within entitled action; my business address is 25026 Las Brisas Road, Murrieta, California 92562.

On July 15, 2022, I served a copy of the following DOCUMENT(s) described as **AMENDED NOTICE OF DEPOSITION OF DEPOSITION OF SANTA CLARA COUNTY'S PERSONS MOST KNOWLEDGEABE PURSUANT TO RULE 30(b)(6)** on the interested party(ies) in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I transmitted copies of the above-referenced DOCUMENT(s) on the interested parties in this action by electronic transmission. Said electronic transmission reported as complete and without error.

☐ **BY FACSIMILE TRANSMISSION.** Pursuant to agreement and written confirmation of the parties to accept service by facsimile transmission, I transmitted copies of the above-referenced DOCUMENT(s) on the interested parties in this action by facsimile transmission from (951) 600-4996. A transmission report issued as complete and without error.

☐ **BY UNITED STATES POSTAL SERVICE.** I am readily familiar with the practice for collection and processing of correspondence for mailing and deposit on the same day in the ordinary course of business with the United States Postal Service. Pursuant to that practice, I sealed in an envelope, with postage prepaid and deposited in the ordinary course of business with the United States Postal Service in Murrieta, California, the above-referenced DOCUMENT(s).

☐ **BY OVERNIGHT DELIVERY.** I enclosed the above-referenced DOCUMENT(s) in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY PERSONAL SERVICE.** I caused copies of the above-referenced DOCUMENTS to the addressee(s) noted above served by process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an employee in the office of a member of the bar of this Court who directed this service.

/s/Sue Kenney
Sue Kenney

**SERVICE LIST**

*Calvary Chapel San Jose, et al v. Newsom, et al.*
*Case No. 20-cv-03794*

| | |
|---|---|
| Melissa R. Kiniyalocts<br>Lead Deputy County Counsel<br>Robin M. Wall<br>Deputy County Counsel<br>Xavier M. Brandwajn<br>Deputy County Counsel<br>Office of the County Counsel<br>70 West Hedding Street, East Wing, 9th Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br>Melissa.kiniyalocts@cco.sccgov.org<br>Robin.wall@cco.sccgov.org<br>Xavier.brandwajn@cco.sccgov.org | Attorneys for Defendants County of Santa Clara, Santa Clara County Board of Supervisors, and Sara H. Cody |