JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | No. 20-CV-03794 BLF<br><br>**DECLARATION OF XAVIER M. BRANDWAJN IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   January 26, 2023<br>Time:  9:00 a.m.<br>Crtrm: 3, 5th Floor<br>Judge: The Hon. Beth Labson Freeman |

I, XAVIER M. BRANDWAJN, declare:

1. I am a Deputy County Counsel for the County of Santa Clara, attorneys of record herein for Defendant County of Santa Clara ("County"). I make this declaration in support of the County's Opposition to Plaintiffs' Motion for Partial Summary Judgment. If called as a witness, I could and would competently testify to the following facts, all of which are within my own personal knowledge unless stated otherwise.

2. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the June 11, 2021 deposition of Michael McClure.

3. Attached as Exhibit B is a true and correct copy of excerpts from the transcript of the April 28, 2021 deposition of Christopher Adams.

4. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of the April 27, 2021 deposition of Eliza Perez.

5. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the September 29, 2022 Federal Rule of Civil Procedure 30(b)(6) deposition of plaintiff Calvary Chapel San José (Michael McClure).

6. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the April 27, 2021 deposition of Brit Grim.

7. Attached as Exhibit F is a true and correct copy of excerpts from the transcript of the June 9, 2021 deposition of Laura Munguia.

8. Attached as Exhibit G is a true and correct copy of excerpts from the transcript of the June 9, 2021 deposition of Jerald Victor Allen.

9. Attached as Exhibit H is a true and correct copy of excerpts from the transcript of the June 10, 2021 deposition of Carson Atherley.

10. Attached as Exhibit I is a true and correct copy of the transcript of the October 21, 2020 hearing before the Office of the County Hearing Office.

11. Attached as Exhibit J is a true and correct copy of excerpts from the transcript of the July 21, 2022 Federal Rule of Civil Procedure 30(b)(6) deposition of the County (Michael Balliet).

//

12. Attached as <u>Exhibit K</u> is a true and correct copy of excerpts from the transcript of the August 18, 2022 Federal Rule of Civil Procedure 30(b)(6) deposition of the County (Dr. Sara Cody).

13. Attached as <u>Exhibit L</u> is a true and correct copy of excerpts from the transcript of the August 19, 2022 Federal Rule of Civil Procedure 30(b)(6) deposition of the County (Dr. Sarah Rudman).

14. Attached as <u>Exhibit M</u> is a true and correct copy of a document produced by Plaintiffs and Bates labeled CCSJ000851-856.

15. Attached as <u>Exhibit N</u> is a true and correct copy of excerpts from transcript of the October 21, 2022 deposition of Anne Stenehjem.

16. Attached as <u>Exhibit O</u> is a true and correct copy of excerpts from the transcript of the October 14, 2022 deposition of William Shepherd.

17. Attached as <u>Exhibit P</u> is a true and correct copy of excerpts from the transcript of the October 24, 2022 deposition of Megan Fraboni.

18. Attached as <u>Exhibit Q</u> is a true and correct copy excerpts from the transcript of the April 30, 2021 deposition of Deedy Walker.

19. Attached as <u>Exhibit R</u> is a true and correct copy of a document produced by Plaintiffs and Bates labeled CCSJ000803-804.

20. Attached as <u>Exhibit S</u> is a true and correct copy of documents produced by Plaintiffs and Bates labeled CCSJ000878-887.

21. Attached as <u>Exhibit T</u> is a true and correct copy of excerpts from the transcript of the October 20, 2022 deposition of Roger Gliebe.

22. Attached as <u>Exhibit U</u> is a true and correct copy of documents produced by Plaintiffs and Bates labeled CCSJ000872-877.

23. Attached as <u>Exhibit V</u> is a true and correct copy of documents produced by Plaintiffs and Bates labeled CCSJ000975-1002.

24. Attached as <u>Exhibit W</u> is a true and correct copy of documents produced by Plaintiffs and Bates labeled CCSJ001146-1152.

//

3
Decl. of Xavier M. Brandwajn ISO Defendant's Opposition
to Plfs' Motion for Partial Summary Judgment
20-CV-03794 BLF

25. Attached as <u>Exhibit X</u> is a true and correct copy of excerpts from the transcript of the April 26, 2021 deposition of Jason Zybszinski.

26. Attached as <u>Exhibit Y</u> is a true and correct copy of the County's expert disclosure for Arthur Reingold, M.D., served on November 10, 2022.

27. Attached as <u>Exhibit Z</u> is a true and correct copy of the County's expert disclosure for Daniel Ho, served on November 10, 2022.

28. In total, Calvary was assessed $4,303,925 in fines and late fees for its 10 months of ongoing violations of the Public Health Orders.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct and that this declaration was executed on November 18, 2022, in San José, California.

*/s/ Xavier M. Brandwajn*
XAVIER M. BRANDWAJN

2735979