JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., | No. 20-CV-03794 BLF |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES; AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, | AS MODIFIED BELOW |
| Defendant. | |

**JOINT STIPULATION**

Pursuant to Civil Local Rule 6-2, the parties hereby agree and stipulate to the following extension of the expert discovery deadlines in the above-captioned matter in order to permit the parties to continue to explore settlement with the assistance of Magistrate Judge Laurel Beeler and to accommodate the schedules of counsel and the witnesses who the parties expect will be deposed.

WHEREAS the current deadline for the disclosure of rebuttal expert reports is December 2, 2022, and the overall deadline for expert discovery as stipulated to by the parties and ordered by the Court on April 9, 2021 (ECF 83) is December 16, 2022;

WHEREAS the parties have engaged in reasonably diligent efforts and expert discovery is underway with initial disclosures and reports exchanged on November 10, 2022;

///

1

WHEREAS the parties are currently engaged in settlement discussions before Judge Beeler, and their next settlement conference is scheduled for November 29, 2022;

WHEREAS the parties believe that extending the time for expert discovery would help facilitate the parties' settlement discussions;

WHEREAS the parties also believe that extending the time for expert discovery would help the parties and their counsel to accommodate the schedules of the disclosed witnesses and counsel at this time of year, when scheduling is difficult;

WHEREAS the parties agree to extend the deadline for the disclosure of rebuttal reports to December 30, 2022, and the overall deadline for expert discovery to January 20, 2023;

WHEREAS there is good cause to extend the expert discovery deadlines to facilitate settlement discussions and to accommodate the schedules of the deponents and counsel;

WHEREAS the parties have previously stipulated to and otherwise sought modifications to briefing schedules, filing and response deadlines, discovery deadlines, and the ADR deadline. *See, e.g.*, ECF 52, 77, 100, 103, 107, 118, 142, 148, 168, 180, 216, 218, 228; and

WHEREAS the parties do not expect the agreed-upon extension to affect the overall schedule for the case apart from the expert discovery deadlines.

Accordingly, for good cause shown, the parties stipulate and respectfully request the Court enter an order extending the expert discovery deadlines as set forth above and in the ~~proposed~~ order submitted herewith.

IT IS SO STIPULATED.

Dated:  November 28, 2022

JAMES R. WILLIAMS
County Counsel

By:   */s/ Robin M. Wall*
ROBIN M. WALL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated:  November 28, 2022          TYLER & BURSCH, LLP

                                    By:   */s/ Mariah Gondeiro*
                                          MARIAH GONDEIRO

                                          Attorneys for Plaintiffs
                                          CALVARY CHAPEL SAN JOSE and
                                          MIKE MCCLURE

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Mariah Gondeiro in the filing of this stipulation has been obtained.

Dated:  November 28, 2022          By:   */s/ Robin M. Wall*
                                          ROBIN M. WALL
                                          Deputy County Counsel

## [~~PROPOSED~~] ORDER

The Court, having reviewed the parties' Joint Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for the disclosure of rebuttal reports is extended to December 30, ~~2002~~ 2022, and the deadline to complete expert discovery is extended to January 20, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 28, 2022          _____
                                    The Honorable Beth Labson Freeman
                                    United States District Judge

2739255