Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@tylerbursch.com
ADVOCATES FOR FAITH AND FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:     (951) 600-2733
Facsimile:     (951) 600-4996

Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>**GAVIN NEWSOM,** in his official capacity as the Governor of California, et al.;<br>Defendants. | Case No. 20-cv-03794<br><br>**DECLARATION OF RAM DURISETI, M.D., PHD, IN SUPPORT PLAINTIFFS' REPLY TO THE COUNTY'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    January 26, 2023<br>Time:   9:00 a.m.<br>Dept.:   3, 5th floor |

I, Ram Duriseti, M.D., PhD, the undersigned declare as follows:

1.  I am over the age of eighteen years, I make this declaration based upon my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  I graduated from Stanford University in 1991 with BS in Biology and a BA in political economy. I graduated from the University of Michigan Medical School in 1996 with Highest Honors. I completed a residency in Emergency Medicine at Stanford Hospitals and Clinics in 2000. I completed a PhD from the School of Engineering in Operations Research with an emphasis in computational modeling of complex decisions after completing coursework emphasizing computational methods, decision analysis, simulation methods, and machine learning. I am a Clinical Associate Professor of Emergency Medicine in the Department of Emergency Medicine at Stanford Hospitals and Clinics. I am also an attending physician in the Emergency Department at Mills-Peninsula Medical Center in Burlingame. The views expressed here are my own and do not reflect the views of any employer.

3.    I have performed multiple data analyses looking at COVID-19 case data across all age demographics including the impact of Non-Pharmaceutical Interventions on COVID-19 case data. In 2021, I began volunteering with an organization called Urgency of Normal. We are a group of physicians, researchers, children's advocates who have developed analyses and "toolkits" to help facilitate safe school openings and return to normalcy for children after extensive national disruptions since March 2020. We emphasize the use of data and supporting literature to form the basis for our policy recommendations and guidance. I have primarily assisted the group in conducting extensive analysis from primary CDC data. I have published a numerical paper on disparities in access during COVID[1], published formal methodological comments on COVID-related journal articles[2,3] (click on comments links), have a publication pending [4], have a manuscript in progress re-analyzing a Mask RCT using random effects and Monte-Carlo methods[5], have a manuscript in progress with an econometrics team at Ljubljana University in Slovenia[6], am working with a Bay Area County Public Health department designing and implementing R-package (statistical analysis software application) processing of their COVID data with a plan to publish the same[7], will be embarking on a funded

---

[1] https://pubmed.ncbi.nlm.nih.gov/34125026/

[2] https://publications.aap.org/pediatrics/article/doi/10.1542/peds.2022-056687/185379/School-Masking-Policies-and-Secondary-SARS-CoV-2

[3] https://publications.aap.org/pediatrics/article/149/6/e2022056288/185413/Integrating-SARS-CoV-2-Antibody-Results-in

[4] "Child mask mandates for SARS-CoV-2: A systematic review" co-authored by invitation and under review

[5] Manuscript in progress with JD Haltigan, PhD and Kim Colyvas, MS. Staistical analysis of the data with random effects methods which may be more appropriate for the study design, appears to demonstrate no effect between treatment and placebo arms.

[6] European Central Bank funded project analyzing the economic impact and benefits of NPIs in the European Union. Senior author Velimir Bole, PhD.

[7] County-specific information can be provided upon request if information is kept under seal

research project to examine surgical mask and N95 filtration efficacy for sub-micron aerosols (where most viable infective virions live) with collaborators at a Canadian University.[8] I have also co-authored OpEds on COVID policy matters with other academics[9,10], I have testified before the California State Legislature Health Committee and have met with various State Senators about COVID policy. I have worked clinically full time throughout the COVID-19 pandemic seeing both adults and children at volume with COVID-19. My public advocacy has been consistent, clinically informed, formal, quantitative, and evidence based.

4.  Dr. Cody is correct that the SARS-CoV-2 virus spreads by both droplets and aerosols and the latter can linger in the air for long periods of time. Indeed, per the late Dr. Paul Baron (1944-2009) formerly of the Division of Applied Technology at National Institute on Occupational Safety and Health (NIOSH) of the CDC, viral aerosols range from 0.03 to 0.5 microns (micrometers).[11] In this aerosol particle size range, they can remain suspended in the air for up to ~2 days.[11] As it turns out, the majority of culturable virus is found in smaller aerosols by a factor of 8 or more.[12] Furthermore, the number of particles emitted by the cough of an infected person is 5-6 fold greater than after recovery.[13]

---

[8] Name of University and collaborating researchers can be provided upon request if kept under seal

[9] https://www.newsweek.com/were-physician-mathematician-data-scientist-n95s-wont-work-kids-opinion-1672207

[10] https://www.newsweek.com/we-need-stop-indiscriminately-testing-covid-its-harming-our-kids-opinion-1699723

[11] https://www.cdc.gov/niosh/topics/aerosols/pdfs/aerosol_101.pdf

[12] https://journals.plos.org/plospathogens/article?id=10.1371/journal.ppat.1003205

[13] https://aaqr.org/articles/aaqr-18-01-oa-0031



5. Depending on size, removal of these particles is facilitated by different processes. For example, smaller particles are removed from the air by exchange with outdoor air.[11] Consequently, most viral aerosols are removed by exchange with outdoor air. In other evidence presented in this motion, Calvary Church was noted to have a high efficiency and well-maintained ventilation system, was operating at 30% of occupancy, kept windows open for gatherings, gatherings were limited to 1 hour, and the facility's ceilings are 30-40 feet tall decreasing risk of aerosol spread.



6. When assessing the relative impact of face coverings versus ventilation in mitigating aerosol buildup, even low air exchange rates lead to lower aerosol build-up than the best performing masks (i.e., N95s and KN95s).[14]

7. Dr. Cody is correct that asymptomatic infection with SARS-CoV-2 is common. Her cited number of 40% is in the range of multiple estimates of the same. It's worth noting that this asymptomatic

---

[14] https://aip.scitation.org/doi/10.1063/5.0057100

infection rate largely parallels what is seen with Influenza.[15] That said, the importance of asymptomatic spread in driving an epidemic is not settled. Indeed, simply citing the relative frequency of asymptomatic infection, as Dr. Cody does, is not directly transferable to establishing the importance of asymptomatic spread in driving an epidemic. A meta-analysis of 54 studies from around the world found that within households, symptomatic patients passed on the disease to household members in 18% of instances, while pre-symptomatic and asymptomatic patients passed on the disease to household members in 0.7% of instances.[16] This evidence is a comprehensive study surveying the vast literature on disease spread. The typical contact between individuals living within the same household is more prolonged and less likely to be distanced than contact between individuals worshiping together during religious services. Since pre-symptomatic and asymptomatic disease spread from an infected individual to an uninfected individual is unlikely to occur inside of a household, it is even less likely to occur during an in-person religious service.

8.      Dr. Cody believes that there has been a growing body of evidence to suggest that use of masks and other Non-Pharmaceutical interventions (NPIs) substantially changes the transmission of SARS-CoV-2. A more nuanced appraisal shows that both the mechanistic literature and studies inferring impact of masks from real world epidemiologic data is mixed.

9.      On the mechanistic side, controlled experimental challenge studies involving actual people, not mannequins, wearing masks and other physical interventions through 2021 and 2022 have produced variable results. It is important to understand the publication bias of the literature is strong. In a meta-analysis of face-mask efficacy for COVID-19 cited in Dr. Reingold's declaration, the authors use a rating system (Newcastle-Ottawa Scale) for various studies they considered in their meta-analysis.[17] Shockingly, neither of the 2 largest RCTs (DANMASK and the Bangladesh RCT) of face

---

[15] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4586318/

[16] Madewell ZJ, Yang Y, Longini IM, Halloran ME, Dean NE. Household Transmission of SARS-CoV-2: A Systematic Review and Meta-analysis. *JAMA Netw Open*. 2020;3(12):e2031756. doi:10.1001/jamanetworkopen.2020.31756

[17] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7748970/

coverings for COVID-19 were included in their meta-analysis. Indeed, on their study weighting scale, they assign a rating of "6 stars" (out of 9 possible) for a study with 3 participants and rated a study with 1/10th the participants of DANMASK a maximum rating of 9 stars. Based upon his literature review, Dr. Reingold believes that the best estimate for the efficacy of face coverings in reducing SARS-CoV-2 transmission is 40-70%. In the brief discussion below, from the mechanistic literature, largest clustered cohort studies, and real-world evidence (RWE), it's almost impossible to extract an effect size this large. It's important to remember that *identical* conclusions on the inefficacy of NPIs (surgical masks and hand hygiene) was drawn for Influenza A in a Hong Kong and Bangkok households cluster RCT from 2008 and 2013.[18]

> There was no statistically significant difference between study arms in the risk of confirmed influenza A virus infections in household contacts, and initial reports of those studies concluded that these interventions could have had at most a small effect on overall transmission.[19,20]

10. There are studies that look at "source control": the ability of masks to attenuate the spread of a virus from an infected individual. Looking at the efficacy of surgical masks to filter various common respiratory viruses from infected sources (coronaviruses, Influenza virus, and rhinovirus) with particle sizes below 5 microns and above 5 microns, there was no consistent statistically significant difference for either particle size with use of a surgical mask.[21] The "tell" is the surgical masks, at times, demonstrated efficacy for large droplets, for which they are better equipped to stop, than for aerosols. It's important to note that this is consistent with prior studies evaluating the filtering efficacy for Influenza with N95 and surgical masks performing equivalently despite clear differences in their mechanical abilities to filter.[22,23]

---

[18] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3682679/

[19] https://www.acpjournals.org/doi/full/10.7326/0003-4819-151-7-200910060-00142

[20] https://onlinelibrary.wiley.com/doi/full/10.1111/j.1750-2659.2011.00205.x

[21] https://www.nature.com/articles/s41591-020-0843-2

[22] https://academic.oup.com/cid/article/49/2/275/405108?login=false

[23] https://academic.oup.com/cid/article/49/2/275/405108?login=false

11. On the other end of the equation, is the ability of such masks to prevent infection of the individual wearing the mask. In an enclosed space with trained healthcare workers, fit-tested N95s were only effective in decreasing particles on the wearer when coupled with HEPA filtration, a face shield, gloves, and gown.[24] In a more recent publication, fit-tested N95s on trained healthcare workers were not superior to surgical masks in preventing COVID-19 cases.[25] But none of this represents a novel/striking finding when we consider that similar analysis for Influenza have shown the identical results for decades.[26,27,28]

12. In summary, whether examining face coverings as source control from an infected person or infection prevention in a well individual, the best mechanistic literature and decades of RCTs do not show a clear pattern of efficacy just as they did not demonstrate clear efficacy for Influenza. This is particularly notable given that both Influenza and SARS-CoV-2 virions are enveloped RNA viruses at roughly 80-120 nanometers in size spread by both droplets and aerosols.

13. Given cloth face masks are even worse at their ability to filter particles than a surgical mask or N95/KN95, it is not clear if there would be any measurable effect at all even though mask mandates treat them as equivalent barriers for the purposes of compliance. When the CDC called for Americans to wear cloth face masks in July 2020[29], it's unclear what quality evidence they were drawing on for this recommendation. Indeed, it has been shown that the filtration efficacy of a cloth mask for 1.5 microns and below, is 2.5% to 10% -- meaning more than 90% of droplets and aerosols get through.[30] Once again, this was a known quantity prior to COVID-19. An RCT in healthcare workers

---

[24] https://academic.oup.com/jid/article/226/2/199/6582941?login=false

[25] https://www.acpjournals.org/doi/10.7326/M22-1966

[26] https://pubmed.ncbi.nlm.nih.gov/32167245/

[27] https://jamanetwork.com/journals/jama/fullarticle/2749214

[28] https://pubmed.ncbi.nlm.nih.gov/33215698/

[29] https://www.cdc.gov/media/releases/2020/p0714-americans-to-wear-masks.html

[30] https://aip.scitation.org/doi/abs/10.1063/5.0074229

in Vietnam comparing cloth masks to surgical masks actually found an increased risk of respiratory infection and Influenza-like symptoms in users of cloth masks.[31]

14. Even further, there have been over 9 trials, 8 of which were cluster-RCTs, that showed no clear impact of using a surgical mask versus **no mask** in preventing Influenza-like-illness in healthcare workers (2 trials) and the community (7 trials).[32]

15. Several studies have made assumptions about the rise and fall of COVID cases and attributing them to interventions using methods such as "Difference in Differences" and "Synthetic Controls". One such study cited by several authors, including the authors of the Bangladesh Mask RCT, was a June 2020 study analyzing the German experience: "Face Masks Considerably Reduce COVID-19 Cases in Germany: A Synthetic Control Method Approach."[33] The central thesis of the authors is that the introduction of a face mask mandate reduced the case burden by roughly 40%. If we examine the case rates during the study period (red boxed area with arrow in image below) and after the study period, we see a different picture. There was no sudden mass non-compliance with masks in the early fall of 2020 in Germany. There were ongoing fines for non-compliance. We can also examine how case rates progressed for areas in Germany that instituted much higher quality N95/KN95 mandates (Bavaria and Berlin) when compared to other regions without higher quality mask mandates:

 

---

[31] https://pubmed.ncbi.nlm.nih.gov/25903751/

[32] https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD006207.pub5/full

[33] https://docs.iza.org/dp13319.pdf

16. There are numerous examples of similar studies that attribute declines in COVID-19 case rates to specific interventions. But a clear pattern emerges from the literature: when an entire epidemic wave is included, differences in case rates attributable to policy are not clearly demonstrated: even when the analysis is restricted to 2020 alone.[34] A definitive January 2022 meta-analysis of 24 eligible studies from Johns Hopkins concluded that "lockdowns" and NPIs, which include mask mandates and limitations on gatherings, had little to no effect on COVID-19 case rates and mortality.[35] The removal of said restrictions have also not correlated with marked bumps in case rates when scrutinized to formal analysis. Texas became the first state to remove mask mandates and all restrictions on business March 10th, 2021. From an analysis by the National Bureau of Economics and Research (NBER) out of Cambridge, using multiple statistical techniques, the authors found no difference in community spread based upon removal of restrictions.[36]

> …we find no evidence that the Texas reopening affected the rate of new COVID-19 cases or deaths during the five weeks following the reopening. Our null results persist across more urbanized and less urbanized counties, as well as across counties that supported Donald Trump and Joe Biden in the 2020 presidential election.

In the realm of distinguishing correlation from causation in a manner that is more directly applicable to the case at hand, we can examine mobility data in Santa Clara and adjacent counties as they pertain to COVID-19 case rates in Santa Clara County. For the visualizations below, we use publicly accessible 2020 Google Community Mobility Reports (CMRs) and Santa Clara County COVID-19 case data spanning from February 15th, 2020 through December 31st, 2020.[37,38] The publicly accessible Google mobility data is shown in multiple visualizations compared to adjacent Bay Area counties, and in a separate analysis, comparing Santa Clara County and Marin County.

---

[34] https://www.frontiersin.org/articles/10.3389/fpubh.2020.604339/full

[35] https://sites.krieger.jhu.edu/iae/files/2022/01/A-Literature-Review-and-Meta-Analysis-of-the-Effects-of-Lockdowns-on-COVID-19-Mortality.pdf

[36] https://www.nber.org/system/files/working_papers/w28804/w28804.pdf

[37] https://www.google.com/covid19/mobility/

[38] https://data.sccgov.org/browse?category=COVID-19

17. In stark contrast to statements by Dr. Cody that some re-opening in May 2020 would result in rapid case rises[39], what becomes clear is that there is no **consistent** correlation between case rates and interactions of people as measured by objective mobility data. While retail and recreational mobility data bumped up in the summer of 2020 with a case rise, a decline in the same was associated with a massive case rise in the winter:





---

[39] https://www.latimes.com/california/story/2020-05-27/silicon-valley-health-officer-slams-faster-pace-of-california-coronavirus-reopening

18. The adjacent counties of Santa Cruz, San Mateo, Monterey, Alameda, and Contra Costa county demonstrated identical patterned changes in retail and recreational activity which suggests that Santa Clara County's case rates were not affected by "non-compliance" with public health orders in adjacent counties.[40] While I do not have access to the proprietary SafeGraph data set used by Dr. Ho, Google mobility data is a publicly accessible dataset that has been used in multiple COVID-19 epidemiologic papers to measure the degree of social distancing.[41,42,43] While these studies establish an association community mobility reports and case rates, the direction of causality is never established: only the association.



19. Dr. Cody's declaration closes with visuals demonstrating Santa Clara County deaths versus other subsets of the population within California. Presumably, Dr. Cody is asserting that Santa Clara's public health response in 2020 was the differentiating variable when compared to other California locales thereby justifying its response to the Calvary Church.

---

[40] https://www.google.com/covid19/mobility/

[41] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8407437/

[42] https://www.nature.com/articles/s41598-021-83441-4

[43] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8407437/

20. A comparative sample of 3 groupings in a chart without any associated statistical significance testing is not a strong assertion of causality. Studies incorporating data from multiple locales and from multiple studies (a meta-analysis), refute a correlation between interventions and COVID-19 mortality through the 2020/2021 winter.[44]

21. But if, as in Dr. Cody's declaration, one performs a selective local comparison between Marin County and Santa Clara County. Marin County had far better COVID-19 outcomes than Santa Clara County despite having opened schools in fall of 2020. This is coupled with no notable differences between the two counties in community behavior as evident in mobility data.[45,46,47]



---

[44] https://sites.krieger.jhu.edu/iae/files/2022/01/A-Literature-Review-and-Meta-Analysis-of-the-Effects-of-Lockdowns-on-COVID-19-Mortality.pdf

[45] https://data.chhs.ca.gov/dataset/covid-19-time-series-metrics-by-county-and-state/resource/046cdd2b-31e5-4d34-9ed3-b48cdbc4be7a

[46] https://www.marincounty.org/main/county-press-releases/press-releases/2020/hhs-covid-schoolwaivers-090320

[47] https://www.google.com/covid19/mobility/

Retail and Recreation Google Mobility Data for Santa Clara County and Marin County: February 2020 through December 2020

Was this simply better compliance with stay-at-home orders by Marin residents? As in our comparison of Santa Clara County to adjacent Bay Area counties, the mobility data suggests that there was no major difference in the same time-period.[48]

22.     Was the public health department's orchestration better in Marin County? The answer is no more likely than a claim that Santa Clara County's outcomes are better than Southern California's, or California's as a whole, because of a particular public health policy.

23.     It is my contention that these differences in outcomes between Santa Clara and Marin County have nothing to do with a population's vice or virtue or a public health department's dedication. It is largely a product of baked in risks, demographics, and seasonal changes in transmission. With 2.46 persons per household (vs 2.93 for Santa Clara), median income of $170,000/year (vs $140,000 for Santa Clara), wages and salary from labor accounting for only 53% of income (vs 67% in Santa Clara), and being the 3rd richest county in America (Santa Clara is 5th in this same ranking), Marin County had natural demographic, socioeconomic, and logistical advantages.[49,50,51] Indeed, writ large for California

---

[48] https://www.google.com/covid19/mobility/

[49] https://www.census.gov/quickfacts/marincountycalifornia

[50] https://www.census.gov/quickfacts/santaclaracountycalifornia

[51] https://smartasset.com/financial-advisor/richest-counties-in-america

DECLARATION OF RAM DURISETI, M.D., PHD

as a whole, many municipalities could function with remote work only because someone, somewhere, both inside and outside of California, was picking/processing the produce, grain, and meat that allowed for that luxury.

24. The lack of correlation between NPI stringency on outcomes is evident when looking at COVID-19 deaths across all states in the United States. Baseline death rates vary by state based upon underlying demographic and socioeconomic factors. For example, in 2019, Florida's death rate was roughly 40% higher than California's death rate.[52] Correcting for 2019 death rates, using average NPI stringency and COVID-19 deaths from the Oxford Governmental Response database,[53] we see only a weak correlation (1-2%) between policy and COVID-19 deaths:



25. At various times during the COVID-19 pandemic, health officials have frequently suggested that the public's "choices" have led to rises and falls in cases. They have often selectively inferred from the data, that their interventions and orders led to case curtailment. These assertions fail

---

[52] https://www.cdc.gov/nchs/data/nvsr/nvsr70/nvsr70-08-508.pdf

[53] https://www.bsg.ox.ac.uk/research/research-projects/coronavirus-government-response-tracker

to comport with the data at hand or inference from pre-pandemic literature and the plethora of evidence that has accumulated during the COVID-19 pandemic. There is no "dose-response effect" such that the level of restriction employed correlates with COVID-19 deaths. The literature in support of this contention exists despite the marked publication bias evident over the last almost 3 years.

26. That said, if mitigations are believed to be effective, then there should be evidenced-based application of prior research on fluid and aerosol dynamics and transmission of respiratory viruses as presented in our declarations. While that knowledge base has grown during the COVID-19 pandemic, it has not demonstrated clear deviation from prior principles. To that end, there was no apparent reason for a regulation to be applied more stringently to a high-ceiling gathering place with fresh air flowing during services and a modern ventilation system such as the Calvary Church than exempted establishments with less favorable circumstances.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed on December 16, 2022, at Burlingame, California.

Ram Duriseti, M.D., PhD