Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@tylerbursch.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:   (951) 600-4996

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual; **SOUTHRIDGE BAPTIST CHURCH OF SAN JOSE CALIFORNIA dba SOUTHRIDGE CHURCH**, a California Non-Profit Corporation; **PASTOR MICAIAH IRMLER**, an individual;<br><br>          Plaintiffs,<br><br>     vs.<br><br>**SARA H. CODY, M.D.**, in her official capacity as Santa Clara County Public Health Officer; **MIKE WASSERMAN**, in his official capacity as a Santa Clara County Supervisor; **CINDY CHAVEZ**, in her official capacity as a Santa Clara County Supervisor; **DAVE CORTESE**, in his official capacity as a Santa Clara County Supervisor; **SUSAN ELLENBERG**, in her official capacity as a Santa Clara County Supervisor; and **JOE SIMITIAN**, in his official capacity as a Santa Clara County Supervisor;<br><br>          Defendants. | Case No.:  20-cv-03794-BLF<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE THAT** I am admitted or otherwise authorized to practice in this Court, and I respectfully request that I also be recognized by this Court as counsel of record for Plaintiffs Calvary Chapel San Jose and Pastor Mike McClure and receive electronic filing notifications in the above-captioned case.

Dated: December 28, 2022

Respectfully submitted,

ADVOCATES FOR FAITH & FREEDOM

*/s/ Julianne Fleischer*
Julianne Fleischer

Attorneys for Plaintiffs