Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@tylerbursch.com
ADVOCATES FOR FAITH AND FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600-2733
Facsimile:   (951) 600-4996

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual; **SOUTHRIDGE BAPTIST CHURCH OF SAN JOSE CALIFORNIA dba SOUTHRIDGE CHURCH**, a California Non-Profit Corporation; **PASTOR MICAIAH IRMLER**, an individual;<br><br>    Plaintiffs,<br><br>  vs.<br><br>**GAVIN NEWSOM,** in his official capacity as the Governor of California, **TOMAS ARAGON. M.D.,** in her official capacity as the Acting California Public Health Officer; **SANTA CLARA COUNTY; SARA H. CODY, M.D.**, in her official capacity as Santa Clara County Public Health Officer; **MIKE WASSERMAN**, in his official capacity as a Santa Clara County Supervisor; **CINDY CHAVEZ**, in her official capacity as a Santa Clara County Supervisor; **DAVE CORTESE**, in his official capacity as a Santa Clara County Supervisor; **SUSAN ELLENBERG**, in her official capacity as a Santa Clara County Supervisor; **JOE SIMITIAN**, in his official capacity as a Santa Clara County Supervisor; and **THE SANTA CLARA COUNTY BOARD OF SUPERVISORS**;<br><br>    Defendants. | Case No. 20-cv-03794<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES; AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2, the parties hereby agree and stipulate to the following:

WHEREAS the current deadline for disclosure of rebuttal expert reports is December 30, 2022. *See* ECF No. 245.

WHEREAS the current deadline for expert discovery cut-off is January 20, 2023. *Id.*

WHEREAS Santa Clara County ("the County") recently filed a motion for partial summary judgment. *See* ECF No. 253. Pursuant to this Court's Local Rules, Plaintiffs must file an opposition by January 5, 2023, and the County must file its reply brief on January 12, 2023.

WHEREAS the parties agree to extend the deadline for disclosure of rebuttal reports to January 30, 2023, and the overall deadline for expert discovery to March 3, 2023.

WHEREAS there is good cause to extend the expert deadlines to facilitate further settlement discussions and to accommodate the schedules of counsel and expert witnesses.

The parties have agreed to numerous extensions in this case. *See, e.g.*, ECF 52, 77, 100, 103, 107, 118, 142, 148, 168, 180, 216, 218, 228, 245.

Accordingly, for good cause shown, the parties stipulate and respectfully request the Court enter an order extending the expert discovery cut-off as set forth above and in the proposed order submitted herewith.

**IT IS SO STIPULATED**.

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel

Dated: December 23, 2022

*/s/ Robin M. Wall*
Robin M. Wall, Esq.
Attorney for Cross-Defendants

ADVOCATES FOR FAITH AND FREEDOM

Dated: December 23, 2022

*/s/ Mariah Gondeiro*
Mariah Gondeiro, Esq.
Attorney for Plaintiffs

**STIPULATION AND [PROPOSED] ORDER**                    20-CV-03794-BLF

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the Parties' Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that

(1) The deadline for disclosure of rebuttal reports is extended to January 30, 2023.

(2) The deadline to complete expert discovery is extended to March 3, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: December 28, 2022

_____
The Honorable Beth Labson Freeman
United States District Judge