JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., | No. 20-CV-03794 BLF |
| Plaintiffs, | **_CORRECTED_ EXHIBIT "A" TO DECLARATION OF MELISSA R. KINIYALOCTS IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| SANTA CLARA COUNTY, | |
| Defendant. | |

Date:      January 26, 2023
Time:      9:00 a.m.
Crtrm:    3, 5th Floor
Judge:    The Hon. Beth Labson Freeman

1

Exhibit A

In the Superior Court of the State of California

Santa Clara County Judicial District

Downtown Superior Court

Before the HONORABLE CYNTHIA LIE, Judge

Department 5

CALVARY CHAPEL SAN JOSE,

CERTIFIED
TRANSCRIPT

Petitioner,

-vs-                                    No. 20CV374470

THE COUNTY OF SANTA CLARA, et
al.,

Respondent.
_____/

Reporter's Transcript of Proceedings

March 4, 2021

Reported By: Martha Ruble, CSR 5145

TRANSCRIPT OF PROCEEDINGS                                    March 04, 2021
CALVARY CHAPEL SAN JOSE vs THE COUNTY OF SANTA CLARA

```
 1    Appearances of Counsel:    (Via MS Teams)

 2

      For the Petitioner       FREEDOM FOUNDATION
 3    Calvary Chapel San       PO Box 552
      Jose:                    Olympia, Washington 98507-0552
 4                             BY:   MARIAH GONDEIRO, Esq.
                               mgondeiro@freedomfoundation.com
 5

 6    For the Respondent       COUNTY OF SANTA CLARA
      County of Santa          OFFICE OF THE COUNTY COUNSEL
 7    Clara:                   70 West Hedding Street
                               9th Floor, East Wing
 8                             San Jose, California 95110
                               BY:   MEREDITH JOHNSON, ESQ.
 9                             meredith.johnson@cco.sccgov.org
                               BY:   JEREMY AVILA, ESQ.
10                             jeremy.avila@cco.sccgov.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```



1                     ---oOo---

2                    3:37 p.m.

3          THE COURT:  Good afternoon, everyone.  Thanks

4   for your patience.  This is Judge Cynthia Lie in

5   Department 5.

6          MR. AVILA:  Good afternoon, Your Honor.

7          THE COURT:  If you'll just give me a moment

8   while I pull up my notes.

9          So this is the Calvary Chapel San Jose versus

10  County of Santa Clara, et al.  And I'm just going to ask

11  for appearance please starting with Calvary Chapel.

12         MS. GONDEIRO:  Mariah Gondeiro, appearing on

13  behalf of Calvary Chapel San Jose.

14         THE COURT:  Good afternoon.  And then for the

15  county.

16         MS. JOHNSON:  Meredith Johnson appearing on

17  behalf of Respondent County of Santa Clara.

18         MR. AVILA:  And Jeremy Avila, A-v, as in victor,

19  i-l-a, also appearing on behalf of Respondents, Your

20  Honor.

21         THE COURT:  All right.  Thank you very much.

22         And I do see that we have our court reporter on

23  the line.  And I have signed the order appointing

24  Ms. Ruble as our pro tem for today.

25         MS. JOHNSON:  Thank you.

26         THE COURT:  So this matter was set for a

27  pretrial conference and also reserved for a hearing on

28  what the parties anticipated at the last pretrial



**TALTY COURT REPORTERS, INC.**                    **3**
taltys.com · 408.244.1900

```
 1   conference was going to be Calvary Chapel's motion for a
 2   stay or further motion for a stay.
 3          And, Ms. Gondeiro, is there anything further
 4   that you would like to add to the papers that you filed
 5   and that I reviewed?
 6          MS. GONDEIRO:  Your Honor, I think the only
 7   thing -- and I think this was pointed out in the
 8   Respondent's brief is the recent Supreme Court decision
 9   in Gateway versus Newsom.  That was the only thing that
10   wasn't in our brief, but it was in the county's.  They
11   did mention it.
12          THE COURT:  And I think it was mentioned in your
13   trial brief as well.  So I did see that.
14          MS. GONDEIRO:  Yes.
15          THE COURT:  Anything further from Ms. Johnson or
16   Mr. Avila?
17          MS. JOHNSON:  Your Honor, if you have any
18   questions, we will be happy to answer them, but we have
19   nothing further to add other than what's in the papers.
20          THE COURT:  So I'm going to deny the request for
21   a stay.  And this is essentially for the same reasons
22   that I indicated at the last hearing.  I do appreciate
23   Calvary Chapel's exposition in writing of the issues.  I
24   don't -- I didn't see that it materially added anything
25   to what we had discussed last time.
26          So then moving onto the housekeeping issues for
27   purposes of preparation for trial, I do have a request
28   for a judicial notice by Calvary Chapel.
```



```
 1            Any objection, Ms. Johnson or Mr. Avila, to the
 2   request for judicial notice?
 3            MS. JOHNSON:  No, Your Honor.
 4            THE COURT:  Then the request for judicial notice
 5   is granted.
 6            And then I believe that leaves us with the
 7   in limine issue as far as the propriety of Calvary Chapel
 8   calling the enforcement officers.  And I have had the
 9   opportunity to review the trial briefs and the written
10   motion in limine from the county.
11            Ms. Gondeiro, is there anything that you would
12   like to add in response to the in limine motion that was
13   previewed at our last pretrial conference and that's been
14   now filed in the written in limine?
15            MS. GONDEIRO:  No, Your Honor.  We no longer
16   actually have any objections to bringing up or further
17   cross-examining the witnesses.  We are fine with letting
18   the record stand as it is.
19            THE COURT:  So does that mean that you do not
20   intend to present a case or that you simply don't intend
21   to call anybody who testified at the administrative
22   hearing?
23            MS. GONDEIRO:  Yes.  Yes, Your Honor.  That we
24   do not intend to call Mr. Sircar and Ms. Gonzales.
25            THE COURT:  Okay.  All right.  And so then how
26   does that affect the parties' time estimate for the
27   Monday hearing then?
28            MS. JOHNSON:  Your Honor, I think that a couple
```



1   of hours should be sufficient.  The county does not

2   expect that the case in chief will be very long.  It will

3   be primarily based on evidence that is already in the

4   record -- entirely based on evidence that is already in

5   the record.

6        THE COURT:  So the county is going to be

7   submitting on the administrative record that's already

8   been lodged with the Court?

9        MS. JOHNSON:  Correct.

10        THE COURT:  And will be calling no further

11   witnesses?

12        MS. JOHNSON:  That is correct.

13        THE COURT:  Okay.  And then for Calvary Chapel?

14        MS. GONDEIRO:  Your Honor, I think two hours is

15   appropriate.  I have no objections to that.

16        THE COURT:  Okay.  Well, that obviously

17   streamlines fairly significantly our pretrial conference

18   then.

19        Is there anything -- is there anything that I'm

20   overlooking that the parties would like to address as a

21   housekeeping matter for the -- in anticipation of the

22   trial?

23        MR. AVILA:  Your Honor, I would just ask very --

24        I'm sorry, Ms. Johnson.  I didn't want to cut

25   you off.  It looked like you were about to speak.

26        MS. JOHNSON:  No.  Please, Mr. Avila, go ahead.

27        MR. AVILA:  Thank you, Your Honor.  Very quickly

28   I would like to ask -- I believe it's embedded in



```
 1   Footnote 1 of Respondent's prehearing brief or pretrial
 2   brief is a request for the Court to take judicial notice
 3   of the written transcript of the administrative hearing.
 4   It's not formally part of the administrative record, but
 5   it was included as an attached -- I'm sorry -- as an
 6   exhibit filed in the related case.  And so I'm --
 7   Respondents just ask if the Court will be taking judicial
 8   notice of that document as it was filed in the companion
 9   matter.
10        THE COURT:  So I'm sorry.  I think I overlooked
11   that particular request.  So the request -- let me just
12   bring up the document.
13        So while I'm trying to bring my computer to
14   life, Mr. Avila, if you could just restate.  What you're
15   asking the Court to take judicial notice of is the
16   transcript of?
17        MR. AVILA:  Of the October administrative
18   hearing, Your Honor.  At that proceeding, the county
19   retained a court reporter to transcribe the proceedings.
20   That transcript has since been submitted as evidence in
21   the related case, which we had two contempt proceedings
22   before Judge Kirwan, and I think it may have also been --
23   I think it was submitted as an exhibit with other
24   pleadings in the related case.
25        And so the request is for the Court to take
26   judicial notice of that document as something that is
27   already on file with this Court.
28        THE COURT:  All right.  Ms. Gondeiro?
```



```
 1          MS. GONDEIRO:  I have no objections.
 2          THE COURT:  Okay.  Then -- and do I have a copy
 3   of that?
 4          MR. AVILA:  Yes, Your Honor.  It was attached as
 5   Exhibit 1 to the Respondent's trial brief.
 6          THE COURT:  Okay.
 7          MS. JOHNSON:  And the audio transcript that
 8   that -- or the audio recording that that transcript
 9   reflects is part of the administrative record.
10          THE COURT:  And I think that I -- is that part
11   of the digital media that was provided?  I haven't had an
12   opportunity to crack that open yet.
13          MR. AVILA:  Yes, Your Honor.
14          MS. JOHNSON:  Yes.
15          THE COURT:  It is.  Okay.  So that digital media
16   that was sent that's marked as exhibits -- as a number of
17   different exhibits, that's not just the photographic and
18   video evidence; it also includes the audio file from
19   which the transcript was prepared or that corresponds to
20   the transcript?
21          MR. AVILA:  Yes, Your Honor.
22          THE COURT:  Got it.  So I will grant the
23   unopposed request for judicial notice of Exhibit 1 to the
24   trial brief the written transcript of the previous -- the
25   administrative hearing, the outcome of which is at issue
26   for this de novo trial.
27          Other issues that either of the parties would
28   like to bring up or resolve today?  Ms. Gondeiro?
```



TRANSCRIPT OF PROCEEDINGS                                    March 04, 2021
CALVARY CHAPEL SAN JOSE vs THE COUNTY OF SANTA CLARA

```
 1           MS. GONDEIRO:  No, Your Honor.

 2           THE COURT:  All right.  Thank you.  And then

 3    anything further, Ms. Johnson?

 4           MS. JOHNSON:  There is also an Exhibit 2 to the

 5    county's pretrial brief, which it may make sense to

 6    address now.  That is a declaration from Mike McClure

 7    that was submitted, the senior pastor of Calvary Chapel

 8    that was also submitted as part of the enforcement

 9    proceedings.

10           THE COURT:  Ms. Gondeiro, any objection?

11           MS. GONDEIRO:  No, Your Honor.

12           THE COURT:  Okay.  So Exhibit 2 to the trial

13    brief will be admitted.  All right.  Is there anything

14    further that we need to address?

15           MR. AVILA:  Just one question.  Your Honor, as a

16    housekeeping matter, I know Ms. Gondeiro has indicated

17    that she won't be calling Enforcement Officer Sircar or

18    Gonzales.  I think at our last case management conference

19    Ms. Gondeiro indicated that she may call Pastor Atherley

20    as a witness.  And just for housekeeping purposes, I

21    wanted to clarify if that is still contemplated or if we

22    can anticipate proceeding on Monday without any witnesses

23    at all.

24           MS. GONDEIRO:  I don't intend to call any

25    witnesses.

26           MR. AVILA:  Okay.  Thank you.

27           THE COURT:  So the purpose of Monday's hearing

28    will be argument only essentially and then whatever
```



1  additional evidentiary housekeeping matters can be

2  addressed without the necessity of live testimony?

3       MS. JOHNSON:  From the county's perspective,

4  that is correct.

5       MS. GONDEIRO:  Yes, Your Honor.  That is

6  correct.

7       THE COURT:  Okay.  Thank you very much.

8       Then we can, then, go ahead and recess until

9  Monday, then.

10      I believe that you've been issued Teams

11  invitations for Monday's hearing as well.  My question

12  for you is whether you would actually wish to proceed by

13  Teams as opposed to by CourtCall under the circumstances

14  if what we are going to be doing is having argument as

15  opposed to the necessity of counsel interacting with

16  witnesses.

17      MS. JOHNSON:  Your Honor, the county is open to

18  either.  So if the Court has a preference, we are fine

19  with either option.

20      MS. GONDEIRO:  Yeah, we have no preference

21  either.

22      THE COURT:  Okay.  So having really at the 11th

23  hour -- and I appreciate everybody's patience while we

24  were trying to get that organized through our -- our

25  systems here.  Having already done that and not hearing

26  any complaint about the functionality for today's

27  purposes, we can just leave it as set.

28      My only request is that if we are going to be



1   using Teams for this purpose, that I just -- that the

2   parties employ their video --

3          MS. JOHNSON:  Absolutely.

4          THE COURT:  -- for that purpose.  And no need to

5   do it now, obviously.  But on Monday, especially if we

6   are talking about two hours of arguments, it would

7   certainly assist the Court in being able to track.

8          MR. AVILA:  Certainly, Your Honor.

9          THE COURT:  All right, then.  Thank you very

10  much, everyone.  And I will see you on Monday.

11         MS. JOHNSON:  Thank you, Your Honor.

12         MR. AVILA:  Thank you, Your Honor.

13         MS. GONDEIRO:  Thank you, Your Honor.

14         THE COURT:  Thanks, everyone.

15         (Whereupon at 3:50 p.m., the proceeding was

16         concluded.)

17

18

19

20

21

22

23

24

25

26

27

28



 1                        CERTIFICATE
 2
 3
 4            I, Martha Ruble, hereby certify that I am a
 5   Certified Shorthand Reporter, License Number C-5145, that
 6   to the best of my ability, I reported the foregoing
 7   Statement on the Record; that the foregoing Statement on
 8   the Record was prepared into its typewritten form under
 9   my direction and supervision.
10
11            IN WITNESS WHEREOF, I have hereunto set my
12   hand.
13
14
15
16   Date:  March 11, 2021
17
18
19   _____
20
21   Martha Ruble, CSR-5145
22
23
24
25                        ***
26
27
28



**-**

---ooo--- 3:1

**1**

**1** 7:1 8:5,23
**11th** 10:22

**2**

**2** 9:4,12

**3**

**3:37** 3:2
**3:50** 11:15

**5**

**5** 3:5

**A**

**A-V** 3:18
**Absolutely** 11:3
**add** 4:4,19 5:12
**added** 4:24
**additional** 10:1
**address** 6:20 9:6,14
**addressed** 10:2
**administrative** 5:21 6:7 7:3, 4,17 8:9,25
**admitted** 9:13
**affect** 5:26
**afternoon** 3:3,6,14
**ahead** 6:26 10:8
**anticipate** 9:22
**anticipated** 3:28
**anticipation** 6:21
**appearance** 3:11
**appearing** 3:12,16,19
**appointing** 3:23
**argument** 9:28 10:14
**arguments** 11:6
**assist** 11:7
**Atherley** 9:19

**attached** 7:5 8:4
**audio** 8:7,8,18
**Avila** 3:6,18 4:16 5:1 6:23, 26,27 7:14,17 8:4,13,21 9:15,26 11:8,12

**B**

**based** 6:3,4
**behalf** 3:13,17,19
**briefs** 5:9
**bring** 7:12,13 8:28
**bringing** 5:16

**C**

**call** 5:21,24 9:19,24
**calling** 5:8 6:10 9:17
**Calvary** 3:9,11,13 4:1,23,28 5:7 6:13 9:7
**case** 5:20 6:2 7:6,21,24 9:18
**Chapel** 3:9,11,13 4:28 5:7 6:13 9:7
**Chapel's** 4:1,23
**chief** 6:2
**circumstances** 10:13
**Clara** 3:10,17
**clarify** 9:21
**companion** 7:8
**complaint** 10:26
**computer** 7:13
**concluded** 11:16
**conference** 3:27 4:1 5:13 6:17 9:18
**contemplated** 9:21
**contempt** 7:21
**copy** 8:2
**correct** 6:9,12 10:4,6
**corresponds** 8:19
**counsel** 10:15
**county** 3:10,15,17 5:10 6:1,6 7:18 10:17
**county's** 4:10 9:5 10:3
**couple** 5:28
**court** 3:3,7,14,21,22,26 4:8, 12,15,20 5:4,19,25 6:6,8,10,

13,16 7:2,7,10,15,19,25,27, 28 8:2,6,10,15,22 9:2,10,12, 27 10:7,18,22 11:4,7,9,14
**Courtcall** 10:13
**crack** 8:12
**cross-examining** 5:17
**cut** 6:24
**Cynthia** 3:4

**D**

**de** 8:26
**decision** 4:8
**declaration** 9:6
**deny** 4:20
**Department** 3:5
**digital** 8:11,15
**discussed** 4:25
**document** 7:8,12,26

**E**

**embedded** 6:28
**employ** 11:2
**enforcement** 5:8 9:8,17
**essentially** 4:21 9:28
**estimate** 5:26
**et al** 3:10
**everybody's** 10:23
**evidence** 6:3,4 7:20 8:18
**evidentiary** 10:1
**exhibit** 7:6,23 8:5,23 9:4,12
**exhibits** 8:16,17
**expect** 6:2
**exposition** 4:23

**F**

**fairly** 6:17
**file** 7:27 8:18
**filed** 4:4 5:14 7:6,8
**fine** 5:17 10:18
**Footnote** 7:1
**formally** 7:4
**functionality** 10:26

**G**

**Gateway** 4:9
**give** 3:7
**Gondeiro** 3:12 4:3,6,14 5:11, 15,23 6:14 7:28 8:1,28 9:1, 10,11,16,19,24 10:5,20 11:13
**Gonzales** 5:24 9:18
**Good** 3:3,6,14
**grant** 8:22
**granted** 5:5

**H**

**happy** 4:18
**hearing** 3:27 4:22 5:22,27 7:3,18 8:25 9:27 10:11,25
**Honor** 3:6,20 4:6,17 5:3,15, 23,28 6:14,23,27 7:18 8:4, 13,21 9:1,11,15 10:5,17 11:8,11,12,13
**hour** 10:23
**hours** 6:1,14 11:6
**housekeeping** 4:26 6:21 9:16,20 10:1

**I**

**i-l-a** 3:19
**included** 7:5
**includes** 8:18
**intend** 5:20,24 9:24
**interacting** 10:15
**invitations** 10:11
**issue** 5:7 8:25
**issued** 10:10
**issues** 4:23,26 8:27

**J**

**Jeremy** 3:18
**Johnson** 3:16,25 4:15,17 5:1,3,28 6:9,12,24,26 8:7,14 9:3,4 10:3,17 11:3,11
**Jose** 3:9,13
**Judge** 3:4 7:22
**judicial** 4:28 5:2,4 7:2,7,15, 26 8:23



**K**

Kirwan 7:22

**L**

leave 10:27
leaves 5:6
letting 5:17
Lie 3:4
life 7:14
limine 5:7,10,12,14
live 10:2
lodged 6:8
long 6:2
longer 5:15
looked 6:25

**M**

make 9:5
management 9:18
Mariah 3:12
marked 8:16
materially 4:24
matter 3:26 6:21 7:9 9:16
matters 10:1
Mcclure 9:6
media 8:11,15
mention 4:11
mentioned 4:12
Meredith 3:16
Mike 9:6
moment 3:7
Monday 5:27 9:22 10:9 11:5, 10
Monday's 9:27 10:11
motion 4:1,2 5:10,12
moving 4:26

**N**

necessity 10:2,15
Newsom 4:9
notes 3:8

notice 4:28 5:2,4 7:2,8,15,26 8:23
novo 8:26
number 8:16

**O**

objection 5:1 9:10
objections 5:16 6:15 8:1
October 7:17
Officer 9:17
officers 5:8
open 8:12 10:17
opportunity 5:9 8:12
opposed 10:13,15
option 10:19
order 3:23
organized 10:24
outcome 8:25
overlooked 7:10
overlooking 6:20

**P**

p.m. 3:2 11:15
papers 4:4,19
part 7:4 8:9,10 9:8
parties 3:28 6:20 8:27 11:2
parties' 5:26
pastor 9:7,19
patience 3:4 10:23
perspective 10:3
photographic 8:17
pleadings 7:24
pointed 4:7
preference 10:18,20
prehearing 7:1
preparation 4:27
prepared 8:19
present 5:20
pretrial 3:27,28 5:13 6:17 7:1 9:5
previewed 5:13
previous 8:24

primarily 6:3
pro 3:24
proceed 10:12
proceeding 7:18 9:22 11:15
proceedings 7:19,21 9:9
propriety 5:7
provided 8:11
pull 3:8
purpose 9:27 11:1,4
purposes 4:27 9:20 10:27

**Q**

question 9:15 10:11
questions 4:18
quickly 6:27

**R**

reasons 4:21
recent 4:8
recess 10:8
record 5:18 6:4,5,7 7:4 8:9
recording 8:8
reflects 8:9
related 7:6,21,24
reporter 3:22 7:19
request 4:20,27 5:2,4 7:2,11, 25 8:23 10:28
reserved 3:27
resolve 8:28
Respondent 3:17
Respondent's 4:8 7:1 8:5
Respondents 3:19 7:7
response 5:12
restate 7:14
retained 7:19
review 5:9
reviewed 4:5
Ruble 3:24

**S**

San 3:9,13

Santa 3:10,17
senior 9:7
sense 9:5
set 3:26 10:27
signed 3:23
significantly 6:17
simply 5:20
Sircar 5:24 9:17
speak 6:25
stand 5:18
starting 3:11
stay 4:2,21
streamlines 6:17
submitted 7:20,23 9:7,8
submitting 6:7
sufficient 6:1
Supreme 4:8
systems 10:25

**T**

taking 7:7
talking 11:6
Teams 10:10,13 11:1
tem 3:24
testified 5:21
testimony 10:2
thing 4:7,9
time 4:25 5:26
today 3:24 8:28
today's 10:26
track 11:7
transcribe 7:19
transcript 7:3,16,20 8:7,8, 19,20,24
trial 4:13,27 5:9 6:22 8:5,24, 26 9:12

**U**

unopposed 8:23

**V**

versus 3:9 4:9



TRANSCRIPT OF PROCEEDINGS
CALVARY CHAPEL SAN JOSE vs THE COUNTY OF SANTA CLARA

March 04, 2021

**victor** 3:18

**video** 8:18 11:2

————————————————
**W**
————————————————

**wanted** 9:21

**witnesses** 5:17 6:11 9:22,25
10:16

**writing** 4:23

**written** 5:9,14 7:3 8:24



**TALTY COURT REPORTERS, INC.**
**taltys.com - 408.244.1900**