JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>　　　　Defendant. | No. 20-CV-03794 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO HOLD JANUARY 26, 2023 HEARING IN PERSON**<br><br>Date:　January 26, 2023<br>Time:　9:00 a.m.<br>Crtrm:　3, 5th Floor<br>Judge:　The Hon. Beth Labson Freeman |

## STIPULATION

WHEREAS Plaintiffs' motion for partial summary judgment (ECF 208), Defendant's motion for partial summary judgment (ECF 253), and Defendant's Motion to Dismiss (ECF 224) have been noticed for hearing on January 26, 2023, at 9:00 a.m.,

WHEREAS the Court's Scheduling Notes state that the Court "will continue to conduct hearings on civil motions by Zoom Webinar unless all parties formally request an in-person hearing and receive approval",

WHEREAS the parties believe that good cause exists to hold the January 26 hearing in person if the Court approves, including the dispositive nature of the motions noticed,

NOW, THEREFORE, for good cause shown, the parties stipulate and respectfully request that the Court enter an order approving counsel to appear in person for the January 26, 2023 hearing.

IT IS SO STIPULATED.

Dated: January 19, 2023

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

By: */s Xavier M. Brandwajn*
XAVIER M. BRANDWAJN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: January 19, 2023

ADVOCATES FOR FAITH AND FREEDOM

By: */s/ Mariah Gondeiro*
MARIAH GONDEIRO

Attorneys for Plaintiffs
CALVARY CHAPEL SAN JOSE and MIKE MCCLURE

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Mariah Gondeiro in the filing of this stipulation has been obtained.

Dated: January 19, 2023

By: */s/ Xavier M. Brandwajn*

XAVIER M. BRANDWAJN
Deputy County Counsel

**[PROPOSED] ORDER**

Based on the parties' stipulation, and good cause appearing therefor, IT IS SO ORDERED.

Dated: _____, 2023

The Honorable Beth Labson Freeman
United States District Judge

2765679