1 | JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
2 | ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
3 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
4 | San José, California 95110-1770
Telephone: (408) 299-5900
5 | Facsimile: (408) 292-7240

6 | Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al., | No. 20-CV-03794 BLF |
| Plaintiffs, | **STATUS REPORT RE: STATE COURT PROCEEDING** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

As previously directed by the Court, defendant County of Santa Clara respectfully submits this status report to apprise the Court of a recent order in *The People of the State of California, et al. v. Calvary Chapel San Jose, et al.*, Case No. 20CV372285, in the Superior Court of the State of California for the County of Santa Clara, which has re-set the hearing date on the County's motion for summary adjudication ("MSA") to March 14, 2023.

By order dated January 27, 2023, the Superior Court continued the MSA hearing date from February 28, 2023 to March 14, 2023. A copy of that order is attached as **Exhibit A**.

/ /

/ /

/ /

/ /

1

Status Report re: State Court Proceeding                                    20-CV-03794 BLF

Under Article VI, Section 19 of the California Constitution and California Government Code § 68210, the Superior Court is to issue a decision within 90 days after the motion is submitted for decision at the hearing. That 90-day deadline falls on June 12, 2023, which is three weeks after trial is scheduled to begin in this case on May 22, 2023. ECF 72.

Dated: February 9, 2023

Respectfully submitted,

JAMES R. WILLIAMS
County Counsel

By: */s/ Robin M. Wall*
ROBIN M. WALL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

# Exhibit A



**(ENDORSED)**
**FILED**
JAN 27 2023
Clerk of the Court
Superior Court of CA County of Santa Clara
_____ DEPUTY

# IN THE SUPERIOR COURT OF CALIFORNIA
# IN AND FOR THE COUNTY OF SANTA CLARA
# CIVIL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | Case No.: 20CV372285 |
| Petitioner, ) | |
| ) | **ORDER CONTINUING** |
| vs. ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT HEARING** |
| CALVARY CHAPEL SAN JOSE et al, ) | |
| Respondent. ) | |

Hearing on Plaintiff's Motion For Summary Judgment is hereby continued from February 28, 2023 at 9:00am to March 14, 2023 at 9:00am in Department 6.

IT IS SO ORDERED.

Dated: 1/27/2023

_____
Honorable EVETTE D PENNYPACKER
Judge of the Superior Court

1