Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq., CA Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH AND FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:    (951) 600-2733
Facsimile:    (951) 600-4996

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual;<br><br>    Plaintiffs,<br><br>    vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California, **TOMAS ARAGON, M.D.**, in his official capacity as the Acting California Public Health Officer; **SANTA CLARA COUNTY**; **SARA H. CODY, M.D.**, in her official capacity as Santa Clara County Public Health Officer; **MIKE WASSERMAN**, in his official capacity as a Santa Clara County Supervisor; **CINDY CHAVEZ**, in her official capacity as a Santa Clara County Supervisor; **DAVE CORTESE**, in his official capacity as a Santa Clara County Supervisor; **SUSAN ELLENBERG**, in her official capacity as a Santa Clara County Supervisor; and **JOE SIMITIAN**, in his official capacity as a Santa Clara County Supervisor;<br><br>    Defendants. | Case No.: 20-cv-03794-BLF<br><br>**DECLARATION OF MARIAH GONDEIRO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE COUNTY'S ADMINISTRATIVE MOTION TO VACATE THE TRIAL DATE**<br><br>Judge:    Hon. Beth Labson Freeman |

I, Mariah Gondeiro, declare as follows;

1. I am an attorney duly licensed in the State of California and represent the interests of Plaintiffs in this matter.

2. On January 21, 2021, this Court set a trial date for May 22, 2023.

3. The parties are scheduled to argue the County's Partial Motion for Summary Adjudication in the parallel state action on March 14, 2023, with the state court rendering a decision by June 12, 2023.

4. The County's counsel reached out to me via email on February 7, 2023 to inquire as to whether Plaintiffs would stipulate to a continuance of the trial date based on the upcoming state court hearing. In the interest of my clients, Calvary Chapel San Jose and Pastor Mike McClure (collectively, "Calvary"), the Court's docket, and expeditious resolution of this case, I did not agree to a continuance of the trial date.

3. Plaintiffs were scheduled to depose one of the County's experts on February 17, 2023. The County did not produce all documents in relation to that deposition, requiring I continue the deposition. On February 16, 2023, during a deposition of one of Plaintiffs' experts, I asked the County if they would offer the expert on a later date or agree to a short extension of the expert discovery deadline. The County is scheduled to depose all of the Plaintiffs' experts by the close of expert discovery.

4. I object to a continuance of the trial date due to the lack of good cause and the great prejudice to Calvary and its congregants that would result from any further delay in this case.

5. I attended the hearing on January 26, 2023, at which this Court heard oral arguments on the County's motion to dismiss and on the parties' cross-motions for summary judgment. Nothing that occurred in that hearing impacts the parties' abilities to try this case as scheduled. The Court made no tentative ruling as to the County's *Younger* motion, although the Court did extensively question the parties about the *Younger* abstention doctrine.

6. In the state action, the County seeks to collect $2.87 million in fines from Calvary for violation of the public health orders.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 21, 2023 at Murrieta, California.

/s/ Mariah R. Gondeiro
Mariah R. Gondeiro

DECLARATION OF MARIAH GONDEIRO