Robert H. Tyler, Esq., CA Bar No. 179572
btyler@faith-freeom.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH AND FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone:      (951) 600-2733
Facsimile:      (951) 600-4996

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **CALVARY CHAPEL SAN JOSE**, a California Non-Profit Corporation; **PASTOR MIKE MCCLURE**, an individual;<br><br>        Plaintiffs,<br><br>    vs.<br><br>**GAVIN NEWSOM,** in his official capacity as the Governor of California, **TOMAS ARAGON. M.D.,** in her official capacity as the Acting California Public Health Officer; **SANTA CLARA COUNTY; SARA H. CODY, M.D.,** in her official capacity as Santa Clara County Public Health Officer; **MIKE WASSERMAN,** in his official capacity as a Santa Clara County Supervisor; **CINDY CHAVEZ,** in her official capacity as a Santa Clara County Supervisor; **DAVE CORTESE,** in his official capacity as a Santa Clara County Supervisor; **SUSAN ELLENBERG,** in her official capacity as a Santa Clara County Supervisor; **JOE SIMITIAN,** in his official capacity as a Santa Clara County Supervisor; and **THE SANTA CLARA COUNTY BOARD OF SUPERVISORS**;<br><br>        Defendants. | Case No. 20-cv-03794<br><br>**DECLARATION OF MIKE MCCLURE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE COUNTY'S ADMINISTRATIVE MOTION TO VACATE THE TRIAL DATE** |

DECLARATION OF MIKE MCCLURE
Case No. 20-cv-03794

I, Mike McClure, declare as follows:

1.      I am a Plaintiff in this Action and the lead pastor of Calvary Chapel San Jose (the "Church"). I write this declaration on behalf of the Church and in support of the opposition to the County's Administrative Motion to Vacate the Trial Date. I have personal knowledge of the matters stated herein, and if called to testify, I could and would testify competently thereto.

2.      The $2.87 million in fines levied against the Church by Santa Clara County has put immense pressure and stress on me, the staff, and our congregants. The Church and I desire to resolve this case as quickly as possible, as this will bring much needed peace of mind to the Church and its congregants.

3.      The fines levied against the Church have burdened it, as the Church has put off pursuing or postponing Church-related project and ministries, like the Josiah project, mission's trips, camps, outreach programs, and updating the nursery. The Josiah project is based upon 2 Kings 22:5. Having to pay the fines would require the church to have to limit services and outreach programs that are aligned to its mission of fellowship and expanding the Gospel of Jesus Christ, such as mission's trips, camps, and retreats.

4.      Considering the looming fines, the Church has faced difficulty planning and budgeting for the year. The Church operates to serve the community and church family, spiritually, mentally, emotionally, and financially. The Church needs a decision on the impending fines so it can properly plan for what resources are available to direct to the community and the Church's mission of expanding the gospel of Jesus Christ.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed February 21, 2023, at San Jose, California.



Mike McClure (Feb 21, 2023 10:48 PST)

Mike McClure

DECLARATION OF MIKE MCCLURE
Case No. 20-cv-03794