1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
2  ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
   XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
4  San José, California 95110-1770
   Telephone: (408) 299-5900
5  Facsimile: (408) 292-7240

6  Attorneys for Defendant
   COUNTY OF SANTA CLARA

7

8

9                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      (San José Division)

11

12 CALVARY CHAPEL SAN JOSE, et al.,          No. 20-CV-03794 BLF

13              Plaintiffs,                   **JOINT STIPULATION TO EXTEND
                                             EXPERT DISCOVERY DEADLINES; AND
14 v.                                        [PROPOSED] ORDER**

15 COUNTY OF SANTA CLARA,

16              Defendant.

17

18                       **JOINT STIPULATION**

19         Pursuant to Civil Local Rule 6-2, the parties hereby agree and stipulate to the following

20 extension of the expert discovery deadlines to accommodate the schedules of counsel and the

21 witnesses.

22         WHEREAS the current deadline for expert discovery is March 3, 2023;

23         WHEREAS the parties have engaged in reasonably diligent efforts and expert discovery is

24 underway;

25         WHEREAS the continued and further deposition of Mr. Stephen Petty was scheduled for

26 March 2, 2023, but due to unforeseen circumstances, Mr. Petty could not be available on March 2;

27 however, he will be available for deposition on March 8, 2023, and the parties wish to proceed on

28 that date;

                                             1

WHEREAS the deposition of Professor Dan Ho was scheduled for February 17, 2023, but the parties agreed to continue that deposition; and Prof. Ho. is available for deposition on March 21, 2023, and the parties wish to proceed on that date;

WHEREAS the deposition of Dr. Tracy Hoeg, which was being conducted via videoconference, was cut short due to a power outage at the County of Santa Clara's offices on February 23, 2023.  Dr. Hoeg is available on March 6, 2023, to complete her deposition and the parties wish to proceed on that date;

WHEREAS the parties believe that extending the time for expert discovery in order to conduct and complete these depositions is necessary to accommodate the witnesses and in order to prepare for trial, which is set to begin on May 22, 2023;

WHEREAS there is good cause to extend the expert discovery deadlines to accommodate the schedules of the deponents and counsel;

WHEREAS the parties have previously stipulated to and otherwise sought modifications to briefing schedules, filing and response deadlines, discovery deadlines, and the ADR deadline.  *See, e.g.*, ECF 52, 77, 100, 103, 107, 118, 142, 148, 168, 180, 216, 218, 228, and 254; and

WHEREAS the parties do not expect the agreed-upon extension to affect the overall schedule for the case, including pre-trial preparations, apart from the expert discovery deadlines.

Accordingly, for good cause shown, the parties stipulate and respectfully request the Court enter an order extending the expert discovery deadlines as set forth above and in the proposed order submitted herewith.

**IT IS SO STIPULATED.**

Dated:  March 2, 2023

JAMES R. WILLIAMS
County Counsel

By:  */s/ Robin M. Wall*
ROBIN M. WALL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

2

1    Dated:  March 2, 2023                    TYLER & BURSCH, LLP

2

3                                        By:    */s/ Mariah Gondeiro*_____
                                                MARIAH GONDEIRO
4
                                                Attorneys for Plaintiffs
5                                               CALVARY CHAPEL SAN JOSE and
                                                MIKE MCCLURE
6

7

8                                      **CERTIFICATION**

9           Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Mariah Gondeiro in the

10   filing of this stipulation has been obtained.

11   Dated:  March 2, 2023                    By:    */s/ Robin M. Wall*_____
                                                     ROBIN M. WALL
12                                                   Deputy County Counsel

13

14

15                                    **[PROPOSED] ORDER**

16          The Court, having reviewed the parties' Joint Stipulation, and good cause appearing therefor,

17   IT IS HEREBY ORDERED that the deadline for the completion of expert discovery is extended as

18   follows:

19          •   To March 6, 2023, for the completion of the deposition of Dr. Tracy Hoeg;

20          •   To March 8, 2023, for the completion and further deposition of Mr. Stephen Petty;

21              and

22          •   To March 21, 2023, for the deposition of Prof. Dan Ho.

23          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25   Dated:  March 3, 2023          _____

26                                  THE HONORABLE BETH LABSON FREEMAN
                                    United States District Judge
27

28   2789379

                                               3