UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SARA CODY, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03794-BLF<br><br>**ORDER TERMINATING MOTIONS**<br><br>[Re: ECF Nos. 208, 253, 258] |

In light of the Court's order granting Defendant's motion to dismiss and stay under the *Younger* abstention doctrine, ECF No. 279, the Court hereby TERMINATES all pending motions (ECF Nos. 208, 253, 258) without prejudice to refiling as appropriate upon lifting of the stay.

**IT IS SO ORDERED.**

Dated: March 10, 2023

_____
BETH LABSON FREEMAN
United States District Judge