1 │ TONY LOPRESTI, County Counsel (S.B. #289269)
ROBIN M. WALL, Lead Deputy County Counsel (S.B. #235690)
2 │ XAVIER M. BRANDWAJN, Deputy County Counsel (S.B. #246218)
OFFICE OF THE COUNTY COUNSEL
3 │ 70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
4 │ Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
5 │
Attorneys for Defendant
6 │ COUNTY OF SANTA CLARA

7 │ Robert Tyler, Esq. CA Bar No. 179572
Julianne Fleischer, Esq. CA Bar No. 337006
8 │ ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
9 │ Murrieta, California 92562
Telephone: (951) 600-2733
10 │ Facsimile: (951) 600-4996

11 │ Attorneys for Plaintiffs
CALVARY CHAPEL SAN JOSE and
12 │ PASTOR MIKE MCCLURE

13 │

14 │                           UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
15 │

16 │ CALVARY CHAPEL SAN JOSE, et al.,        No.  20-CV-03794 BLF

17 │              Plaintiffs,               **JOINT STATUS REPORT**

18 │ v.

19 │ COUNTY OF SANTA CLARA,

20 │              Defendant.

21 │

22 │        Plaintiffs Calvary Chapel San Jose and Mike McClure (together, "Calvary") and defendant

23 │ County of Santa Clara ("County") respectfully submit this Joint Status Report pursuant to the

24 │ Court's order dated June 17, 2024 (ECF 293).

25 │        Status of the State Enforcement Action (Case Nos. 20CV372285 and 20CV374470)

26 │        On April 15, 2025, the California Court of Appeal issued its decision affirming the judgment

27 │ entered by the Superior Court.

28 │ / /

Joint Status Report                                                        20-CV-03794 BLF

1    On April 30, 2025, Calvary filed a petition for rehearing by the California Court of Appeal.

2  On May 6, 2025, the California Court of Appeal denied Calvary's petition.

3    On May 27, 2025, Calvary filed a petition for review by the California Supreme Court.  On

4  July 16, 2025, the California Supreme Court denied Calvary's petition.

5    Counsel for Calvary has represented that Calvary will be seeking review from the United

6  States Supreme Court.

7    <u>Status of Calvary's Later-Filed Federal Action (Case No. 23CV04277 VC)</u>

8    On April 17, 2025, Judge Chhabria entered an order that denied Calvary's motion to lift the

9  stay that had been entered on August 29, 2024 and confirmed that "the case will remain stayed

10  pending adjudication of the state court case."  Case No. 2323CV04277 VC, ECF 93.  The parties are

11  concurrently filing a substantively similar joint status report in that case.

12                                  Respectfully submitted,

13                                  TONY LOPRESTI
                                    County Counsel

14
    Dated:  July 28, 2025          By:  <u>*/s/ Xavier M. Brandwajn*</u>
15                                       XAVIER M. BRANDWAJN
                                         Deputy County Counsel
16
                                    Attorneys for Defendant
17                                  COUNTY OF SANTA CLARA

18
    Dated:  July 28, 2025          By:  <u>*/s/ Julianne Flesicher*</u>
19                                       ROBERT TYLER, ESQ.
                                         JULIANNE FLEISCHER, ESQ.
20                                       ADVOCATES FOR FAITH & FREEDOM

21                                  Attorneys for Plaintiffs
                                    CALVARY CHAPEL SAN JOSÉ
22                                  and PASTOR MIKE MCCLURE

23                        **CERTIFICATION**

24    Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence of Robert Tyler in the

25  filing of this Joint Status Report has been obtained.

26                                  <u>*/s/ Xavier M. Brandwajn*</u>
                                         XAVIER M. BRANDWAJN
27

28  3317034