UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>SARA CODY, et al.,<br><br>        Defendants. | Case No. 20-cv-03794-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT FURTHER STATUS REPORT**<br><br>[Re: ECF 302] |

The Court has reviewed the parties' joint status report. *See* ECF No. 302. The parties SHALL file a further status report within ten days of a decision by the United States Supreme Court.

**IT IS SO ORDERED.**

Dated: July 28, 2025

                                                              BETH LABSON FREEMAN
                                                              United States District Judge